# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

April 13, 2021

3rd District, Salt Lake County
Attn: Clerk's Office
450 S STATE ST
SALT LAKE CITY, UT  84111

Re:   Harmon Sr, Patrick Estate of et al v. Salt Lake City et al
      U.S. District Court Case Number:  2:19-cv-00553-RJS-CMR
      State Court Case Number:  190905238

Dear Clerk:

    An order remanding this case to State Court was signed by the Honorable Robert J. Shelby on 8/14/2020. I am forwarding a copy of the remand order along with a copy of the Federal Court docket sheet.  None of the documents contained in the federal file will be forwarded to the State Court (see FRCP 28:1447).

    Please return a signed copy of this letter.

Sincerely,

D. Mark Jones, Clerk

By: _/s/ Deborah Aston_
Deborah Aston
Deputy Clerk

Enclosures
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:** _____

**Date:** _____