Corey D. Riley (16935)
Deiss Law PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
(801) 433-0226
criley@deisslaw.com

Nicholas A. Lutz (51299 - Colorado)
(appearing *pro hac vice*)
Rathod Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400
nl@rmlawyers.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.;<br>PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr.,<br>TASHA SMITH, as heir of Patrick Harmon Sr.,<br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY, a municipality; and<br>OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEY PLANNING MEETING REPORT AND PROPOSED SCHEDULING ORDER**<br><br>Case No. 19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

This matter came before the Court on the Stipulated Motion for Extension of Time to File Attorney Planning Meeting Report and Proposed Scheduling Order (the "Stipulated Motion"). The Court, having considered the Stipulated Motion, and for good cause appearing, hereby ORDERS that the Stipulated Motion is GRANTED. The Parties will file their Attorney Planning Meeting Report and Proposed Scheduling Order by January 5, 2021.

    IT IS SO ORDERED.

    Dated this __th day of December 2021.

                      BY THE COURT:

                      _____
                      Judge Cecilia M. Romero
                      United States Magistrate Judge