# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon Sr., <br><br> Plaintiffs, <br><br> v. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEY PLANNING MEETING REPORT AND PROPOSED SCHEDULING ORDER** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Time to File Attorney Planning Meeting Report and Proposed Scheduling Order (Motion) (ECF 46), and for good cause appearing, the court hereby GRANTS the Motion. The parties shall file their Attorney Planning Meeting Report and Proposed Scheduling Order by January 5, 2021.

IT IS SO ORDERED.

DATED this 3 January 2022.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah