Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

---

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>    Defendants. | Case No. 2:19-cv-00553-HCN-CMR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO MOTION TO RECONSIDER ORDER OF REMAND**<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

The Parties hereby stipulate and jointly move the Court to extend the time for Defendants to file a Reply Memorandum in support of their Motion to Reconsider Order of Remand, (ECF No. 51), up to and including March 2, 2022. The Reply is currently due on February 18, 2022, and thus the time to file has not yet expired. There is good cause to grant the extension because the Motion presents important and complex issues of judicial discretion and jurisdiction and due to Defendants' counsel's commitments on other cases and scheduled travel.

Therefore, undersigned counsel stipulate to and request an extension of the deadline to file the Reply up to and including March 2, 2022. The extension is not requested for an improper purpose and will not unduly delay resolution of this action. A proposed order granting this stipulated motion is filed contemporaneously herewith.

DATED: February 16, 2022.


DEISS LAW PC                                SALT LAKE CITY CORPORATION


/s/     *Corey D. Riley*                                            */s/ Katherine R. Nichols*
(signed with permission by e-mail)                   KATHERINE R. NICHOLS
Andrew G. Deiss
Corey D. Riley                                            *Attorney for Defendants*

RATHOD | MOHAMEDBHAI LLC
Qusair Mohamedbhai
Nicholas A. Lutz

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2022, a true and correct copy of the foregoing was

electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlaywers.com

*Attorneys for Plaintiffs*

*/s/ Heidi Medrano*