# IN THE UNITED STATES DISTRICT COURT
# STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | Case No. 2:19-cv-00553-HCN-CMR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO MOTION TO RECONSIDER ORDER OF REMAND**<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Stipulated Motion for Extension of Time ("**Motion**"), (ECF No. 55) to file a Reply Memorandum to the Motion to Reconsider Order of Remand, (ECF No. 51), and for good cause appearing, the Court hereby GRANTS the Motion. Defendants may file their Reply to the Motion to Reconsider Order of Remand on or before March 2, 2022.

IT IS SO ORDERED.

DATED this ____ day of February, 2022.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah