# United States District Court
# District of Utah



**Kimberly A. Free, PhD**
Clerk of Court

May 20, 2022

**Anne W. Morgan**
Chief Deputy Clerk

3rd District Court, State of Utah
Attn: Clerk's Office
450 S State St
Salt Lake City, UT  84111

——

Re: Harmon Sr, Patrick Estate of et al v. Salt Lake City et al
   U.S. District Court Case Number:  2:19-cv-00553-HCN-CMR
   State Court Case Number:  190905238

Dear Clerk:

   An order **vacating the Order Remanding this case to State** Court was signed by the Honorable Howard C. Nielson, Jr. on 5/18/2022. I am forwarding a certified copy of the order along with a copy of the Federal Court docket sheet.

   Please return a signed copy of this letter in the enclosed self-addressed envelope.

Sincerely,

Kimberly A. Free PhD, Clerk

By:
Deborah Aston
Deputy Clerk

Enclosures
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:** _____

**Date:** _____