# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON, SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon, Sr. and heir of Patrick Harmon, Sr.; TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **ORDER GRANTING MOTION TO RECONSIDER ORDER OF REMAND**<br><br>Case No. 2:19-CV-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>United States District Judge |

For the reasons stated on the record, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Docket Number 51, Motion to Vacate Remand Order is GRANTED.

2. Docket Number 34, Order Granting Plaintiff's Motion to Remand to State Court is VACATED.

3. The Court will exercise supplemental jurisdiction over Plaintiffs' state-law claims.

Dated this 18th day of May, 2022.
BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge