Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com

*Attorneys for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT,

## DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **STIPULATED MOTION TO EXTEND DEADLINES AND AMEND SCHEDULING ORDER** <br><br> Case No. 19-cv-00553-HCN-CMR <br><br> Honorable Howard C. Neilson, Jr. <br> Magistrate Judge Cecelia Romero |

Plaintiffs Estate of Patrick Harmon Sr., Patrick Harmon II, and Tasha Smith ("Plaintiffs") and Defendants Salt Lake City and Clinton Fox ("Defendants"), through their respective counsel of record, hereby stipulate and jointly move the Court for entry of an Order amending the Scheduling Order signed by the Court on January 6, 2022. (Dkt. No 50).

The parties submitted two sets of proposed deadlines with the Attorney Planning Meeting Report and proposed Scheduling Order. (Dkt. Nos. 48, 50). The parties now stipulate to one set

of deadlines, which reflect the deadlines Defendants proposed for the initial Scheduling Order with a 60-day extension of time for each. The parties have been engaged in written discovery and multiple deposition dates are scheduled in June. The parties believe an additional 60-day extension will accommodate remaining discovery matters and is proportional to the needs of this case.

  A proposed form of order is submitted herewith.

  Dated: 6 June 2022

               DEISS LAW PC

               *s/ Andrew G. Deiss*
               Andrew G. Deiss
               Corey D. Riley
               *Attorneys for Plaintiffs*

  Dated: 6 June 2022

               SALT LAKE CITY CORPORATION

               *Katherine Nichols*
               Katherine Nichols
               *Attorney for Defendants*