Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone:  (801) 535-7788
Facsimile:  (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

**IN THE UNITED STATES DISTRICT COURT**
**STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Defendants Salt Lake City Corporation and Officer Clinton Fox, through counsel, hereby submit this *Appendix of Evidence* in support of their *Motion for Summary Judgment*.

| No. | Description | Date | Document Source |
|---|---|---|---|
| 1 | Docket, Case No. 22901-02614-01 (Mo. 21st Cir. Ct.) | Various | Public Court Databases |
| 2 | Docket, Case No. 001901372 (Utah 2d Dist. Ct.); Docket, Case No. 001902478 (Utah 2d Dist. Ct.); Docket, Case No. 061906238 (Utah 3d Dist. Ct.); Docket, Case No. 1:07-CR-00113 (D. Utah) | Various | Public Court Databases |
| 3 | Criminal Information & Docket, Case No. 161402877 (3d Dist. Ct.) | Various | Public Court Databases |
| 4 | Patrick Harmon Active Warrants | August 14, 2017 | SLCC_001327–33 |
| 5 | Deposition of Officer Clinton Fox | June 17, 2022 | - |
| 6 | Declaration of Officer Clinton Fox | August 26, 2022 | - |
| 7 | Deposition of Officer Kris Smith | June 16, 2022 | - |
| 8 | Declaration of Officer Kris Smith | August 24, 2022 | - |
| 9 | Officer Kris Smith Body-worn Camera [filed conventionally] | August 13, 2017 | SLCC_001932 |
| 10 | Officer Scott Robinson Body-worn Camera [filed conventionally] | August 13, 2017 | SLCC_001931 |
| 11 | Deposition of Officer Scott Robinson | June 16, 2022 | - |
| 12 | Officer Clinton Fox Body-worn Camera [filed conventionally] | August 13, 2017 | SLCC_001941 |
| 13 | Combined Officer Body-worn Camera [filed conventionally] | August 13, 2017 | SLCC_002753 |
| 14 | Officer Clinton Fox Body-worn Camera still-frame photos [filed conventionally] | August 13, 2017 | SLCC_002603–65 |
| 15 | Officer Kris Smith Body-worn Camera still-frame photos [filed conventionally] | August 13, 2017 | SLCC_002702–52 |
| 16 | Officer Scott Robinson Body-worn Camera still-frame photos [filed conventionally] | August 13, 2017 | SLCC_002666–701 |

| No. | Description | Date | Document Source |
|---|---|---|---|
| 17 | Unified Police Department OICI Report (excerpted due to size) | August 13, 2017 | SLCC_001172, SLCC_001093–94, SLCC_001105–12, SLCC_001887–89 |
| 18 | Salt Lake County District Attorney Screening Letter | October 4, 2017 | SLCC_000653–70 |
| 19 | F.B.I. Screening Letter | December 8, 2017 | SLCC_000646 |
| 20 | NMS Labs Toxicology Report | August 29, 2017 | SLCC_000207–10 |

DATED: August 26, 2022.

SALT LAKE CITY CORPORATION

/s/ *Katherine R. Nichols*
Katherine R. Nichols

*Attorney for Defendants Salt Lake City and Officer Clinton Fox*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlawyers.com

*Attorneys for Plaintiffs*

                                                               */s/ Heidi Medrano*