Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com

*Attorneys for the Defendants*

## IN THE UNITED STATES DISTRICT COURT,

## DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **STIPULATED MOTION TO EXTEND DEADLINES AND AMEND SCHEDULING ORDER** <br><br> Case No. 19-cv-00553-HCN-CMR <br><br> Honorable Howard C. Neilson, Jr. <br> Magistrate Judge Cecelia Romero |

Plaintiffs Estate of Patrick Harmon Sr., Patrick Harmon II, and Tasha Smith ("Plaintiffs") and Defendants Salt Lake City and Clinton Fox ("Defendants"), through their respective counsel of record, hereby stipulate and jointly move the Court for entry of an Order amending the Scheduling Order signed by the Court on June 6, 2022. (Dkt. No 64).

The parties stipulate to a 45-day extension of time for fact and expert discovery deadlines. The parties have been engaged in written discovery and multiple depositions have

been taken since the Court extended discovery in June. The parties believe an additional 45-day extension will accommodate remaining discovery matters and is proportional to the needs of this case.

A proposed form of order is submitted herewith.

Dated: 7 September 2022

DEISS LAW PC

/s/ Andrew Deiss
Andrew G. Deiss
Corey D. Riley
*Attorneys for Plaintiffs*

Dated: 7 September 2022

SALT LAKE CITY CORPORATION

/s/ Katherine Nichols
Katherine Nichols
*Attorney for Defendants*