# Exhibit 2

# Smith Body Camera Footage

# Conventionally Filed