# Exhibit 3

# Fox Body Camera Footage

# Conventionally Filed