# Exhibit 4

# Robinson Body Camera Footage

# Conventionally Filed