**SALT LAKE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

# General Offense Information

Operational status: **CLOSED/COMPLETED**
Reported on: **Aug-13-2017  (Sun.) 2226**
Occurred on: **Aug-13-2017  (Sun.) 2217**
Approved on: **Aug-14-2017  (Mon.)**  by:  **I57  -  Mitchell, Todd C**
Report submitted by: **O96  -  Smith, Kristopher**
Org unit: **Liberty Patrol/B/Grv**
Address: **1002 S STATE ST**
       Municipality: **SALT LAKE CITY** County: **SLC Cncl Dist 5**
       District: **2**   Beat: **Z5**   Grid: **232**
Bias: **None (no bias)**
Family violence: **NO**

# Offenses (Completed/Attempted)

Offense: # **1   906-1   HOMI-PUB OFF-ID WEAP/OFFIC INV  -  COMPLETED**
Location: **Sidewalk/Curb**
Offender suspected of using: **Not Applicable**
Weapon type: **Handgun**

SLCC 000048



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Attachment(s) - Witness Statement

Attachment Description: **WRIGHT,ASHLEY**
Reference Number:

### SALT LAKE CITY POLICE DEPARTMENT
### VICTIM & WITNESS STATEMENT

To be filled out by Police Officer

OFFICER: TADEHARA J. 069          CASE NUMBER: 17- 149617
Please submit completed form to records.

#### Victim/Witness Information

Please Print

Your Name: Ashley Wright          Date of Birth: **REDACTED**

Home Address: **REDACTED**          City: **REDACTED**          State: Ut   Zip: 84600

Home Phone: (____)_____   Cell Phone: **REDACTED**   Business Phone: (____)_____

Email Address: **REDACTED**          Other Contact Information: _____

Business Name (If Applicable): _____          Title/Position: _____

Business Address: _____          City: _____   State: _____   Zip: _____

#### Statement

Please describe the incident with as much detail as possible:

Had seen two cop cars pulled over down
street & heard Intercom <del>voice</del> of I think
Officer speaking about Safety/Hours
And not sure about the amount of time
After heard a loud pop pop pop pop so 3 - maybe
4 shots fired & Shortly after Sirens & numerous
police officers racing to the scene.

_____Please Continue on other side.

Are you willing to testify to the facts detailed in this statement in a court of law:    No _____   Yes  X

By signing below, I understand that statements I make in this document may be presented to a magistrate or a judge in lieu of sworn testimony at a preliminary hearing. Any statement I make that I do not believe to be true, may subject me to a criminal punishment as a Class A Misdemeanor pursuant to Section 76-8-504.4 Utah Code Annotated. I hereby certify that I have written and/or read this statement and that the facts contained therein are true and correct to the best of my knowledge. I also certify that I was not coerced into making the statement nor was I told what to say in it.

AFTER READING AND UNDERSTANDING THE INFORMATION IN THE BOX ABOVE – PLEASE SIGN BELOW:

Ashley Wright
Victim/Witness Signature

Aug 13, 2017
Date

**SLCC 000049**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Attachment(s) - Witness Statement

Attachment Description: **HEATON,JEFFREY**
Reference Number:



AUG14 17 13:14AM

**SALT LAKE CITY POLICE DEPARTMENT**
**VICTIM & WITNESS STATEMENT**

To be filled out by Police Officer

OFFICER: TADEHARA J 069          CASE NUMBER: 17-149617

Please submit completed form to records.

### Victim/Witness Information

Please Print

Your Name: Jeffrey A Heaton          Date of Birth: REDACTED

Home Address: REDACTED          State: UT Zip: 84660

Home Phone: (___)_____ Cell Phone: REDACTED          Business Phone: (___)_____

Email Address: REDACTED          ct Information: _____

Business Name (If Applicable): _____ Title/Position: _____

Business Address: _____ City: _____ State: ____ Zip: _____

### Statement

Please describe the incident with as much detail as possible:

WAS BEING A GOOD SAMARATIN HELPING SOME OREGON
RESIDENTS WORK ON THIER TOYOTA TRUCK. WE NOTICED
A POLICE CAR DRIVE PAST AND PULL OVER ON THE
RIGHT HAND SIDE 1/2 A BLOCK UP THEN AN INTERCOM
CAME ON AND WE THOUGHT IT WAS THE CAR LOT
ANNOUNCING FOR PEOPLE TO BREAK THE LOT
BUT IT WAS OFFICERS OVER AN INTERCOM TO MY
BELIEF, THEN 2 MORE POLICE CARS PULLED UP
AND WITHIN MINUTES THE GUNFIRE OF 4 to 5 SHOTS

*Please Continue on other side.*

Are you willing to testify to the facts detailed in this statement in a court of law:     No_____ Yes ✓

By signing below, I understand that statements I make in this document may be presented to a magistrate or a judge in lieu of sworn testimony at a preliminary hearing. Any statement I make that I do not believe to be true, may subject me to a criminal punishment as a Class A Misdemeanor pursuant to Section 76-8-504.4 Utah Code Annotated. I hereby certify that I have written and/or read this statement and that the facts contained therein are true and correct to the best of my knowledge. I also certify that I was not coerced into making this statement nor was I told what to say in it.

AFTER READING AND UNDERSTANDING THE INFORMATION IN THE BOX ABOVE – PLEASE SIGN BELOW:

_____          8-13-17
Victim/Witness Signature          Date

**SLCC 000050**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

Continued from front side:

THEN MORE POLICE OFFICERS SHOWED
UP AND CLOSED OFF AREA — THEN 15 MIN
LATER WE WERE ABLED TO FILL THIS
OUT

SLCC 000051


**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Attachment(s) - Witness Statement

Attachment Description: **MITCHELL, LAURIE**
Reference Number:

AUG 14 17   11:14 AM

## SALT LAKE CITY POLICE DEPARTMENT
## VICTIM & WITNESS STATEMENT

To be filled out by Police Officer

OFFICER: *TADEHARA  J   069*          CASE NUMBER: *17 - 149617*

Please submit completed form to records.

### Victim/Witness Information

Please Print

Your Name: *Laurie Mitchell*          Date of Birth: [REDACTED]

Home Address: [REDACTED]

Home Phone: [REDACTED]   Cell Phone: (___) [REDACTED]   Business Phone: (___)

Other Contact Information:

Business Name (If Applicable):                     Title/Position:

Business Address:                City:          State:      Zip:

### Statement

*(939 S. STATE)*

Please describe the incident with as much detail as possible:

I was standing outside Auto Zone just after 10pm working on our 4Runner & heard 3 gun shots & looked up to see flashing cop car lights across the street & down a little ways under a Billboard. I heard a voice over the load speaker just before 10pm, but assumed it was the Honda dealership announcing it was closing. I didn't see anything else or notice the cop cars there until the gun shots.

_____ Please Continue on other side.

Are you willing to testify to the facts detailed in this statement in a court of law:   No_____   Yes __X__

By signing below, I understand that statements I make in this document may be presented to a magistrate or a judge in lieu of sworn testimony at a preliminary hearing. Any statement I make that I do not believe to be true, may subject me to a criminal punishment as a Class A Misdemeanor pursuant to Section 76-8-504.4 Utah Code Annotated. I hereby certify that I have written and/or read this statement and that the facts contained therein are true and correct to the best of my knowledge. I also certify that I was not coerced into making the statement nor was I told what to say in it.

AFTER READING AND UNDERSTANDING THE INFORMATION IN THE BOX ABOVE – PLEASE SIGN BELOW:

*Laurie Mitchell*                    *Aug 18, 2017*
Victim/Witness Signature                    Date

**SLCC 000052**

| | **SALT LAKE POLICE DEPARTMENT** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| **GO# SL 2017-149617 CLOSED/COMPLETED** | | **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV** |

# Related Attachment(s) - Miscellaneous

Attachment Description: **DA CLEARANCE LETTER**
Reference Number:



**Ralph Chamness**
*Chief Deputy*
*Civil Division*

**Lisa Ashman**
*Administrative*
*Operations*

**SIM GILL**
DISTRICT ATTORNEY

**Jeffrey William Hall**
*Chief Deputy*
*Justice Division*

**Blake Nakamura**
*Chief Deputy*
*Justice Division*

Sheriff Rosie Rivera
Unified Police Department
3365 South 900 West
Salt Lake City, UT 84119

Chief Mike Brown
Salt Lake City Police Department
475 South 300 East
Salt Lake City, UT 84111

*Via Hand Delivery*

October 4, 2017

RE:    *SLCPD Officer Fox's Use of Deadly Force*
Incident Location:    1002 South State St., Salt Lake City, Utah
Incident Date:    August 13, 2017
UPD Case No.:    2017-130290
SLCPD Case No.:    17-149617
D.A. Case No.:    2017-980

Dear Sheriff Rivera and Chief Brown:

The Salt Lake County District Attorney's Office ("D.A.'s Office") operates under Utah State law to review and "screen[1]" criminal charges against individuals where criminal activity may have occurred. The D.A.'s Office operates pursuant to an agreement between the D.A.'s Office and participating law enforcement agencies to perform joint investigations and independent reviews of officer involved critical incidents ("OICI") including police officers' use of deadly force while in the scope of their official duties. Pursuant to the State law and the agreement between the D.A.'s Office and participating law enforcement agencies, the D.A.'s Office has reviewed the above referenced matter to determine whether the above referenced use of deadly force violated criminal statutes and whether a criminal prosecution should commence. Part of our screening process considered whether the use of deadly force was "justified" under Utah State law thereby providing a legal defense to a criminal charge. As outlined more fully below, the D.A.'s Office declines to file criminal charges in the above referenced matter because

---

[1] As explained more fully herein, the process of "screening" a case includes an assessment of the facts and an application of the facts to relevant law, using legal and ethical standards to determine whether to file a criminal charge.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000053**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED            906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                          October 4, 2017                          Page 2

we conclude that Salt Lake City Police Department ("SLCPD") Officer Fox's use of deadly force was "justified" under Utah State law.

On August 13, 2017, SLCPD Officer Smith saw a male, later identified as Patrick Harmon, ride his bicycle across all six road lanes and a median on State Street in Salt Lake City, Utah. Officer Smith said he saw that Mr. Harmon didn't have a required red rear tail light on his bicycle, although it was night. Officer Smith asked the male for identification and the male gave several different names and spellings. Officer Smith asked for backup.

Eventually, Officer Smith discovered Mr. Harmon had active felony warrants (one for aggravated assault) and arrested him as SLCPD Officers Fox and Robinson arrived to help. Mr. Harmon broke away from the officers and ran. The officers followed. As he ran, Mr. Harmon said "I'll cut you," and turned and faced the officers with a knife. Officer Fox fired his weapon at Mr. Harmon, killing him.

### UTAH STATE LAW

As part of the review and screening determination, the D.A.'s Office relied in part upon the following statutory provisions for the legal analysis:

**76-2-401  Justification as defense -- When allowed**.

(1) Conduct which is justified is a defense to prosecution for any offense based on the conduct. The defense of justification may be claimed:

(a) when the actor's conduct is in defense of persons or property under the circumstances described in Sections 76-2-402 through 76-2-406 of this part;

(b) when the actor's conduct is reasonable and in fulfillment of his duties as a governmental officer or employee;

…

**76-2-402  Force in defense of person -- Forcible felony defined.**

(1)(a) A person is justified in threatening or using force against another when and to the extent that the person reasonably believes that force or a threat of force is necessary to defend the person or a third person against another person's imminent use of unlawful force.

(b) A person is justified in using force intended or likely to cause death or serious bodily injury only if the person reasonably believes that force is necessary to prevent death or serious bodily injury to the person or a third person as a result of another person's imminent use of unlawful force, or to prevent the commission of a forcible felony.

**SLCC 000054**

For: **MH7014**     Printed On: **Aug-17-2018  (Fri.)**                          Page **7** of **154**

SLCPD OICI                          October 4, 2017                          Page 3

(2)(a) A person is not justified in using force under the circumstances specified in Subsection (1) if the person:

    (i) initially provokes the use of force against the person with the intent to use force as an excuse to inflict bodily harm upon the assailant;

    (ii) is attempting to commit, committing, or fleeing after the commission or attempted commission of a felony; or

    (iii) was the aggressor or was engaged in a combat by agreement, unless the person withdraws from the encounter and effectively communicates to the other person his intent to do so and, notwithstanding, the other person continues or threatens to continue the use of unlawful force.

(b) For purposes of Subsection (2)(a)(iii) the following do not, by themselves, constitute "combat by agreement":

    (i) voluntarily entering into or remaining in an ongoing relationship; or

    (ii) entering or remaining in a place where one has a legal right to be.

(3) A person does not have a duty to retreat from the force or threatened force described in Subsection (1) in a place where that person has lawfully entered or remained, except as provided in Subsection (2)(a)(iii).

(4)(a) For purposes of this section, a forcible felony includes aggravated assault, mayhem, aggravated murder, murder, manslaughter, kidnapping, and aggravated kidnapping, rape, forcible sodomy, rape of a child, object rape, object rape of a child, sexual abuse of a child, aggravated sexual abuse of a child, and aggravated sexual assault as defined in Title 76, Chapter 5, Offenses Against the Person, and arson, robbery, and burglary as defined in Title 76, Chapter 6, Offenses Against Property.

(b) Any other felony offense which involves the use of force or violence against a person so as to create a substantial danger of death or serious bodily injury also constitutes a forcible felony.

(c) Burglary of a vehicle, defined in Section 76-6-204, does not constitute a forcible felony except when the vehicle is occupied at the time unlawful entry is made or attempted.

(5) In determining imminence or reasonableness under Subsection (1), the trier of fact may consider, but is not limited to, any of the following factors:

    (a) the nature of the danger;

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000055**

SLCPD OICI                     October 4, 2017                          Page 4

(b) the immediacy of the danger;

(c) the probability that the unlawful force would result in death or serious bodily injury;

(d) the other's prior violent acts or violent propensities; and

(e) any patterns of abuse or violence in the parties' relationship.

**76-2-404  Peace officer's use of deadly force.**

(1) A peace officer, or any person acting by his command in his aid and assistance, is justified in using deadly force when:

(a) the officer is acting in obedience to and in accordance with the judgment of a competent court in executing a penalty of death under Subsection 77-18-5.5(3) or (4);

(b) effecting an arrest or preventing an escape from custody following an arrest, where the officer reasonably believes that deadly force is necessary to prevent the arrest from being defeated by escape; and

(i) the officer has probable cause to believe that the suspect has committed a felony offense involving the infliction or threatened infliction of death or serious bodily injury; or

(ii) the officer has probable cause to believe the suspect poses a threat of death or serious bodily injury to the officer or to others if apprehension is delayed; or

(c) the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person.

*Criminal Charges and Prosecution: Standards*

The D.A.'s Office reviews police officers' use of deadly force pursuant to the D.A.'s Office's authority as a public prosecutor as set forth in Utah Constitution Article VIII, Section 16[2] and Utah Code 17-18a-203[3], among other legal authority.  Pursuant to this authority, the

---

[2] **Utah Const. Art. VIII, Section 16 [Public prosecutors.]** The Legislature shall provide for a system of public prosecutors who shall have primary responsibility for the prosecution of criminal actions brought in the name of the State of Utah and shall perform such other duties as may be provided by statute. Public prosecutors shall be elected in a manner provided by statute, and shall be admitted to practice law in Utah. If a public prosecutor fails or refuses to prosecute, the Supreme Court shall have power to appoint a prosecutor pro tempore.

[3] **17-18a-203. District attorney powers and functions.**
In a county that is located within a prosecution district, the district attorney:
(1) is a public prosecutor for the county; and
(2) shall perform each public prosecutor duty in accordance with this chapter or as otherwise required by law.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000056**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

| SLCPD OICI | October 4, 2017 | Page 5 |
|---|---|---|

D.A.'s Office is responsible for determining whether a person's actions (in this case, whether a law enforcement officer's use of deadly force) violates a criminal statute (Utah State law) and if so, whether and to what extent that person should be charged with a crime.

The D.A.'s Office is a public prosecution agency for and has jurisdiction over the prosecution of criminal offenses that occur within Salt Lake County. Among the duties of the D.A's Office is the responsibility to receive investigations of potential criminal activity from law enforcement agencies. Law enforcement agencies "screen[4]" potential criminal charges with the D.A.'s Office by presenting evidence to the D.A.'s Office that may support the filing of criminal charges against a person who may have committed a criminal offense. Law enforcement agencies present all the relevant facts presently known to them.

After receiving relevant facts about a particular matter, the D.A.'s Office considers potentially applicable statutes to determine whether the statutes proscribe the conduct. During the "screening" process, the D.A.'s Office applies legal and ethical standards to the matter at hand to decide whether to file criminal charges. The D.A.'s Office files criminal charges against individuals accused of violating the law when certain legal and ethical standards are satisfied. When these legal and ethical standards are not satisfied, the D.A.'s Office declines to file a criminal charge.

### Legal Standards

A case must satisfy legal standards before a prosecutor files criminal charges. Among the legal standards to file a case is the requirement that facts show "probable cause" to believe that offense was committed and the accused committed the offense. *See, e.g.*, Ut.R.Cr.P. 4(b).

A criminal case must be built on admissible evidence; the screening function doesn't simply consider all the relevant facts presented by law enforcement but must evaluate what evidence will be legally admissible against a defendant charged with a crime. Some evidence proves facts that, while true, may nevertheless not be admissible against a defendant at trial. The screening function is limited to considering evidence that will likely be admissible against a defendant.

### Ethical Standards

The D.A.'s Office files cases that satisfy ethical standards and considerations in addition to legal standards for filing[5]. Honoring ethical standards ensures that everyone affected by the criminal justice system—suspects, defendants, victims, the community and the system itself—are treated fairly, honorably and respectfully.

---

[4] Utah State Code defines "screening" as "the process used by a prosecuting attorney to terminate investigative action, proceed with prosecution [by filing an information or indictment], move to dismiss a prosecution that has been commenced, or cause a prosecution to be diverted." U.C.A. 77-2-2 (1).

[5] Even when a criminal case is filed, the defendant is presumed innocent of the charges unless and until convicted in a court of law.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000057**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---

SLCPD OICI                          October 4, 2017                          Page 6

---

Among the ethical standards which a case must satisfy is a reasonable likelihood of success at trial.  A prosecutor must prove each element of the case beyond a reasonable doubt and to the unanimous satisfaction of a jury to prevail (succeed) at trial.  A screening decision includes a consideration of factors that a jury may consider in weighing testimony, evaluating evidence, applying the law and rendering a verdict.

The D.A.'s Office follows many of the screening considerations outlined by organizations like the National District Attorneys Association[6] and the American Bar Association—organizations that address the prosecution function and provide guidance in screening a case.   These ethical screening standards are helpful to prosecutors deciding whether a case ought to be filed.

---

[6] For instance, some relevant considerations for screening are outlined in *NDAA Standards 3-3.9 and 4-4.2*:

**Standard 3-3.9 Discretion in the Charging Decision**
(a) A prosecutor should not institute, or cause to be instituted, or permit the continued pendency of criminal charges when the prosecutor knows that the charges are not supported by probable cause. A prosecutor should not institute, cause to be instituted, or permit the continued pendency of criminal charges in the absence of sufficient admissible evidence to support a conviction.
(b) The prosecutor is not obliged to present all charges which the evidence might support. The prosecutor may in some circumstances and for good cause consistent with the public interest decline to prosecute, notwithstanding that sufficient evidence may exist which would support a conviction. Illustrative or the factors which the prosecutor may properly consider in exercising his or her discretion are:
(i) the prosecutor's reasonable doubt that the accused is in fact guilty;
(ii) the extent of the harm caused by the offense;
(iii) the disproportion of the authorized punishment in relation to the particular offense or the offender;
(iv) possible improper motives of a complainant;
(v) reluctance of the victim to testify;
(vi) cooperation of the accused in the apprehension or conviction of others; and
(vii) availability and likelihood of prosecution by another jurisdiction.
(c) A prosecutor should not be compelled by his or her supervisor to prosecute a case in which he or she has a reasonable doubt about the guilt of the accused.
(d) In making the decision to prosecute, the prosecutor should give no weight to the personal or political advantages or disadvantages which might be involved or to a desire to enhance his or her record of convictions.
(e) In cases which involve a serious threat to the community, the prosecutor should not be deterred from prosecution by the fact that in the jurisdiction juries have tended to acquit persons accused of the particular kind of criminal act in question.
(f) The prosecutor should not bring or seek charges greater in number of degree than can reasonably be supported with evidence at trial or than are necessary to fairly reflect the gravity of the offense.
(g) The prosecutor should not condition a dismissal of charges, *nolle prosequi*, or similar action on the accused's relinquishment of the right to seek civil redress unless the accused has agreed to the action knowingly and intelligently, freely and voluntarily, and where such waiver is approved by the court.
…

**4-2.2 Propriety of Charges**
A prosecutor should file charges that he or she believes adequately encompass the accused's criminal activity and which he or she reasonably believes can be substantiated by admissible evidence at trial.

111 E Broadway, Ste 400, Salt Lake City, UT  84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000058**

---



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---

SLCPD OICI                        October 4, 2017                        Page 7

*"Justification" as Defense in Utah*

When screening a case, a prosecutor considers whether a person who ostensibly committed a crime (or for which there may be probable cause to believe has committed a crime) nevertheless has a legal defense to prosecution. If a person who, for instance, shot or attempted to kill another has a legal defense to ostensible criminal charges related thereto, no charges can be brought against that person.

One legal defense to potential criminal charges available to police officers who used deadly force (whether or not the deadly force caused the death of a person) is the legal defense of "justification." This legal defense is found in Utah State Code as set forth above and operates in conjunction with other legal authority. The legal defense of "justification" could apply to any potential criminal charge; some of the potential criminal charges a police officer could face through an improper use of deadly force include criminal homicide, murder (or attempted murder), aggravated assault, or other offenses set forth in the criminal code. The legal defense of "justification" is applicable to any potential criminal charge.

A person's use of deadly force (including but not limited to use of deadly force by peace officers) is "justified" when the use of deadly force conformed to the statutes referenced above. Persons may lawfully defend themselves under circumstances outlined by law, and are afforded the legal defense of "justification" for the lawful use of deadly force in accordance with statutes. Utah Code Ann. 76-2-402 states that a "person is justified in threatening or using force against another when and to the extent that the person reasonably believes that force or a threat of force is necessary to defend the person or a third person against another person's imminent use of unlawful force." *Id.* This section also states: "A person is justified in using force intended or likely to cause death or serious bodily injury only if the person reasonably believes that force is necessary to prevent death or serious bodily injury to the person or a third person as a result of another person's imminent use of unlawful force, or to prevent the commission of a forcible felony[7]." *Id.*

In addition to the use of deadly force in defense of self or others, a peace officer's use of deadly force is "justified" when:

> "effecting an arrest or preventing an escape from custody following an arrest, where the officer reasonably believes that deadly force is necessary to prevent the arrest from being defeated by escape; and the officer has probable cause to believe that the suspect has committed a felony offense involving the infliction or threatened infliction of death or serious bodily injury; or the officer has probable cause to believe the suspect poses a threat of death or serious bodily injury to the officer or to others if apprehension is delayed; or the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person." U.C.A. 76-2-404.

In essence, the analysis for the use of deadly force to prevent death or serious bodily injury (whether by individuals or peace officers) turns on similar elements. In relation to the use of deadly force by *individuals*: "A person is justified in using force intended or likely to cause death

---

[7] For the enumerated "forcible felonies," see U.C.A. 76-2-402(4)(a), *supra.*

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

SLCC 000059



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                          October 4, 2017                          Page 8

or serious bodily injury only if the person reasonably believes that force is necessary to prevent death or serious bodily injury to the person or a third person as a result of another person's imminent use of unlawful force" U.C.A. 76-2-402(1)(a),(b). For the use of deadly force by *peace officers*: "the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person," or to effect an arrest under circumstances set forth in law. *See*, U.C.A. 76-2-404. A peace officer's use of deadly force is "justified" when that officer "reasonably believes" that the use of deadly force is "necessary to prevent" the threat of "death or serious bodily injury." *Id*.

As mentioned above, U.C.A. 76-4-202 and 404 constitute legal defenses to potential criminal charges. Although Utah Code doesn't directly reference other means of evaluating liability and reasonableness of police use of force, the United States Supreme Court case *Graham v. Conner* provides an analytical methodology for assessing excessive force claims in a Fourth Amendment context.[8] *Graham* considers excessive force claims from a "reasonable officer on the scene, rather than with the 20/20 vision of hindsight." *Graham v. Conner*, 490 U.S. 386, 396 (1989) (citations omitted.) *Graham* also "requires a careful balancing of '"the nature and quality of the intrusion on the individual's Fourth Amendment interests"'… against the countervailing governmental interests at stake." *Id*. (citations omitted) *Graham* observes: "Because '[t]he test of reasonableness under the Fourth Amendment is not capable of precise definition or mechanical application,' [citation omitted] however, its proper application requires careful attention to the facts and circumstances of each particular case, including the severity of the crime at issue, whether the suspect poses an immediate threat to the safety of the officers or others, and whether he is actively resisting arrest or attempting to evade arrest by flight." *Id*. (citations omitted).

This OICI investigation and our review that followed was conducted in accordance with an OICI investigation protocol previously established and in conformity with recently enacted legislation governing investigations of OICI events. The OICI investigation protocol strives to establish an investigation methodology and process that provides the D.A.'s Office with the evidence needed to review the investigation to determine whether a police officer's use of deadly force conformed to the above referenced statutes. If the use of deadly force conformed to the statutes, the use of deadly force is "justified," and the legal defense of "justification" is available to the officer such that criminal charges cannot be filed against the officer and the criminal investigation into the actions of the officer is concluded.

If the use of deadly force does not conform to the statutes above, the use of deadly force may not be "justified," and the legal defense of "justification" may not be available to the officer. In other words, if the use of deadly force failed to conform to the applicable statutes, the law does not afford the officer the legal defense of "justification." Further investigation may be needed to determine whether, and if so which, criminal charges can and should be filed against the officer. Just because the legal defense of "justification" may not be available (because the use of deadly force did not conform to the statutes) does not therefore necessarily mean that criminal charges should be filed against the officer. For instance, the evidence available to the

---

[8] The issue addressed in this OICI review is narrow and well defined: did an officer's use of force violate a criminal statute and if so, should a prosecution ensue? While our review does not directly employ a Fourth Amendment analysis, the *Graham* case is nevertheless informative.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

SLCC 000060



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED                    906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                          October 4, 2017                          Page 9

District Attorney may not support criminal charges, the case may not have a reasonable likelihood of success at trial, or other reasons may preclude a prosecution. Again, further investigation and consideration may be required to determine whether the use of deadly force warrants criminal charges.

### INVESTIGATION

During the 2015 Utah State Legislature's General Session, the legislature enacted U.C.A. 76-2-408 which sets forth in relevant part the following provisions governing the investigation of peace officers' use of deadly force:

**76-2-408 Peace officer use of force -- Investigations.**

(1) As used in this section:

(a) "Dangerous weapon" is a firearm or an object that in the manner of its use or intended use is capable of causing death or serious bodily injury.

(b) "Investigating agency" is a law enforcement agency, the county or district attorney's office, or an interagency task force composed of officers from multiple law enforcement agencies.

(c) "Officer" is a law enforcement officer as defined in Section 53-13-103.

(d) "Officer-involved critical incident" is any of the following:

(i) the use of a dangerous weapon by an officer against a person that causes injury to any person;
…

(2) When an officer-involved critical incident occurs:

(a) upon receiving notice of the officer-involved critical incident, the law enforcement agency having jurisdiction where the incident occurred shall, as soon as practical, notify the county or district attorney having jurisdiction where the incident occurred; and

(b) the chief executive of the law enforcement agency and the county or district attorney having jurisdiction where the incident occurred shall:

(i) jointly designate an investigating agency for the officer-involved critical incident; and

(ii) designate which agency is the lead investigative agency if the officer-involved critical incident involves multiple investigations.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000061**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**            **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

SLCPD OICI                    October 4, 2017                    Page 10

(3) The investigating agency under Subsection (2) may not be the law enforcement agency employing the officer who is alleged to have caused or contributed to the officer-involved critical incident.
…

To comply with state law requiring an outside agency to investigate an OICI, SLCPD invoked the OICI investigation protocol, and an investigative team comprised of law enforcement personnel from several agencies responded to investigate this matter pursuant to the previously agreed upon OICI investigation protocol.

On August 30, 2017, OICI protocol investigators presented the investigation findings to the District Attorney for review and this opinion letter. During the presentation of the investigation findings, OICI protocol investigators reported that SLCPD was helpful and accommodating with the investigation's needs, but did not perform any investigation of the OICI itself.

### FACTS

The following facts were developed from the OICI protocol investigation. Should additional or different facts subsequently come to light, the opinions and conclusions contained in this letter may likewise be different.

Just after 10:00 p.m. on August 13, 2017, SLCPD Officer Smith was on patrol in Salt Lake City. He saw a man, later identified as Patrick Harmon, ride his bicycle across all six road lanes and a median on State Street. Officer Smith noticed that, although it was dark, Mr. Harmon didn't have a required red rear tail light on his bicycle. Officer Smith stopped the man and asked him for identification. The man gave a couple of different names while Officer Smith tried to make an identification. Officer Smith asked for backup.

SLCPD Officers Fox and Robinson arrived at the traffic stop. Officer Fox walked over to Mr. Harmon and talked to him. Officer Robinson went to Officer Smith in his patrol car and talked to Officer Smith who was running Mr. Harmon for warrants. As they talked, felony arrest warrants (one for aggravated assault) came up on the computer. Officer Smith told Officer Robinson he was going to arrest Mr. Harmon for the warrants.

Officers Smith and Robinson walked to where Officer Fox was talking to Mr. Harmon. Officer Smith told Mr. Harmon he was under arrest for the warrants, and Mr. Harmon pleaded with the officers not to go to jail. The officers took Mr. Harmons hands and placed them behind his back. As Mr. Harmon's hands went behind his back, Mr. Harmon bolted from the officers and ran. The officers pursued.

As he ran, Mr. Harmon said he was going to cut or stab the officers. Mr. Harmon stopped running and turned to face the officers. Officer Fox later said he saw a knife in Mr. Harmon's hand with a blade open. Officer Fox said he feared Mr. Harmon would cut or stab him

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000062**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                          October 4, 2017                          Page 11

and/or his fellow officers. Officer Fox said he believed his life and the lives of the other officers were in danger. Officer Fox fired his weapon three times at Mr. Harmon. After Mr. Harmon went down, officers handcuffed him and rendered first aid until medical personnel arrived. Mr. Harmon died from the gunshot wounds.

An OICI protocol investigation team arrived and documented the scene, conducted interviewed and performed other investigation tasks. Investigators located and documented a knife with an open blade among the items at the scene. Investigators inspected and documented the conditions of officers' weapons used in the incident. Investigators also reviewed body-worn camera video recordings of the incident.

***Officer Fox***

On August 22, 2017, OICI protocol investigators interviewed SLCPD Officer Clinton Fox with his attorney present. Officer Fox said that on August 13, 2017, he was on patrol when he heard Officer Smith on the police radio ask for assistance with a pedestrian stop. Officer Fox said he drove to the area and saw Officer Smith's patrol car. Officer Fox said he walked up to a man, later identified as Patrick Harmon and asked Mr. Harmon to step off his bicycle.

Officer Fox said Mr. Harmon seemed emotional and distraught. Officer Fox said Mr. Harmon was talking about getting right with God and doing work for God; Officer Fox said Mr. Harmon said he was trying to take care of his arrest warrant. Officer Fox said Mr. Harmon seemed nervous.

Officer Fox said Officers Smith and Robinson walked over to him and Mr. Harmon. Officer Fox said he saw Officer Smith wearing gloves and inferred that Mr. Harmon was going to jail for his warrants. Officer Fox said he positioned himself to assist Officer Smith with the arrest; Officer Fox said Officer Smith stood on Mr. Harmon's right side and Officer Robinson stood on Mr. Harmon's left side. Officer Fox said Officer Smith told Mr. Harmon he was under arrest for the outstanding warrants and asked Mr. Harmon to remove his backpack. Officer Fox said Mr. Harmon complied.

Officer Fox said the other officers took Mr. Harmon's hands to place him in handcuffs. Officer Fox said as soon as Mr. Harmon's hands went behind his back, Mr. Harmon bolted and ran. Officer Fox said he believed Officer Smith yelled at Mr. Harmon to stop. Officer Fox said he saw Mr. Harmon's hands move to his right pants pocket. Officer Fox said he heard Mr. Harmon say he was going to cut them, or that they (the officers) would get cut. Officer Fox said he quickly realized Officer Robinson was in a dangerous position if Mr. Harmon produced a knife. Officer Fox said he believed Mr. Harmon could have stabbed Officer Robinson.

Officer Fox said Mr. Harmon stopped running, turned and yelled: "I'll fucking stab you." Officer Fox said Mr. Harmon came at the officers with something in his hand. Officer Fox said he was terrified by how close Mr. Harmon was to the officers when Mr. Harmon stopped and turned towards them. Officer Fox said when Mr. Harmon turned towards the officers, Officer Fox saw that Mr. Harmon had an open knife in his hand. Officer Fox said he was afraid Mr.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000063**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---

SLCPD OICI                          October 4, 2017                          Page 12

---

Harmon was going to stab him and/or the other officers. Officer Fox said he didn't know whether the officers could see or perceive that Mr. Harmon was armed with an open knife. Officer Fox said he was worried about Officers Smith and Robinson if they tried to go "hands-on" with Mr. Harmon.

Officer Fox said he feared if he didn't immediately use deadly force, Mr. Harmon was going to stab him and/or the other officers. Officer Fox said he remembered he felt like Mr. Harmon was going to stab him. Officer Fox said he aimed his weapon at Mr. Harmon and fired three times.

Officer Fox said that in ten years of law enforcement and two military deployments, it was the scariest situation he had ever been in. Officer Fox said Mr. Harmon immediately gained the "upper hand" when Mr. Harmon produced the open knife as he stopped running and turned to face the officers. Officer Fox said he felt like Mr. Harmon presented a situation from which Officer Fox could not recover.

### Officer Smith

On August 14, 2017, protocol investigators interviewed SLCPD Officer Kris Smith. Officer Smith said he was on duty on August 13, 2017 and on patrol when he saw a man on a bicycle riding on State Street. Officer Smith said he saw the man, subsequently identified as Patrick Harmon, ride across all six lanes of travel and across a median on State Street. Officer Smith said it was night, but Mr. Harmon's bicycle did not have a required red tail light. Officer Smith said he stopped Mr. Harmon to discuss the situation.

Officer Smith said he asked the man for his name, and the man gave him a name that had no match in his police computer. Officer Smith said he asked the man for his name a couple more times and each time, the man gave a different name. Officer Smith said he called on the police radio for other officers to assist him. Eventually, Officer Smith said the man said he was Patrick Harmon and Officer Smith found that Mr. Harmon had warrants for his arrest, including a felony warrant for aggravated assault.

Officer Smith said SLCPD Officers Fox and Robinson arrived and made contact with him and Mr. Harmon. Officer Smith said he walked from his patrol car to where Mr. Harmon and the officers were standing. Officer Smith said he told Mr. Harmon that he had warrants and was under arrest. Officer Smith said he reached for his handcuffs and Mr. Harmon started to put his hands behind his back. Officer Smith said that once Mr. Harmon's hands were behind his back, Mr. Harmon turned and ran northbound on the sidewalk. Officer Smith said Mr. Harmon turned quickly and started to run back towards the south. Officer Smith said he drew his Taser.

Officer Smith said he heard Mr. Harmon say "I'm going to cut..." Officer Smith said he saw Mr. Harmon reach towards his pants with his right hand. Officer Smith said he fired his Taser and simultaneously heard a gunshot. Officer Smith said he saw Mr. Harmon go down. Officer Smith said Officer Robinson placed Mr. Harmon in handcuffs and he and the other officers rendered aid until medical personnel arrived.

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000064**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                    October 4, 2017                    Page 13

---

### Officer Robinson

On August 14, 2017, protocol investigators interviewed SLCPD Officer Scott Robinson. Officer Robinson said he was on duty at the police station on August 13, 2017 when he heard Officer Smith on the police radio ask for assistance. Officer Robinson said he and Officer Fox drove to Officer Smith's location and saw Officer Smith's patrol car and a man with a bicycle stopped by the side of the road.

Officer Robinson said he saw Officer Fox talking to the man, later identified as Patrick Harmon. Officer Robinson said Officer Fox asked Mr. Harmon to get off his bicycle. Officer Robinson said he talked to Officer Smith who was running Mr. Harmon for warrants. Officer Robinson said Officer Smith told him that Mr. Harmon had felony warrants and he was going to arrest Mr. Harmon. Officer Robinson said he activated his body worn camera.

Officer Robinson said Officer Smith told Mr. Harmon he was under arrest for the warrants. Officer Robinson said Mr. Harmon pleaded with the officers not to take him to jail. Officer Robinson said one of the officers asked Mr. Harmon to remove his backpack and set it on the ground. Officer Robinson said he held Mr. Harmon's left hand and placed Mr. Harmon's hand behind his back in order to handcuff him. Officer Robinson said Officer Smith took control of both of Mr. Harmon's hands and placed them behind Mr. Harmon's back. Officer Robinson said that when Mr. Harmon's hands went behind his back, Mr. Harmon bolted and ran.

Officer Robinson said he tried to grab Mr. Harmon's clothing to stop him but couldn't. Officer Robinson said he heard Mr. Harmon say: "I stab" or something to that effect; Officer Robinson said he couldn't remember Mr. Harmon's exact words. Officer Robinson said Mr. Harmon turned and ran again and said something about stabbing again.

Officer Robinson said he saw that Mr. Harmon had something in his hand. Officer Robinson said he couldn't tell for sure if it was a knife, but Mr. Harmon appeared to be holding it out towards the officers.

Officer Robinson said he heard a Taser "pop" and three gunshots almost simultaneously. Officer Robinson said he saw Mr. Harmon go down. Officer Robinson said he and the other officers secured Mr. Harmon in handcuffs and rendered first aid until medical personnel arrived to treat Mr. Harmon.

### Physical Evidence

All three officers wore body cameras that recorded the incident. OICI protocol investigators reviewed the body-worn camera recordings and presented the recordings and still photographs made from the recordings to the District Attorney for this review. Some of the still photographs are included with this letter as an exhibit.

Officer Smith's body-worn camera recorded Mr. Harmon when he stopped and turned towards the officers with the knife in his hand. Still photographs from Officer Smith recording

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000065**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                    October 4, 2017                    Page 14

are included as Figures 1 and 2.  In Figure 2, Mr. Harmon's toes and feet are shown pointing at Officer Fox.  Officer Smith's recording also captured Officer Fox's abrupt stop when Mr. Harmon turned towards him with a knife.  Figure 3 depicts Officer Fox up on his toes with his back arched away from Mr. Harmon as he fired his weapon.

OICI protocol investigators observed and photographed a knife on the ground near where Mr. Harmon went down.  Photographs of the knife are depicted in Figures 4 and 5.

Protocol investigators inspected and documented Officer Fox's handgun and Officer Smith's Taser.  Investigators determined that Officer Fox's weapon fired three shots during the incident.  Investigators also determined that Officer Smith's Taser was fired.  Investigators determined the officers' other weapons were not used in the incident.

### DISCUSSION AND CONCLUSION

*Justified Use of Deadly Force*

Mr. Harmon threatened to stab or cut the officers as they tried to arrest him.  While the officers were in very close proximity to Mr. Harmon, he presented an opened knife as he turned towards the officers who were running at him.  Officer Fox saw that he and Officers Smith and Robinson were in immediate danger of Mr. Harmon inflicting death or serious bodily injury on them.  Officer Fox said he believed Mr. Harmon was going to stab or cut him and/or the other officers.

Officer Fox reasonably believed deadly force was necessary to prevent death or serious bodily injury to himself and/or others and therefore his use of deadly force was "justified" under Utah State law.  A "justified" use of deadly force provides Officer Fox a legal defense to a criminal prosecution for his use of force.  Accordingly, the District Attorney's Office declines to file criminal charges and prosecute or otherwise pursue matters against Officer Fox.

If you have any questions or concerns regarding the determination made in this case, or otherwise wish to discuss the matter, please feel free to contact our office to set up a personal meeting.

Very Truly Yours,

SIM GILL,
Salt Lake County District Attorney

SG/JWH/jh
enclosure

111 E Broadway, Ste 400, Salt Lake City, UT  84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000066**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                    October 4, 2017                    Page 15

Photographs

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000067**

Case 2:19-cv-00553-HCN-CMR   Document XX-X Filed 02/2XXX   Page 21 of 154   Page 21 of 154

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                    October 4, 2017                    Page 16



*Figure 1: Three still frames from Officer Smith's body-worn camera video recording showing Mr. Harmon's turn towards the officers.*



*Figure 2: Still frame from Officer Smith's body-worn camera video recording showing Mr. Harmon turning to face the officers.*

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

**SLCC 000068**

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                          October 4, 2017                          Page 17



*Figure 3: Two still frames from Officer Smith's body-worn camera video recording.*

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

SLCC 000069

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCPD OICI                    October 4, 2017                    Page 18



*Figure 4: Still frame from Officer Robinson's body-worn video camera recording showing a knife on the ground.*



*Figure 5: Photograph from the OICI scene investigation showing a knife on the ground.*

111 E Broadway, Ste 400, Salt Lake City, UT 84111
Telephone 385.468.7600 · Fax 385.468.7736 · www.districtattorney.slco.org

SLCC 000070



**SALT LAKE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

# Related Attachment(s) - Outside Agency Police Report

Attachment Description: **UPD REPORT**

Reference Number:



**UNIFIED POLICE DEPT-GREATER SL**

**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

## General Offense Information

Operational status: **OPEN/ACTIVE**
Reported on: **Aug-13-2017  (Sun.) 2307**
Occurred on: **Aug-13-2017  (Sun.) 2307**
Report submitted by: **23D  -  BENCH, ZACHARY**
Org unit: **VIOLENT CRIMES**
Address: **1002 S STATE ST**
County: **Salt Lake County**
　　　　District: **SL**  Beat: **40**  Grid: **40**
Bias: **None (no bias)**
Family violence: **NO**

## Offenses (Completed/Attempted)

Offense: **# 1  7399-99  PUB ORD-POLICE ASSISTANCE  -  COMPLETED**

SLCC 000071

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

## Related Event(s)

   CP     CO2017-130290

## Related Person(s)

### 1.  Involved # 1 - FOX, CLINTON

**(Case Specific Information)**

Sex: **MALE**
Race: **Caucasian/White**
Address: **300 E 475 S**
   Municipality: **SALT LAKE CITY** , **Utah   84114-**

**Particulars**

Occupation: **POLICE OFFICER**
Employer: **SLC PD**
Additional remarks: **BADGE Q25**

**Master Name Index Reference**

Name: **FOX, CLINTON**
Sex: **MALE**
Race: **Caucasian/White**
Address: **300 E 475 S**
   Municipality: **SALT LAKE CITY** , **Utah   84114-**

**Linkage factors**

Resident status : **Non-Resident**
Age range : **Unknown**

### 2.  Involved # 2 - ROBINSON, SCOTT

**(Case Specific Information)**

Sex: **MALE**
Race: **Caucasian/White**
Address: **475 S 300 E**
   Municipality: **SALT LAKE CITY** , **Utah   84114-**

**Particulars**

Occupation: **POLICE OFFICER**
Employer: **SLC PD**
Additional remarks: **BADGE Q11**

**Master Name Index Reference**

Name: **ROBINSON, SCOTT**
Sex: **MALE**
Race: **Caucasian/White**
Address: **475 S 300 E**

---

| For: **23D**     Printed On: **Nov-13-2017  (Mon.)** | Page **2** of **71** |

SLCC 000072



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---

|  | **UNIFIED POLICE DEPT-GREATER SL** |
|---|---|
|  | **GENERAL OFFENSE HARDCOPY** |
|  | GO# CO 2017-130290 OPEN/ACTIVE            7399-99 PUB ORD-POLICE ASSISTANCE |

Municipality: **SALT LAKE CITY** , Utah  84114-

**Linkage factors**

Resident status : **Non-Resident**
Age range : **Unknown**

### 3.  Involved # 3 - SMITH, KRIS

**(Case Specific Information)**

Sex: **MALE**
Race: **Caucasian/White**
Address: **475 S 300 E**
Municipality: **SALT LAKE CITY** , Utah  84114-

**Particulars**

Occupation: **POLICE OFFICER**
Employer: **SLC PD**
Additional remarks: **BADGE 096**

**Master Name Index Reference**

Name: **SMITH, KRIS**
Sex: **MALE**
Race: **Caucasian/White**
Address: **475 S 300 E**
Municipality: **SALT LAKE CITY** , Utah  84114-

**Linkage factors**

Resident status : **Non-Resident**
Age range : **Unknown**

### 4.  Witness # 1 - RAIDER, STEVEN J

**(Case Specific Information)**

Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**



**Particulars**

Place of birth: **Utah**
Occupation: **WAREHOUSE**

---

| For: **23D**     Printed On: **Nov-13-2017  (Mon.)** | Page **3** of **71** |
|---|---|

SLCC 000073



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---

**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

Employer: **ST ANNE'S   5300 S 4700 W #APPROX TAYLORSV**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **5'10** Weight: **165** lbs.
Build: **Medium**   Complexion: **Light Brown**
Handed: **Right Handed**
Eye color: **Brown**  Lens type: **None**
Hair color: **Brown**
Hair style: **Medium**
Additional remarks: **OVER FLOW INTOWN SUITS ON 3300**

**Master Name Index Reference**
Name: **RADER, STEVEN JOHN**
Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**
Ethnicity: **Not of Hispanic Origin**
Address: **REDACTED**



**Linkage factors**
Resident status : **Resident**
Age range : **50-64 Years**

**5.  Witness # 2 - MITCHELL, LAURIE**

**(Case Specific Information)**
Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**



**Particulars**
Ethnicity: **Unknown**
Language(s) spoken: **English**

**Master Name Index Reference**
Name: **MITCHELL, LAURIE**

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                Page **4** of **71**

**SLCC 000074**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---

| | **UNIFIED POLICE DEPT-GREATER SL** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE |

Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

**Linkage factors**
  Resident status : **Non-Resident**
  Age range : **30-49 Years**

**6. Witness # 3 - HEATON, JEFFREY ALAN**

**(Case Specific Information)**
  Sex: **MALE**
  Race: **Caucasian/White**
  Date of birth: **REDACTED**

**Particulars**
  Place of birth: **South Carolina**
  Occupation: **TIRE STORE MANA**
  Employer:                    **REDACTED**
  Ethnicity: **Unknown**
  Language(s) spoken: **English**
  Height: **5'11** Weight: **210** lbs.
  Disability:        **REDACTED**
  Build: **Medium**   Complexion: **Light**
  Handed: **Right Handed**
  Eye color: **Hazel**  Lens type: **None**
  Hair color: **Gray or Partially Gray/Salt and Pepper**
  Hair style: **Curly**
  Facial hair color: **Gray or Partially Gray**
  Facial hair style: **Partial Beard**
**Master Name Index Reference**
  Name: **HEATON, JEFFREY  ALAN**
  Sex: **MALE**
  Race: **Caucasian/White**
  Date of birth: **REDACTED**

| For: **23D**    Printed On: **Nov-13-2017  (Mon.)** | Page **5** of **71** |
|---|---|

SLCC 000075



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

Ethnicity: **Unknown**
Address:          **REDACTED**

**Linkage factors**

Resident status : **Non-Resident**
Age range : **50-64 Years**

### 7.  Witness # 4 - WRIGHT, ASHLEY LYNN

**(Case Specific Information)**

Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**



**Particulars**

Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **5'06** Weight: **125** lbs.
Eye color: **Brown**
Hair color: **Blond/Strawberry**

**Master Name Index Reference**

Name: **WRIGHT, ASHLEY  LYNN**
Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**
Ethnicity: **Not of Hispanic Origin**
Municipality:          **REDACTED**
**REDACTED**

**Linkage factors**

Resident status : **Non-Resident**
Age range : **30-49 Years**

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                    Page **6** of **71**

**SLCC 000076**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

| | UNIFIED POLICE DEPT-GREATER SL |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE |

**8. Killed In # 1 - HARMON, PATRICK**

**(Case Specific Information)**
Sex: **MALE**
Race: **African American/Black**
Date of birth: **Oct-15-1966**
Address: **7800 S 3375 W**   Apartment: **127**
          Municipality: **SALT LAKE CITY** , **Utah   84088**
**Phone Numbers**
          Home:   **(801)  680-6360**
          Home:   **(801)  842-7273**
          Cellular:   **(801)  842-1773**
          Business:   **(801)  973-2510**
          Cellular:   **(385)  313-7817**
**Particulars**
Place of birth: **Missouri**
Occupation: **NONE**
Employer: **WILD GRAIN BAKERY**
Citizenship: **America, United States of**
Marital status: **Single**
Ethnicity: **Unknown**
Language(s) spoken: **English**
Height: **5'11** Weight: **200** lbs.
Disability: **Drug/Alcohol Addiction**
Build: **Medium**   Complexion: **Black**
Handed: **Left Handed**
Eye color: **Brown**   Lens type: **Glasses**
Hair color: **Black**
Hair style: **Bald**
Additional remarks: **TRESPASSED FROM MOTEL 6, 176 W 600 S**
**Master Name Index Reference**
Name: **HARMON, PATRICK**
Sex: **MALE**
Race: **African American/Black**
Date of birth: **Oct-15-1966**
Ethnicity: **Unknown**
Address: **7800 S 3375 W**   Apartment: **127**
          Municipality: **SALT LAKE CITY** , **Utah   84088**
**Phone numbers**
Home:  **(801)  680-6360**
Home:  **(801)  842-7273**
Cellular:  **(801)  842-1773**
Business:  **(801)  973-2510**
Cellular:  **(385)  313-7817**

SLCC 000077

## SALT LAKE POLICE DEPARTMENT
### GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



| | |
|---|---|
| | **UNIFIED POLICE DEPT-GREATER SL** |
| | **GENERAL OFFENSE HARDCOPY** |
| **GO# CO 2017-130290 OPEN/ACTIVE** | **7399-99 PUB ORD-POLICE ASSISTANCE** |

**Alias(es)/AKA**

| Name: | Address: | Sex: | DOB: |
|---|---|---|---|
| **FISHER, PATRICK** | | **M** | **Oct-15-1966** |
| **HALMON, PATRICK** | | **M** | **Oct-15-1966** |
| **CROWDER, CAREY** | **3815 S 300 E, F 1 SALT LAKE CI** | **M** | **Oct-15-1966** |

**Linkage factors**

Resident status : **Non-Resident**
Age range : **50-64 Years**

### 9. Next of Kin # 1 - SMITH, TASHA

**(Case Specific Information)**

Sex: **FEMALE**
Race: **Unknown**
Date of birth: **Jan-28-1991**
Address: **4480 MARGARETTA AVE**
   Municipality: **ST LOUIS , Missouri  63115-**
**Phone Numbers**
   Cellular:  **(314) 939-2467**

**Particulars**

Additional remarks: **DAUGHTER OF PATRICK HARMON**

**Master Name Index Reference**

Name: **SMITH, TASHA**
Sex: **FEMALE**
Race: **Unknown**
Date of birth: **Jan-28-1991**
Address: **4480 MARGARETTA AVE**
   Municipality: **ST LOUIS , Missouri  63115-**
**Phone numbers**
Cellular:  **(314) 939-2467**

**Linkage factors**

Resident status : **Non-Resident**
Age range : **22-29 Years**

### 10. Next of Kin # 2 - HARMON, ANTIONETTE

**(Case Specific Information)**

Sex: **FEMALE**
Race: **African American/Black**
Address: **4170 ENIGHT AVE**    Apartment: **304**
   Municipality: **ST. LOUIS , Missouri  63108-**
**Phone Numbers**
   Home:  **(314) 393-0466**

| | |
|---|---|
| For: **23D**    Printed On: **Nov-13-2017  (Mon.)** | Page **8** of **71** |

SLCC 000078



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

   Cellular:  **(314)  601-4972**

**Master Name Index Reference**

   Name: **HARMON, ANTIONETTE**
   Sex: **FEMALE**
   Race: **African American/Black**
   Address: **4170 ENIGHT AVE**    Apartment: **304**
         Municipality: **ST. LOUIS** , **Missouri  63108-**
   **Phone numbers**
   Home: **(314)  939-2467**
   Cellular: **(314)  601-4972**
   Home: **(314)  393-0466**

**Linkage factors**

   Resident status : **Non-Resident**
   Age range : **Unknown**

SLCC 000079



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

### Related Text Page(s)

Document: **INITIAL R/O**
Author: **23D - BENCH, ZACHARY**
Subject: **OICI**
Related date/time: **Aug-16-2017  (Wed.) 1610**

On August 13, 2017, I was contacted by Sergeant Duran and asked to respond on an Officer Involved Critical Incident involving Salt Lake City Police. I responded to 1002 South State Street and was assigned to be the case manager. See Supplemental reports for further.

NFD

ZB 23D

---

For: **23D**   Printed On: **Nov-13-2017  (Mon.)**          Page **10** of **71**

SLCC 000080

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **MH2 - PEATROSS, JARED (Other)**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-13-2017  (Sun.)**

On August 13, 2017 I was called out by Sgt. Tim Duran on an Officer Involved Critical Indecent, involving Salt Lake City Police officers. I was asked to respond to the address of 1002 South State Street.

When I arrived I was briefed with other Violent Crime Detectives on scene. I was asked by Lead Detective Zach Bench to be over the scene and try and locate a next of kin for the deceased male. I walked the scene with detective Bench before he left for interviews. I then stayed on scene with the Forensic Units as the processed the scene.

I ran the decedents name in UCJIS and found he had several active warrants and was listed in OMS as being on probation. I contacted Adult Probation and Parole and spoke with Robin King, who told me the decedent was listed as a Class 2 probation start on 02/28/2017 and was listed on two cases as a walk away on 05/16/2017. Robin told me AP&P did an audit on 06/13/2017 and the decedent was still listed with active warrants. Robin did not know if a bulletin had been released on the decedent listing him as a walk away with active warrants.

Robin told me he had two names listed as next of kins for the decedent. The first name was Curtis Harmon who was listed as a brother and Henry Ross a half brother. Both males listed as family for the decedent resided in Ogden. The numbers I was provided were non working numbers. I was able to located address for both Curtis in Ogden and Henry in Farmington. I sent local police to the listed addresses. I was contacted that the male did not live at the address which I had them listed at. Through further investigation I was able to verify both Curtis and Henry where deceased. I ran the decedent through Lexis Nexis and located a female by the name of Jill Harmon (10/16/1965) living back in St. Louis Missouri. I located the address of 4457 W Belle PL FL 1st in Saint Louis. I sent Saint Louis police department over to the address to try and make contact with Jill. I was contacted by Officer Thomas, who said he responded to the address and was told there was not a Jill Harmon living there. Officer Thomas was able to run JIlls name and located the address of 4451 4Park # 815 in Saint Louis. Officer Thomas was able to make contact with Jill and tell her of the passing of her brother in law. Officer Thomas gave Jill my contact information.

I advised Detective Bench, that I had contacted the next of kin for the decedent and they had been advised of his death. I then cleared the scene.

On August 14, 2017 I was contacted by Jill Harmon in regards to the death of her brother in law Patrick Harmon. I explained to Jill, Patrick had been in an indecent with Salt Lake City Police, where he was shot and killed. I told Jill I could not give her much information at this time.

Jill told me she was not surprised that Patrick would fight with police, Jill told me "Patrick is a motherfucker". Jill explained to me she was married to Curtis who is Patrick's brother at the time of Curtis passing. Jill also told

---

For: 23D    Printed On: **Nov-13-2017  (Mon.)**                    Page 11 of 71

**SLCC 000081**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

me Henry had passed away while incarcerated. Jill said Patrick does have sisters and a daughter but they all live back in St. Louis. Jill told me she is in contact with Patrick's family and would tell him of his death. I gave Jill my name and contact information and the case number and told her to call if she or any of the family members had questions. I took down Jill's information which will be passed along to Detective Bench.


NFD.


JLP/MH2

SLCC 000082



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **CRIME SCENE ANALYSIS**
Author: **HV9 - BOWLES, HEATHER**
Subject: **OIS**
Related date/time: **Aug-13-2017  (Sun.) 2330**

```
Date                    [Aug-13-2017 ]

Time of Occurrence      [2330        ]

Address [1002 SO STATE ST.                                              ]

Type of Offense         [OIS                    ]

Investigating Officer   [BENCH               ]  I.S. # [         ]

Department/Division     [SLCPD                 ]

Photographs Taken       [YES    ]

Video Tape Taken        [NO     ]

Latent Processing       [NO     ]

Latent Prints Obtained  [NO     ]
```

Narrative

[I was requested by Sgt. Petty-Brown to respond to the Salt Lake City Police
Department to photograph three officers involved in a shooting.  I photographed
front and back pictures of the officers, their duty belts, their guns,
ammunition, extra magazines and tasers. I then separated the magazines and guns
into their own bags/boxes for detectives.

I was then requested to respond to an O.R. room at IHC Hospital to photograph a
male, echo.

I photographed an overall of the room, overalls of the male, and injuries on
him.  I also collected all the items and clothing that came into the hospital
with him.

The clothing/items were brought back to the Crime lab and secured into a drying
cabinet at 326.  Please see below for a list of photographs taken.

---

SLCC 000083



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

SLCPD case number 17-149617]

```
 ITEM      PHOTO NUMBER                          DESCRIPTION
***********************************************************************************
[1 0001 Coversheet for Officer Fox
2 0002 Front view of Officer Fox
3 0003 Duty belt
4 0004 Back view of Officer Fox
5 0005 Duty belt
6 0006 Officer Fox?s gun/magazine
7 0007 Ammo from magazine
8 0008 Officer Fox?s gun
9 0009 Officer Fox?s gun
10 0010 Extra magazines
11 0011 Ammo from extra magazine
12 0012 Ammo from extra magazine
13 0013 Ammo from extra magazine
14 0014 Ammo type
15 0015 Officer Fox?s left hand/arm
16 0016 Possible blood on arm
17 0017 Officer Fox?s right hand/arm
18 0018 Officer Fox?s right hand/arm
19 0019 Officer Fox?s left hand/arm
20 0020 Officer Fox?s right hand
21 0021 Officer Fox?s left hand
22 0022 Officer Fox?s taser
23 0023 Taser
24 0024 Taser
25 0025 Bottom of Taser
26 0026 Bottom of Taser
27 0027 Bottom of Taser
28 0028 Taser cartridge
29 0029 Taser cartridge
30 0030 Coversheet for Officer Smith
31 0031 Front of Officer Smith
32 0032 Duty belt
33 0033 Back of Officer Smith
34 0034 Duty belt
35 0035 Officer Smiths gun
36 0036 Officer Smiths gun
37 0037 Officer Smiths gun
38 0038 Officer Smiths gun
39 0039 Officer Smiths gun
40 0040 Officer Smiths gun and magazine
```

**SLCC 000084**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                    906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE              7399-99 PUB ORD-POLICE ASSISTANCE

```
41 0041 Ammo from magazine
42 0042 Ammo from magazine
43 0043 Extra magazines
44 0044 Ammo from extra magazine
45 0045 Ammo from extra magazine
46 0046 Officer Smiths taser
47 0047 Officer Smiths taser
48 0048 Bottom of taser
49 0049 Bottom of taser
50 0050 Coversheet for Officer Robinson
51 0051 Front picture of Officer Robinson
52 0052 Duty belt
53 0053 Back photo of Officer Robinson
54 0054 Duty belt
55 0055 Front photo of Officer Robinson wearing vest
56 0056 Back photo of Officer Robinson wearing vest
57 0057 Officer Robinsons gun
58 0058 Officer Robinsons gun
59 0059 Officer Robinsons gun
60 0060 Officer Robinsons gun
61 0061 Officer Robinsons gun and magazine
62 0062 Ammo from magazine
63 0063 Ammo type
64 0064 Extra magazines
65 0065 Ammo from extra magazines
66 0066 Ammo from extra magazines
67 0067 Ammo from extra magazines
68 0068 Officer Robinsons taser
69 0069 Officer Robinsons taser
70 0070 Officer Robinsons taser
71 0071 Bottom of taser
72 0072 Bottom of taser
73 0073 Taser cartridge
74 0074 Overall of male in O.R. at hospital
75 0075 Overall of male in O.R. at hospital
76 0076 Male on bed in O.R.
77 0077 Males left arm
78 0078 Males left hand
79 0079 Out of focus
80 0080 Males left hand/arm
81 0081 Males left arm
82 0082 Males left arm with scale
83 0083 Males left arm with scale
84 0084 Males left arm
```

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                    Page **15** of **71**

SLCC 000085



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

```
85 0085 Males face/shoulders
86 0086 Males face
87 0087 Males face
88 0088 Overall of male
89 0089 Left side of males torso
90 0090 Left side of males torso with scale
91 0091 Males right side
92 0092 males right side
93 0093 Males right hand
94 0094 Males right hand
95 0095 Right side of males torso
96 0096 Right side of males torso with scale
97 0097 Right side of males torso with scale
98 0098 Tourniquet on males right leg
99 0099 Males right leg
100 0100 Males feet
101 0101 Males legs/feet
102 0102 Males chest/torso
103 0103 Males chest/face
104 0104 Males feet
105 0105 Males legs/torso
106 0106 Males legs/torso/chest
107 0107 Males chest/head/shoulders
108 0108 Males shoulder with scale
109 0109 Males shoulders
110 0110 Males shoulders with scale
111 0111 Out of focus
112 0112 Tattoo on males right shoulder
113 0113 Males back
114 0114 Males back
115 0115 Back of males legs
116 0116 Back of males legs
117 0117 Injury to males back
118 0118 Injury to males back
119 0119 Injury to males back with scale
]
```

SLCC 000086

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**      **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**      **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **50L - BROWNLEE, MATT**
Subject: **CANVAS**
Related date/time: **Aug-15-2017  (Tue.) 908**

On August 14, 2017 at approximately 0030 Hrs, Detective Bench requested I canvas the area for any video cameras that may have record the incident. Myself and Detective Hermansen checked the following businesses for cameras.

Businesses with no Cameras:

1030 South State Street- Mixed Emotions

1016 South State Street-Tourist Auto and Truck

1010 South State Street-Moonbeam Garage

1004 South State Street-Tourist Transmission

950 South State Street-Advantage Auto

Businesses with Cameras:

979 South State Street- Audi Dealership. Cameras are on the inside of the building and are IR type cameras.

999- South State Street- Audi Dealership. Cameras are on the inside of the building and are IR type cameras.

During the canvas I did not notice anything else that would be helpful to the investigation.

NFI

50L MB

SLCC 000087



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **50L - BROWNLEE, MATT**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-15-2017  (Tue.) 927**

On August 13, 2017 at approximately 2300 Hrs, I was contacted by Sgt. Duran and asked to respond to an Officer Involved incident in Salt Lake City. I arrived at the address of 1050 S State Street and was briefed.

Detective Bench was assigned as the case manager. Detective Bench requested I canvas the area for any video cameras that may have record the incident. Please see my follow up report in regards to the canvas results.

NFI

50L MB

---

**SLCC 000088**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **51K - SORENSON, CHAD**
Subject: **AUTOPSY PATRICK HARMON**
Related date/time: **Aug-16-2017  (Wed.) 912**

On August 14, 2017, I attended the autopsy for Patrick Harmon 10-15-1966 at the Office of the Medical Examiner. The autopsy was performed by DR. Joe Pestaner.

DR. Pestaner advised me that the gunshot injuries traveled from left to right and from back to front with a downward trajectory. Rods were inserted into the injuries and photographed. Injuries are described as follows:

1 gunshot injury to the front right upper leg near the pelvic area (exit wound)

2 gunshot injuries to the left upper buttocks area (entrance wounds). One of these bullets was recovered from the soft tissue just above the pelvis on the right side of the decedent. The other bullet continued through the body exiting on the front right upper leg and was not recovered at the time of autopsy.

2 gunshot injuries to the left forearm area (through and through), causing a significant break to the bone. Several metal fragments were recovered.

DR Pestaner advised me that the decedent died as a result of these injuries. Refer to DR. Pestaner's final report for complete details.

Evidence collected at the time of autopsy is as follows:

1- Fingernail clippings left hand

2- Fingernail clippings right hand

3- DNA spot card

4- 2 white beads from under body

5- 3 additional beads from under body

6- Fingerprints

7- Photo CD

8- Metal fragments from left forearm

9- Bullet from pelvis

---

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                Page **19** of **71**

SLCC 000089

---



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

I transported this evidence from the Office of the Medical Examiner to the Unified Police Department property and evidence storage facility. I booked all property listed above with the exception of the photo CD which was given to Detective Bench (case manager).

I will also provide detective bench with copies of all documentation from the autopsy.

NFI

SLCC 000090



| | **UNIFIED POLICE DEPT-GREATER SL** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE |

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **51K - SORENSON, CHAD**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-16-2017  (Wed.) 920**

On August 13, 2017 I was contacted by Sergeant Duran who requested I respond to the listed address to assist with an Officer Involved Critical Incident (OICI) investigation.

Upon arrival, I met with several members of the protocol team and was present for the briefing. Detective Bench requested I respond to Intermountain Medical Center where the suspect had been transported. Prior to arrival I was notified by Sergeant Duran that the suspect had died.

Upon arrival, I met with Salt Lake City Police Officer Daniel Carlson who was providing scene security and had personal property belonging to the decedent.

I was advised by nursing staff that the decedent was pronounced deceased by DR. Don Vanbourem (surgeon) at 00:03. DR Vanbourem spoke with me briefly and pointed out several gunshot injuries to the male decedent, these injuries are listed below:

1 gunshot injury to the front right leg just below the hip (possible exit)

2 gunshot injuries to the left upper buttocks area (possible entrance)

2 gunshot injuries to the left forearm (possible through and through).

Medical staff with IMC who provided life-saving efforts for the decedent are as follows:

Dalton, Caralin, RN

Copeland, Kylee, RN

Cordell, Denali, Orderly

Rogers, Ann Marie, RN

Stones-Crawford, Barbara, RN

Hansen, Chris, Scrub tech

Burt, Elizabeth, Scrub Tech

Brinkerhoff, Chelsey, Anesthesiologist Monitor Tech

**SLCC 000091**



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---

 **UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

Richins, Iacee, Scrub Tech

Fano, Jared, Core Tech

Vanboerum, Don, MD (Surgeon)

Berquist, Barry, MD (Anesthesiologist)

I contacted the Office of the Medical Examiner and spoke with OME Investigator Courtney Neilson. I provided all known information for the decedent and the known circumstances surrounding his death at that time.

OME Investigator Neilson arranged for transport to the Office of the Medical Examiner for autopsy 2017-1858. OME Transport is identified as Josh McDonald and Brian Cogburn. Body was released for Transport from IMC to the Office of the Medical Examiner.

Forensic Technician Heather Linton-Bowles on scene for photographs and the collection of evidence. Refer to her report for details.

This completes my scene response and observations. All pertinent information relayed to Sergeant Duran and Detective Bench (case manager).

NFI

SLCC 000092



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **FORENSIC PHOTOGRAPHY**
Author: **HV9 - BOWLES, HEATHER**
Subject: **EVIDENCE BOOKING**
Related date/time: **Aug-16-2017  (Wed.) 1030**

```
Date                    [Aug-16-2017  ]

Time of Occurrence      [1030       ]

Address [1002 SO STATE ST.                                        ]

Type of Offense         [OIS                    ]

Investigating Officer   [BENCH              ]  I.S. # [        ]

Department/Division     [SLCPD              ]

Photographs Taken       [YES     ]

Video Tape Taken        [NO       ]

Latent Processing       [NO       ]

Latent Prints Obtained  [NO       ]

Narrative

[8/16/2017 the clothes and items recovered from the hospital and secured in a
drying cabinet at the UPD crime lab were removed, photographed, and booked into
property and evidence. See below for a list of items photographed and booked.

#1- Black piece of clothing with yellow stripe
#2- Black piece of clothing with yellow stripe and hospital bag
#3- Mardi Gras mask with beads
#4- Black socks (x2)
#5- Plastic container with 6 colored beads]


 ITEM       PHOTO NUMBER                        DESCRIPTION
**************************************************************************
[   ]      [         ]  [                                            ]
[   ]      [         ]  [                                            ]
[   ]      [         ]  [                                            ]
[   ]      [         ]  [                                            ]
```

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                    Page 23 of 71

**SLCC 000093**



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
GO# CO 2017-130290 OPEN/ACTIVE                    7399-99 PUB ORD-POLICE ASSISTANCE

```
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
[   ]        [        ]     [                                        ]
```

SLCC 000094

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **OTHER F/U**
Author: **898 - GRIFFITHS, TODD C**
Subject: **WEAPONS DOWNLOAD**
Related date/time: **Aug-16-2017  (Wed.) 1229**

I received a phone call from Lieutenant April Morse at approximately 2345 hours on 8/13/2017 advising me of an officer involved shooting that took place in Salt Lake City involving Salt Lake City Officers. The protocol investigation team had been called out and she was requesting assistance from the firearms unit for a download of the involved officer?s weapons.

I initially responded to the scene where I met briefly with Lt. Morse and Sgt. Tim Duran. I was advised that I would be needed for weapons downloads on three Salt Lake City Police Officers. Those officers had been transported to the Salt Lake City Police Station. I responded to the Salt Lake City Police Administration building at 475 So. 300 East. where I met with Detective Zach Bench, ID Technician Heather Bowles and other protocol team members. We were escorted to an interview room where the downloads would take place.

Officers were brought to my location one at a time. After each officer had been photographed by Tech Bowles, they were instructed to remove their handgun from the holster and hand it to me "as is". Each handgun was then placed on the table and photographed by Tech Bowles. The magazine was then removed from the handgun and the round removed from the chamber. The loaded magazine and chamber round were then photographed. The handgun magazine was then downloaded, rounds counted, and photographed. The officer was then instructed to hand me the two spare magazines he kept on his belt, those magazines were photographed, downloaded, and rounds counted.

Next the handgun was inspected to determine if it showed evidence of having been fired since its last cleaning. The handgun was subsequently packaged in an evidence handgun box. Each officer's rounds were placed back in their respective magazines. Each officer's handgun magazine and chamber round were packaged separately in a paper evidence bag. Each officer's spare magazines were then packaged in their own evidence bag. The handguns, magazines and ammunition were turned over to Detective Bench.

Each officer indicated that their primary duty handgun was the only firearm they had on them.

Each of the 3 officer's Tasers were also inspected and photographed. One taser was missing its cartridge, this taser was placed into an evidence bag and turned over to Detective Bench.

Below is an accounting of the download for each individual officer:


#1 **Officer Clinton Fox**

Weapon:              Glock 17 #YCK912

---

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                Page 25 of 71

**SLCC 000095**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

Condition: Fired since last cleaning

Weapon Magazine:            14, +1

Spare Magazine #1:            17

Spare Magazine #2:            17

TASER:            Inspected and returned to Officer Fox

**#2 Officer Kris Smith**

Weapon:            Glock 17 #XFW971

Condition: Fired since last cleaning

Weapon Magazine:            18, +1

Spare Magazine #1:            16

Spare Magazine #2:            17

TASER:            Inspected and seized, weapon was missing its cartridge

**#3 Officer Scott Robinson**

Weapon:            Glock 17 #ZCH809

Condition: Fired since last cleaning

Weapon Magazine:            17, +1

Spare Magazine #1:            17

Spare Magazine #2:            17

TASER:            Inspected and returned to Officer Robinson

SLCC 000096

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**                          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**                          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-16-2017  (Wed.) 1616**

On August 13, 2017, I was contacted by Sergeant Duran and asked to respond on an Officer Involved Critical Incident. I was told a Salt Lake City Police Officer was involved in a shooting near 1050 South State Street.

I responded to the scene and was present for a brief that was provided by Salt Lake City Police. We were told Officer Smith had conducted a pedestrian stop on Patrick Harmon who was riding a bicycle. Officer Fox and Officer Robinson responded to the location of the stop to assist. It was learned Patrick had a Felony 2 warrant for his arrest. As the Officers were attempting to secure Patrick in handcuffs he broke free from their grip and presented a knife to the Officers. Officer Fox fired 3 shots at Patrick who was subsequently transported to IMC where he died shortly after arriving. We were told there was one civilian witness that had been transported to Salt Lake City Police Department along with the 3 involved Officers.

Detective North (SLCPD) was assigned to be the liaison at the scene and Detective Mount was assigned as the liaison at SLCPD building.
I was assigned as the Case Manager as the Unified Police Department Officer Involved Critical Incident Protocol Team was requested to investigate the incident. The following Officers were present:

- Detective Brownlee (UPD)
- Detective Sorenson (UPD)
- Detective Peatross (UPD)
- Detective Stillion (UPD)
- Sergeant Duran (UPD)
- Detective Smithson (UTA PD)
- Detective Hermansen (SSL PD)
- Officer Thomson (UDOC)
- Sergeant Lake (Granite PD)
- Forensic Investigator Benner
- Forensic Investigator Andrews
- Forensic Investigator Bowles

I gave the following assignments:

Detectives Peatross, Brownlee and Hermansen were assigned to the scene.

Detective Sorenson responded to IMC and remained with Harmon until his body was released to the Office of the Medical Examiner.

---

| For: **23D**    Printed On: **Nov-13-2017  (Mon.)** | Page 27 of 71 |
|---|---|

**SLCC 000097**



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**               **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**               **7399-99 PUB ORD-POLICE ASSISTANCE**

---

Detective Smithson, Officer Thomson, Sergeant Lake, Detective Stillion and myself responded to SLCPD to conduct interviews and oversee the downloads.

Prior to leaving, Detective Stillion and I walked through the scene. I observed multiple evidence placards and cones marking various items. I saw an area where there was blood on the sidewalk and grass. Near the blood was a folding silver colored knife. I noticed there was bloody clothes on the sidewalk that I was told were cut off of Patrick as life-saving efforts were administered. As I walked around the 3 patrol cars I observed a black folding knife on the hood of one of the marked patrol cars. I was told this knife was used by an Officer to cut the clothes off of Patrick. Refer to the scene photos for further.

Please see supplemental reports for further.

NFD

ZB 23D

---

**SLCC 000098**



**SALT LAKE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---

**UNIFIED POLICE DEPT-GREATER SL**

**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **OFFICER DOWNLOADS**
Related date/time: **Aug-16-2017  (Wed.) 1618**

Below is a synopsis of the Officer Downloads that were observed shortly after midnight on August 14, 2017. I responded to the Salt Lake City Public Safety Building (PSB) and observed the downloads of Officers Fox and Robinson. Officer Smith's download was observed by Sergeant Lake. All of the downloads were conducted by Lieutenant Griffiths (UPD) and documented by Forensic Investigator Bowles. Additionally the downloads were audio/visual recorded.

Officer Fox

Officer Fox was dressed in his patrol uniform with Salt Lake City Police Patches on each shoulder and was wearing his badge. Officer Fox had a Glock 17 (9mm) with serial number REDACTED in his holster. There was one chambered, unfired round in Officer Fox's gun and 14 rounds in the magazine that was in the gun. Officer Fox had 2 additional magazines with him and they both contained 17 rounds. Officer Fox's Taser was visually inspected and the cartridge had not been fired. Officer Fox said his spare cartridge was in his vehicle and that is usually where he keeps it. After the download was complete I walked with Officer Fox to the room where his body worn camera is docked and the video is uploaded. Once this was complete, I stood by while Officer Fox removed his vest and duty belt to check for any casings but he did not locate any.

I asked Officer Fox is he wanted to provide a statement to me and he said he would prefer not to. I provided Officer Fox with my business card and asked him to contact me if he would like to provide a statement at a later time.

Officer Smith

Sergeant Lake observed Officer Smith's download; please refer to his report for further.

Officer Robinson

Officer Robinson was dressed in a blue polo shirt with Salt Lake City Police patches on both shoulders and dark blue shorts. Over Officer Robinson's shirt was a blue vest carrier that had his badge attached to it. Officer Robinson was wearing a blue hat with a Salt Lake City patch.

Officer Robinson had a Glock 17 (9mm) serial number REDACTED in his holster. There was one unfired round in the chamber and 17 rounds in the magazine that was in the gun. Officer Robinson had 2 additional magazines on his duty belt; both of which contained 17 rounds. Officer Robinson's Taser was visually inspected and his cartridge had not been fired. Officer Robinson and I walked down to the same room as Officer Fox had and he placed his body worn camera in the docking station.

---

For: **23D**      Printed On: **Nov-13-2017  (Mon.)**          Page 29 of 71

---

SLCC 000099



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

Officer Robison was interviewed by Detective Stillion; See his report for further.

I took custody of Officer Fox, Officer Smith and Officer Robinson's firearms as well as all of their magazines and ammo. I also took custody of Officer Smith's Taser which had been deployed. I returned to the scene and gave the items to Forensic Investigator Benner.

Officer Smith and Officer Robinson's firearms were taken as they had been fired recently (at qualification) and were not cleaned prior to returning to work.

NFD

ZB 23D

SLCC 000100



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                    906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                    7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **AUDI VIDEO**
Related date/time: **Aug-16-2017  (Wed.) 1628**

On August 14, 2017, I responded to the Audi Dealership located across the street to the east of where the incident took place. I met with Brain who handles the IT for Audi. Brian provided me with a copy of the video from that night. I viewed the video and determined it would not help with the investigation as the camera was too far away and the area where the incident occurred was dark.

NFD

ZB 23D

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                    Page **31** of **71**

SLCC 000101



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **TASER DOWNLOAD**
Related date/time: **Aug-16-2017  (Wed.) 1630**

On August 15, 2017, I checked out Officer Smith's Taser as well as his firearm, magazines and ammo from property and evidence. I also checked out Officer Robinson's firearm, magazines and ammo.

I took the Taser to the Unified Police Department's Range and had Dave Neylan download the Taser. The report showed the Taser was activated at 10:13 pm for 5 seconds and then placed in "safe" mode. There were not any other activations of the Taser while Officer Smith was on scene for this incident.

Later in the afternoon, I met with Detective Mount (SLCPD) and returned the Taser, firearms, magazines and ammo to him.

NFD

ZB 23D

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                Page 32 of 71

SLCC 000102



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **CRIME SCENE ANALYSIS**
Author: **GE8 - BENNER, BRENT A**
Subject: **CRIME LAB/FOLLOW UP-COPY/PASTE**
Related date/time: **Aug-17-2017  (Thu.)**

```
Date                  [Aug-13-2017  ]

Time of Occurrence    [2308        ]

Address [1050 S STATE                                                    ]

Type of Offense       [OIS                    ]

Investigating Officer [Z. BENCH           ]  I.S. # [23D      ]

Department/Division   [40 SALT LAKE CITY    ]

Photographs Taken     [NO       ]

Video Tape Taken      [NO       ]

Latent Processing     [NO       ]

Latent Prints Obtained [NO       ]

Narrative
```

[I responded to the scene at the above listed address. OIS protocol team briefed and assignments were given to individuals. I was assigned to scan the scene using the FARO laser scanner. I also assisted with evidence searching and collection. Analyst R. Andrews was assigned as Case Manager for Forensics. See Andrews report for details of evidence collected.

Detective Bench arrived back at the scene after Officer downloads were completed. I took possession of the following list of items.

1- Handgun. Glock brand. Model 17. 9mm. **REDACTED**
2- Magazine with 14 cartridges and one cartridge from chamber.
3- Magazines. two spare magazines from duty belt with 17 cartridges each.
4- Handgun. Glock brand. Model 17. 9mm. **REDACTED**
5- Magazine with 17 cartridges and one cartridge from chamber.
6- Magazines. two magazines with 17 cartridges each.
7- Handgun. Glock brand. Model 17. 9mm. **REDACTED**

---

| For: **23D**   Printed On: **Nov-13-2017  (Mon.)** | Page **33** of **71** |

**SLCC 000103**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

```
8- Magazine with 17 cartridges and one cartridge from chamber.
9- Magazines. two magazines with 17 cartridges each.
10- Taser. Taser brand. serial 1102X3 and X12000WE2
The listed items were placed in an evidence locker at the Crime lab after
clearing the scene. On 8/14/2017 I collected the listed items and booked them
into evidence at 2000 hrs on 8/14/2017.

8/15/2017 and 816/2017 I processed the Faro scans. I created a Webshare of the
scans and made a top-down drawing of the scene. I provided digital and paper
copies of the scans to Detective Bench.

Nothing further at this time.]

 ITEM        PHOTO NUMBER                         DESCRIPTION
*******************************************************************************
[                                                                             ]
```

SLCC 000104



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **SGT NARRATIVE**
Author: **83K - DURAN, TIMOTHY**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-18-2017  (Fri.) 1208**

On August 13, 2017, I received a phone call from Lieutenant Bell of West Jordan Police Department who is the Officer Involved Critical Incident Protocol Team Coordinator.  Lieutenant Bell informed me a Salt Lake City Police officer was involved in a shooting and requested the Unified Police Department's Protocol Team respond to conduct the investigation.  I was told there were three police offers present during the shooting. However, I was told only one officer fired his gun.  I was told the person who was shot was shot multiple times and had been transported to IMC Hospital in delta minus condition.

I contacted my command staff to inform them of the call-out.  I then contacted members of the Unified Police Department's Protocol Team to have them respond to the address of occurrence which was identified as 1002 South State Street in Salt Lake City. I responded to the address of occurrence. While en route, I contacted Detective Zach Bench via telephone and advised him he would be assigned as the case manager on this investigation.

Once at the scene, Detectives and Forensic Techs were briefed by Salt Lake City Police Department's Staff.  Detective Zach Bench made assignments to Detectives.  I remained at the scene to supervise.

NFI.

---

**SLCC 000105**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **REQUEST OF EXAMINATION**
Related date/time: **Aug-18-2017  (Fri.) 1357**

On August 18, 2017, I faxed a request to the Medical Examiner's Office in regards to the cause of death of Patrick Harmon. The Medical Examiner's case number is 2017-01858. The original request will be maintained in the case file.

No further information at this time.

ZB 23D

---

SLCC 000106



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **CRIME LAB- OFFICER FORENSIC RE**
Related date/time: **Aug-18-2017  (Fri.) 1411**

```
CRIME LAB FORENSIC REQUEST

Date of Request: [8-18-17      ]  Type of Offense:  [OICI              ]

Outside Agency:  [Yes    ] If Yes - Agency Name: [SALT LAKE CITY POLICE      ]

Investigating/Requesting Officer:
First: [ZACH         ] Last: [BENCH          ] MIS #: [23D     ]

        Suspect:                  D.O.B.         SID        SLCO SO#
[                    ]     [             ] [        ] [              ]
[                    ]     [             ] [        ] [              ]
[                    ]     [             ] [        ] [              ]

        Victim:                   D.O.B.         SID        SLCO SO#
[                    ]     [             ] [        ] [              ]
[                    ]     [             ] [        ] [              ]
[                    ]     [             ] [        ] [              ]

Forensic Examination Requested
[  ]Latent Print Processing
[  ]Substance Analysis              [X ]Forensic Photography
[  ]Alternate Light Source Analysis [  ]Ten Print Search/Print
[  ]Blood Draw                      [  ]Document Analysis
[  ]Firearms E-Trace                [  ]Footwear/Tire Tread Analysis
[  ]AFIS/AFIX Search                [  ]Serial Number Restoration
[  ]Handwriting Analysis            [  ]Utah State Crime Lab
[  ]Counterfeit Analysis            [  ]Forensic Cell Phone download
[  ]Pawn Ticket Comparison (Ticket Location) [                    ]
[  ]Other (Describe) [                    ]

Forensic Examination Requested/Notes: [I HAVE A COPY OF ALL PHOTOS TAKEN UP TO]
[THIS POINT.                                                            ]
[                                                                       ]
[                                                                       ]
[                                                                       ]
[                                                                       ]
[                                                                       ]
```

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                Page 37 of 71

**SLCC 000107**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                    906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                    7399-99 PUB ORD-POLICE ASSISTANCE

| Item | UPD Property Tag Number | Evidence Description | Evidence Location |
|------|-------------------------|----------------------|-------------------|
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |
| [     ] | [           ] | [                    ] | [                    ] |

SLCC 000108



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

### Related Text Page(s)

Document: **CRIME SCENE ANALYSIS**
Author: **HZ9 - ANDREWS, RYAN**
Subject: **CRIME LAB/FOLLOW UP-COPY/PASTE**
Related date/time: **Aug-18-2017  (Fri.) 2018**

```
Date                  [Aug-13-2017  ]

Time of Occurrence    [2308      ]

Address [1050 S STATE ST                                              ]

Type of Offense       [OFFICER INVOLVED SHOOTING]

Investigating Officer [BENCH          ]  I.S. # [23D     ]

Department/Division   [INVESTIGATIONS      ]

Photographs Taken     [YES     ]

Video Tape Taken      [NO      ]

Latent Processing     [NO      ]

Latent Prints Obtained [NO     ]

Narrative

[I responded with the Unified Police Department Mobile Crime Lab to the above
address where I assisted with an Officer involved shooing case for Salt Lake
City Police.

Upon arrival I was assigned as the forensic case manager.  Forensic
Investigator Benner was assigned to Faro scan the scene and Forensic
Investigator Bowles respond to the Salt Lake City Police Department for the
Officer download, see their reports for further information.

I took overall photographs of the West side of state street, including the
roadway, lawn strip, sidewalk, and lawn area.

Facing South, along the West side of state street, I photographed three marked
Salt Lake City Police Department cruisers, units number 40524, 40577, and
40626.  I photographed a black Gerber brand folding knife with red/brown stains
located on the hood of unit number 40577.  This knife would later be marked as
```

**SLCC 000109**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

item number 19 and collected as evidence.

In the shoulder of the roadway, to the south of the police vehicles, I photographed a green Specialized brand bicycle, serial number CB9B8337, and a black backpack.  The bicycle was marked as item 1 and the backpack as item 2 and both collected as evidence.  The contents of the backpack were later photographed, see photographs for more information.

South of the bicycle and backpack, also located in the shoulder of the roadway, I photographed a green taser door, marked as item 3.  The other taser door was located on the sidewalk and marked as item 7.  Both were collected as evidence.

On the lawn strip I photographed a pair of black patrol gloves with red/brown stains.  These gloves were marked as item 4 and collected as evidence.

In the lawn area on the west side of the sidewalk I photographed two Silver Speer brand 9mm Luger casings.  These casings were marked as items 5 and 6 and both collected as evidence.  It was later determined that there should be a third casing in the same area.  The entire lawn area was searched using a metal detector but no third casing was recovered.

In this same lawn area I also photographed a silver "Castleview Hospital" brand folding knife, marked as item 12, a pair of handcuffs, marked as item 13, and a pair of bent eyeglasses, marked as time 18.  All of these items were collected as evidence.

On the sidewalk I photographed a taser cartridge, marked as item 8, a bullet fragment, marked as item 9, blue jeans with red/brown stains, marked as item 10, a bullet, marked as item 11, a pair of red underwear, marked as item 14, A pair of shoes, marked as items 15 and 16, and a cigarette marked as item 17. All of these items were collected as evidence.

I also photographed multiple red/brown stains located on the sidewalk and lawn area.

I also photographed where the the taser cartridge conductive wires were wrapped around the blue jeans.  One of the taser probes was still attached to the conductive wire and was located on the sidewalk next to the blue jeans.  The other taser probe had broken free of the conductive wire and was located under the blue jeans.

The blue jeans and underwear were laid out on a table inside the Mobile Crime Lab and photographed in greater detail.  I photographed two apparent holes in the right leg area of the blue jeans and three apparent holes in the back side

---

SLCC 000110



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                 7399-99 PUB ORD-POLICE ASSISTANCE

of the jeans, above the left pocket.  I photographed four apparent holes in the
back side of the underwear, but none in the front.

I packaged and sealed all of the above listed items of evidence, except for
items 10 and 14, and transported them to the Unified Police Department Property
and Evidence facility where they were secured in an evidence locker.  Items 10
and 14 were transported to the Unified Police Department Crime Lab where they
were secured in a drying cabinet and will be booked into evidence once dry.

Evidence Log:

Item 1: Bicycle
Item 2: Backpack
Item 3: Taser door
Item 4: Gloves
Item 5: Casing
Item 6: Casing
Item 7: Taser door
Item 8: Taser cartridge
Item 9: Bullet fragment
Item 10: Blue Jeans
Item 11: Bullet
Item 12: Knife
Item 13: Handcuffs
Item 14: Underwear
Item 15: Right shoe
Item 16: Left shoe
Item 17: Cigarette
Item 18: Eyeglasses
Item 19: Knife]

```
 ITEM       PHOTO NUMBER                          DESCRIPTION
******************************************************************************
[1  9769  Cover sheet
2   9770  Roadway
3   9771  Roadway
4   9772  Roadway
5   9773  Roadway
6   9774  Roadway
7   9775  Roadway
8   9776  Roadway
9   9777  Roadway
10  9778  Roadway
11  9779  Roadway
```

SLCC 000111



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



### UNIFIED POLICE DEPT-GREATER SL
#### GENERAL OFFENSE HARDCOPY

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

```
12   9780   Roadway
13   9781   Roadway
14   9782   Unit 40524
15   9783   Unit 40524
16   9784   Unit 40524
17   9785   Unit 40524
18   9786   Unit 40577
19   9787   Unit 40577
20   9788   Unit 40577
21   9789   Unit 40577
22   9790   Unit 40626
23   9791   Unit 40626
24   9792   Unit 40626
25   9793   Unit 40626
26   9794   Unit 40626
27   9795   Bicycle
28   9796   Bicycle
29   9797   Bicycle
30   9798   Backpack
31   9799   Backpack
32   9800   Backpack
33   9801   Gloves
34   9802   Gloves
35   9803   Gloves
36   9804   Gloves
37   9805   Taser door
38   9806   Taser door
39   9807   Taser cartridge
40   9808   Taser cartridge
41   9809   Taser cartridge
42   9810   Blue jeans
43   9811   Blue jeans
44   9812   Shoes
45   9813   Shoes
46   9814   Apparent blood
47   9815   Apparent blood
48   9816   Apparent blood
49   9817   Apparent blood
50   9818   Apparent blood
51   9819   Apparent blood
52   9820   Apparent blood
53   9821   Taser probes
54   9822   Taser probes
55   9823   Cigarette
```

SLCC 000112



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

```
56  9824  Cigarette
57  9825  Handcuffs
58  9826  Handcuffs
59  9827  Handcuffs
60  9828  Handcuffs
61  9829  Knife
62  9830  Bullet
63  9831  Bullet
64  9832  Bullet
65  9833  Bullet
66  9834  Bullet
67  9835  Casings
68  9836  Casings
69  9837  Casings
70  9838  Casings
71  9839  Casings
72  9840  Item 1: Bicycle
73  9841  Item 1: Bicycle
74  9842  Item 1: Bicycle
75  9843  Item 1: Bicycle
76  9844  Item 2: Backpack
77  9845  Item 2: Backpack
78  9846  Item 2: Backpack
79  9847  Item 3: Taser door
80  9848  Item 3: Taser door
81  9849  Item 3: Taser door
82  9850  Item 3: Taser door
83  9851  Item 3: Taser door
84  9852  Item 4: Gloves
85  9853  Item 4: Gloves
86  9854  Item 4: Gloves
87  9855  Item 5: Casing
88  9856  Item 5: Casing
89  9857  Item 5: Casing
90  9858  Item 5: Casing
91  9859  Item 6: Casing
92  9860  Item 6: Casing
93  9861  Item 7: Taser door
94  9862  Item 7: Taser door
95  9863  Item 8: Taser cartridge
96  9864  Item 8: Taser cartridge
97  9865  Item 8: Taser cartridge
98  9866  Item 8: Taser cartridge
99  9867  Item 8: Taser cartridge
```

---

SLCC 000113



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

```
100  9868   Item 8: Taser cartridge
101  9869   Item 8: Taser cartridge
102  9870   Item 10: Blue Jeans
103  9871   Item 9: Bullet fragment
104  9872   Item 9: Bullet fragment
105  9873   Item 9: Bullet fragment
106  9874   Item 11: Bullet
107  9875   Item 11: Bullet
108  9876   Item 11: Bullet
109  9877   Item 11: Bullet
110  9878   Item 11: Bullet
111  9879   Item 12: Knife
112  9880   Item 12: Knife
113  9881   Item 12: Knife
114  9882   Item 13: Handcuffs
115  9883   Item 14: Underwear
116  9884   Item 14: Underwear
117  9885   Item 14: Underwear
118  9886   Item 15: Right shoe
119  9887   Item 16: Left shoe
120  9888   Item 17: Cigarette
121  9889   Item 17: Cigarette
122  9890   Item 18: Eye glasses
123  9891   Item 18: Eye glasses
124  9892   Item 18: Eye glasses
125  9893   Item 18: Eye glasses
126  9894   Item 18: Eye glasses
127  9895   Knife on police vehicle
128  9896   Knife on police vehicle
129  9897   Knife on police vehicle
130  9898   Knife on police vehicle
131  9899   Knife on police vehicle
132  9900   Gloves
133  9901   Gloves
134  9902   Gloves
135  9903   Item 19: Knife
136  9904   Item 19: Knife
137  9905   Item 1: Bicycle Serial number
138  9906   Item 2: Backpack and contents
139  9907   Item 2: Backpack and contents
140  9908   Item 2: Backpack and contents
141  9909   Item 2: Backpack and contents
142  9910   Item 2: Backpack and contents
143  9911   Item 2: Backpack and contents
```

SLCC 000114



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

```
144  9912  Item 2: Backpack and contents
145  9913  Item 2: Backpack and contents
146  9914  Item 3: Gloves
147  9915  Item 3: Gloves
148  9916  Item 3: Gloves
149  9917  Item 3: Gloves
150  9918  Item 5: Casing
151  9919  Item 5: Casing
152  9920  Item 6: Casing
153  9921  Item 6: Casing
154  9922  Item 8: Taser cartridge and probes
155  9923  Item 8: Taser cartridge and probes
156  9924  Item 8: Taser cartridge and probes
157  9925  Item 8: Taser cartridge and probes
158  9926  Item 8: Taser cartridge and probes
159  9927  Item 9: Bullet fragment
160  9928  Item 9: Bullet fragment
161  9929  Item 9: Bullet fragment
162  9930  Item 10: Blue jeans
163  9931  Item 10: Blue jeans
164  9932  Item 10: Blue jeans
165  9933  Item 10: Blue jeans
166  9934  Item 10: Blue jeans
167  9935  Item 10: Blue jeans
168  9936  Item 10: Blue jeans
169  9937  Item 10: Blue jeans
170  9938  Item 10: Blue jeans
171  9939  Item 10: Blue jeans
172  9940  Item 10: Blue jeans
173  9941  Item 10: Blue jeans
174  9942  Item 10: Blue jeans
175  9943  Item 10: Blue jeans
176  9944  Item 11: Bullet
177  9945  Item 11: Bullet
178  9946  Item 11: Bullet
179  9947  Item 12: Knife
180  9948  Item 12: Knife
181  9949  Item 12: Knife
182  9950  Item 13: Handcuffs
183  9951  Item 13: Handcuffs
184  9952  Item 13: Handcuffs
185  9953  Item 14: Underwear
186  9954  Item 14: Underwear
187  9955  Item 14: Underwear
```

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                          Page 45 of 71

SLCC 000115



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

```
188  9956  Item 14: Underwear
189  9957  Item 14: Underwear
190  9958  Item 14: Underwear
191  9959  Item 15 and Item 16: Shoes
192  9960  Item 15 and Item 16: Shoes
193  9961  Item 15 and Item 16: Shoes
194  9962  Item 15 and Item 16: Shoes
195  9963  Item 15 and Item 16: Shoes
196  9964  Item 15 and Item 16: Shoes
197  9965  Item 8: Taser probe
198  9966  Item 8: Taser probe
199  9967  Item 18: Eye glasses
200  9968  Item 19: Knife
201  9969  Item 19: Knife
202  9970  Item 19: Knife
203  9971  Item 19: Knife
]
```

SLCC 000116



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **ND1 - STILLION, JARED**
Subject: **SCENE RESPONSE**
Related date/time: **Aug-22-2017  (Tue.) 1049**

On August 13, 2017, at 2300 hours I received a call from Sgt. Duran requesting I respond to 1002 S State St. to assist with an officer involved critical incident investigation.

I arrived at the above location was tasked with interviewing involved officers and one witness.  I conducted and interview with Officer Robinson in regards to this incident.  I also conducted an interview with a witness identified as Steve Raider.  See other follow up reports for details on the interview with Officer Robinson and Steve Raider.

NFI.

SLCC 000117

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**  **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**  **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **ND1 - STILLION, JARED**
Subject: **OFFICER ROBINSON INTERVIEW**
Related date/time: **Aug-22-2017  (Tue.) 1130**

On August 14, 2017, I conducted an interview with Salt Lake City Police Officer Robinson in regards to the events that took place at 1002 S State St.

Officer Robinson stated he and Officer Fox were at the SLCPD building when Officer Smith conducted a pedestrian stop located at 1002 S State St.  Officer Robinson stated he heard Officer Smith ask for a backup officer, at which Officer Fox and he left the building to assist Officer Smith.

Officer Robinson stated it was approximately three minutes of travel time before they arrived at Officer Smith's location.  Officer Robinson stated he arrived and noticed a male sitting on a bike.  Officer Robinson stated he a spoke to Officer Smith on the passenger side of Officer Smith's patrol car, while Officer Fox started to speak with the male, identified as Patrick Harmon.

Officer Robinson stated Officer Fox requested Harmon step off the bike, in which Harmon complied using the kick stand to leave his bike standing.  Officer Robinson stated Officer Smith located a felony two warrant for Harmon's arrest and advised him they were going to take Harmon into custody.

Officer Robinson stated this is the approximate time he turned his body camera on.  Robinson stated he put on his patrol gloves to assist in the arrest.  Officer Robinson stated Harmon pleaded not to go to jail.  Officer Robinson stated he grabbed Harmon's backpack and placed it on the ground.  Officer Robinson stated he took control of Harmon's left hand and placed it behind Harmon's back as Officer Smith did the same thing on Harmon's right hand.

Officer Robinson stated Officer Smith took control of both hands and attempted to place handcuffs on Harmon.  Officer Robinson stated Harmon took off running west towards the Palmer Apartment Gate.  Officer Robinson stated he grabbed Harmon's clothing in an attempt to maintain control.  Officer Robinson stated he heard Harmon state "I stab" and something else but couldn't remember.

Officer Robinson stated the incident was active when Harmon started running.  Officer Robinson stated Harmon turned quickly and stared back towards State St.  Officer Robinson stated he heard Harmon say "I'll stab" again.  Officer Robinson stated Harmon appeared to have an object in his right hand.  Officer Robinson stated the object appeared to be black but unsure if it was a knife.

Officer Robinson stated he heard the "pop" of a Tazer and three shots from a firearm.  Officer Robinson stated he is not sure which was fired first.  Officer Robinson stated Officer Smith advised on the radio shots were fired and to start medical.

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**    Page 48 of 71

---

**SLCC 000118**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

Officer Robinson stated he secured Harmon whom was still breathing and then started first aid.  Officer Robinson stated Harmon was bleeding from his arm, unknown which arm.  Officer Robinson stated they rolled Harmon to his left side to check for additional wounds.

Officer Robinson stated at this point Officer Fortuna arrived and placed a tourniquet on Harmon to stop the bleeding.  Officer Robinson stated he was transported to the SLCPD station.

NFI

---

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**                Page 49 of 71

---

**SLCC 000119**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                    906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                    7399-99 PUB ORD-POLICE ASSISTANCE

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **ND1 - STILLION, JARED**
Subject: **RADIER INTERVIEW**
Related date/time: **Aug-22-2017  (Tue.) 1145**

On August 14, 2017, I conducted and interview with Steve Raider in regards to the events that took place at 1002 S State St.

Raider stated he was walking to the Chevron on State St. and observed the male, later identified as Patrick Harmon riding his bike.  Raider stated the gave them a strange look, but did not think anything of it.

Raider stated he observed a police car turn around and stop to talk with Harmon.  Raider stated he heard the Police Officer say on the PA system of the car "please remain on the side walk" two times.  Raider stated the red and blue lights were activated on the police car.

Raider stated he entered the Chevron gas station and was inside for approximately ten to fifteen minutes.  Raider state once he exited the store he could smell gun smoke.   I asked Raider if he heard any of the gun shots, he stated no.

NFI.

SLCC 000120



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **OFFICER FOX INTERVIEW**
Related date/time: **Aug-22-2017  (Tue.) 1635**

On Friday, August 18, 2017, Detective Brownlee and I responded to the law office of Rebecca Skordas who is representing Officer Fox. We showed Officer Fox and Rebecca a portion of his body camera footage from this incident. I did not leave a copy of the video nor did I show Officer Fox or Rebecca any other Officer's body camera from that evening.

On August 22, 2017, I met with Officer Fox and Rebecca at the Sheriff's Office Building to obtain a statement from Officer Fox. The interview was audio recorded. Please refer to the transcript and recording for further.

Detective Brownlee and Investigator Kotrodimos were also present.

NFD

ZB 23D

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                                    Page **51** of **71**

**SLCC 000121**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED        906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE              7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **OFFICER SMITH FOLLOW UP**
Related date/time: **Aug-30-2017  (Wed.) 923**

On Wednesday August 23, 2017, I met with Officer Smith to clarify a few things with him. Please refer to the recording and transcript for further.

NFD

ZB 23D

---

SLCC 000122



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **TANSFER OF EVIDENCE**
Related date/time: **Oct-11-2017  (Wed.) 1350**

On October 11, 2017, I met with Detective Mount with Salt Lake City Police Department and transferred all the evidence that was booked on this case to him. I retained possession of the backpack that belonged to Patrick which will be mailed to his sister, Antoinette Harmon.

NFD

ZB 23D

---

For: **23D**     Printed On: **Nov-13-2017  (Mon.)**          Page 53 of 71

---

**SLCC 000123**

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

### Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **23D - BENCH, ZACHARY**
Subject: **REPORT OF EXAMINATION**
Related date/time: **Oct-26-2017  (Thu.) 922**

On October 26, 2017, I received a Report of Examination from the Office of the Medical Examiner with the following findings.

Report of Examination

Name:  Harmon, Patrick                 Date/Time Found Dead:      08/14/2017 - 00:03 Hours
M.E. Case #R201701858          Date/Time of Exam:              08/14/2017 - 07:30 Hours
Age: 50                          Examination by:              Joseph P. Pestaner, M.D.
Race: Black                       Investigating Agency:       Unified Police
Department
Sex: Male                         Exam Witnesses:              Detective Bench; Detective
Sorenson


Manner of Death:  Homicide
Immediate Cause of Death:  Gunshot Wounds of Torso and Extremity


Final Pathologic Diagnoses

I.Gunshot wounds of torso and extremity
II.Cutaneous abrasions and contusions
III.Hypertensive cardiovascular disease
IV.Aortic atherosclerosis
V. Toxicology results.
        A. Caffeine: Positive (hospital blood)
        B. Cotinine: Positive (hospital blood)
        C. Delta-9 THC 0.89 ng/mL (hospital blood)
        D. Amphetamine: 37 ng/mL (hospital blood)
        E. Methamphetamine: 270 ng/mL (hospital blood)


Opinion:  Patrick Harmon died as a result of gunshot wounds of the torso (2) and extremity (1) during an encounter with police. Gunshot wound #3 injured the femoral artery and vein, major blood vessels in the body, causing significant blood loss. The other two gunshot wounds inured soft tissue and contributed to death through bleeding. The manner of death is homicide.

---

SLCC 000124



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

Please see supplemental reports for further information.

NFD

ZB 23D

SLCC 000125



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

**Follow Up Report # CO  1 - NOT COMPLETED**

### Follow Up Report # CO  1 - NOT COMPLETED

**Assignment Information**

Assigned to: **HZ9 - ANDREWS, RYAN**    Rank: **Forensics Analyst**
Capacity: **Crime Lab**    Org unit: **FORENSICS INVEST UNIT**
Assigned on: **Aug-16-2017  (Wed.) 1059**    by: **J94 -  PETTY-BROWN, CHRISTINE**
Report due on: **Sep-15-2017  (Fri.)**

SLCC 000126



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

Follow Up Report # CO 2 - NOT COMPLETED

## Follow Up Report # CO 2 - NOT COMPLETED

### Assignment Information

Assigned to: **23D - BENCH, ZACHARY**   Rank: **Detective**
Capacity: **Investigate/Case Manager**   Org unit: **VIOLENT CRIMES**
Assigned on: **Aug-18-2017 (Fri.) 1211**   by: **83K - DURAN, TIMOTHY**
Report due on: **Nov-16-2017 (Thu.)**

---

**SLCC 000127**

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

## Related Property Report(s)

### Report Information

**Property Report #: 258445**
Property case status: **SEIZED**
Submitted on: **Aug-14-2017 (Mon.)**   by: **ANDREWS, RYAN**
Authority for disposal: **BENCH, ZACHARY**   Org unit: **VIOLENT CRIMES**
**Related:**
Offense: **GO  CO  2017- 130290**
Related items: **19**

### Articles - Evidence

Status: **SEIZED**                                  Tag #: **CO258445- 2**
Article: **PBCKPCK- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**                             OAN:
Value: **$0.00**                                    Color: **Black**
Description: **BACKPACK**
Recovered date: -                                   Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                                  Tag #: **CO258445- 3**
Article: **YTASER- OTHER ITEMS**
Serial # 1: **UNKNOWN**                             OAN:
Value: **$0.00**                                    Color:
Description: **TASER DOOR**
Recovered date: -                                   Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                                  Tag #: **CO258445- 4**
Article: **PGLOVE- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**                             OAN:
Value: **$0.00**                                    Color: **Black**
Description: **GLOVES**
Recovered date: -                                   Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                                  Tag #: **CO258445- 5**
Article: **YCASING- OTHER ITEMS**
Serial # 1: **UNKNOWN**                             OAN:

---

SLCC 000128

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED            906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE            7399-99 PUB ORD-POLICE ASSISTANCE

---

Value: **$0.00**                    Color:
Description: **CASING**
Recovered date: -                    Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                    Tag #: **CO258445- 6**
Article: **YCASING- OTHER ITEMS**
Serial # 1: **UNKNOWN**              OAN:
Value: **$0.00**                    Color:
Description: **CASING**
Recovered date: -                    Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                    Tag #: **CO258445- 7**
Article: **YTASER- OTHER ITEMS**
Serial # 1: **UNKNOWN**              OAN:
Value: **$0.00**                    Color:
Description: **TASER DOOR**
Recovered date: -                    Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                    Tag #: **CO258445- 8**
Article: **YTASER- OTHER ITEMS**
Serial # 1: **C4103D514**            OAN:
Value: **$0.00**                    Color:
Description: **TASER CARTRIDGE**
Recovered date: -                    Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                    Tag #: **CO258445- 9**
Article: **YFRAGME- OTHER ITEMS**
Serial # 1: **UNKNOWN**              OAN:
Value: **$0.00**                    Color:
Description: **BULLET FRAGMENT**
Recovered date: -                    Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                    Tag #: **CO258445- 10**

---

SLCC 000129



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---

### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

Article: **YCLOTHE- OTHER ITEMS**
Make:
Serial # 1: **UNKNOWN**                    OAN:
Value: **$0.00**                           Color: **Blue**
Description: **PANTS**
Recovered date: -                          Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                         Tag #: **CO258445- 14**
Article: **PUNDERW- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**                    OAN:
Value: **$0.00**                           Color: **Red**
Description: **UNDERWEAR**
Recovered date: -                          Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                         Tag #: **CO258445- 11**
Article: **YBULLET- OTHER ITEMS**
Serial # 1: **UNKNOWN**                    OAN:
Value: **$0.00**                           Color:
Description: **BULLET**
Recovered date: -                          Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                         Tag #: **CO258445- 12**
Article: **HKNIFE- HOUSEHOLD APPLIANCES & HOUSEWARES**
Make:
Serial # 1: **UNKNOWN**                    OAN:
Value: **$0.00**                           Color: **Silver/Aluminum**
Description: **KNIFE**
Recovered date: -                          Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                         Tag #: **CO258445- 13**
Article: **PHANDCU- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**                    OAN:
Value: **$0.00**                           Color: **Black**
Description: **HANDCUFFS**

---

SLCC 000130

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**　　　　　**906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**　　　　　**7399-99 PUB ORD-POLICE ASSISTANCE**

Recovered date: **-**　　　　　Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**　　　　　Tag #: **CO258445- 15**
Article: **PSHOES- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**　　　　　OAN:
Value: **$0.00**　　　　　Color: **White**
Description: **RIGHT SHOE**
Recovered date: **-**　　　　　Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**　　　　　Tag #: **CO258445- 16**
Article: **PSHOES- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**　　　　　OAN:
Value: **$0.00**　　　　　Color: **White**
Description: **LEFT**
Recovered date: **-**　　　　　Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**　　　　　Tag #: **CO258445- 17**
Article: **YCIGAR- OTHER ITEMS**
Serial # 1: **UNKNOWN**　　　　　OAN:
Value: **$0.00**　　　　　Color:
Description: **CIGARETTE**
Recovered date: **-**　　　　　Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**　　　　　Tag #: **CO258445- 18**
Article: **VEYEGLA- VIEWING EQUIPMENT, BINOCULARS, ETC.**
Serial # 1: **UNKNOWN**　　　　　OAN:
Value: **$0.00**　　　　　Color:
Description: **EYE GLASSES**
Recovered date: **-**　　　　　Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**　　　　　Tag #: **CO258445- 19**

SLCC 000131




**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

Article: **HKNIFE- HOUSEHOLD APPLIANCES & HOUSEWARES**
Make:
Serial # 1: **UNKNOWN**                         OAN:
Value: **$0.00**                                Color: **Black**
Description: **KNIFE**
Recovered date: **-**                           Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Bicycle - Evidence**
Status: **SEIZED**
Tag #: **CO258445- 1**                          Type: **Mountain**
Make: **SPECIALIZED**                           Model #: **EXPEDITION**
Serial #: **CB9B8337**                          OAN:
Value: **$0.00**                                Color: **Green**
Recovered date: **-**                           Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

SLCC 000132



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY
**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

## Property Related Attachment(s) - Release to Outside agency

Attachment Description: **RELEASED TO SLCPD**
Reference Number:



SLCC 000133

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**     **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



| | **UNIFIED POLICE DEPT-GREATER SL** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | **GO# CO 2017-130290 OPEN/ACTIVE**    **7399-99 PUB ORD-POLICE ASSISTANCE** |

## Related Property Report(s)

### Report Information

**Property Report #: 258506**
Property case status: **SEIZED**
Submitted on: **Aug-15-2017 (Tue.)**    by: **SORENSON, CHAD**
Authority for disposal: **SORENSON, CHAD**    Org unit: **VIOLENT CRIMES**
**Related:**
Offense: **GO CO 2017- 130290**
Related items: **6**

### Articles - Evidence

Status: **SEIZED**      Tag #: **CO258506- 1**
Article: **YCLIPPI- OTHER ITEMS**
Serial # 1: **UNKNOWN**      OAN:
Value: **$0.00**      Color:
Description: **FINGERNAIL CLIPPINGS R&L HAND**
Recovered date: -      Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**      Tag #: **CO258506- 2**
Article: **YDNAPRO- OTHER ITEMS**
Serial # 1: **UNKNOWN**      OAN:
Value: **$0.00**      Color:
Description: **DNA SPOT CARD**
Recovered date: -      Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**      Tag #: **CO258506- 3**
Article: **PITEMS- PERSONAL ACCESSORIES**
Make:
Serial # 1: **UNKNOWN**      OAN:
Value: **$0.00**      Color: **White**
Description: **BEADS**
Recovered date: -      Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**      Tag #: **CO258506- 4**
Article: **YFRAGME- OTHER ITEMS**
Model: **METAL FRAGMENTS**      # of pieces:
Serial # 1: **UNKNOWN**      OAN:

---

**SLCC 000134**

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**          **7399-99 PUB ORD-POLICE ASSISTANCE**

---

Value: **$0.00**                                    Color:
Description: **METAL FRAGMENTS FROM L FOREARM**
Recovered date: -                                  Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

   Status: **SEIZED**                          Tag #: **CO258506- 5**
   Article: **YCASING- OTHER ITEMS**
   Model: **BULLET**                            # of pieces:
   Serial # 1: **UNKNOWN**                      OAN:
   Value: **$0.00**                             Color:
   Description: **BULLET FROM PELVIS**
   Recovered date: -                            Recovered value: **$0.00**
   Flags: **d *e**
   Current Location: **DISPOSED**

**Articles - Evidence**

   Status: **SEIZED**                          Tag #: **CO258506- 6**
   Article: **IFINGERPRI- ITEMS OF IDENTIFICATION (NON-PUBLIC SAFETY)**
   Model: **FINGERPRINTS**                      # of pieces:
   Serial # 1: **UNKNOWN**                      OAN:
   Value: **$0.00**                             Color:
   Description: **FINGERPRINTS**
   Recovered date: -                            Recovered value: **$0.00**
   Flags: **d *e**
   Current Location: **DISPOSED**

   Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

---

**SLCC 000135**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

---

## Related Property Report(s)

### Report Information

**Property Report #: 258507**
Property case status: **SEIZED**
Submitted on: **Aug-14-2017 (Mon.)**    by: **BENNER, BRENT A**
Authority for disposal: **BENCH, ZACHARY**    Org unit: **VIOLENT CRIMES**
**Related:**
Offense: **GO  CO  2017- 130290**
Related items: **10**

### Articles - Evidence

Status: **SEIZED**                              Tag #: **CO258507- 2**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**
Make: **GLOCK**
Serial # 1: **UNKNOWN**                         OAN:
Value: **$0.00**                                Color:
Description: **GLOCK MAG 14 CARTRIDGE IN MAG, 1 FROM CHAMBER SPEER 9MM**
Recovered date: **-**                           Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                              Tag #: **CO258507- 3**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**
Make: **GLOCK**
Serial # 1: **UNKNOWN**                         OAN:
Value: **$0.00**                                Color:
Description: **2 SPARE GLOCK MAG 17 RNDS EACH SPEER 9MM**
Recovered date: **-**                           Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                              Tag #: **CO258507- 5**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**
Make: **GLOCK**
Serial # 1: **UNKNOWN**                         OAN:
Value: **$0.00**                                Color:
Description: **GLOCK MAG 17 CART IN MAG, 1 CART FROM CHAMPER SPEER 9MM**
Recovered date: **-**                           Recovered value:  **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                              Tag #: **CO258507- 6**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**

---

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                    Page 66 of 71

**SLCC 000136**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**       **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

**GO# CO 2017-130290 OPEN/ACTIVE**       **7399-99 PUB ORD-POLICE ASSISTANCE**

Make: **GLOCK**
Serial # 1: **UNKNOWN**                OAN:
Value: **$0.00**                        Color:
Description: GLOCK MAG 2- SPARE MAG 17 CART IN EACH
Recovered date: -                       Recovered value: **$0.00**
Flags: **d \*e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                      Tag #: **CO258507- 8**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**
Make: **GLOCK**
Serial # 1: **UNKNOWN**                OAN:
Value: **$0.00**                        Color:
Description: **GLOCK 17 MAG, 17 CART IN MAG, 1 FROM CHAMBER 9MM SPEER**
Recovered date: -                       Recovered value: **$0.00**
Flags: **d \*e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                      Tag #: **CO258507- 9**
Article: **ECLIP- EQUIPMENT, MEASURING DEVICES, & TOOLS**
Make: **GLOCK**
Serial # 1: **UNKNOWN**                OAN:
Value: **$0.00**                        Color:
Description: **GLOCK MAG 2 SPARES 17 CART EACH**
Recovered date: -                       Recovered value: **$0.00**
Flags: **d \*e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                      Tag #: **CO258507- 10**
Article: **YTASER- OTHER ITEMS**
Make: **TASER**
Serial # 1: **11002X3X12000WE2**        OAN:
Value: **$0.00**                        Color: **Black**
Description: **TASER**
Recovered date: -                       Recovered value: **$0.00**
Flags: **d \*e**
Current Location: **DISPOSED**

**Firearm - Evidence**

Status: **SEIZED**
Tag #: **CO258507- 1**
Make: **Glock, Inc.**
Item: **Pistol**                        Type: **Semi-Auto**
Model: **17**                           Caliber: **9**
Serial #: REDACTED

SLCC 000137

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SL 2017-149617 CLOSED/COMPLETED**                **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

---



### UNIFIED POLICE DEPT-GREATER SL
### GENERAL OFFENSE HARDCOPY
**GO# CO 2017-130290 OPEN/ACTIVE**                **7399-99 PUB ORD-POLICE ASSISTANCE**

---

OAN:                                        Value: **$0.00**
Description: **GLOCK 17 W/ TACLIGHT TLR-1HL STREAMLIGHT**
Recovered date: **-**                        Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Firearm - Evidence**

Status: **SEIZED**
Tag #: **CO258507- 4**
Make: **Glock, Inc.**
Item: **Pistol**                            Type: **Semi-Auto**
Model: **17**                               Caliber: **9**
Serial #: REDACTED
OAN:                                        Value: **$0.00**
Description: **GLOCK 17 W/ TAXLIGHT TLR-1**
Recovered date: **-**                        Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

**Firearm - Evidence**

Status: **SEIZED**
Tag #: **CO258507- 7**
Make: **Glock, Inc.**
Item: **Pistol**                            Type: **Semi-Auto**
Model: **17**                               Caliber: **9**
Serial #: REDACTED
OAN:                                        Value: **$0.00**
Description: **GLOCK 17 W/ TACLIGHT TLR-1**
Recovered date: **-**                        Recovered value: **$0.00**
Flags: **d *e**
Current Location: **DISPOSED**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

---

SLCC 000138

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

### Related Property Report(s)

**Report Information**

Property Report #: **258571**
Property case status: **SEIZED**
Submitted on: **Aug-16-2017  (Wed.)**    by: **BOWLES, HEATHER**
Authority for disposal: **BENCH, ZACHARY**    Org unit: **VIOLENT CRIMES**
**Related:**
Offense: **GO  CO  2017- 130290**
Related items: **5**

**Articles - Evidence**

Status: **SEIZED**                                    Tag #: **CO258571- 1**
Article: **YCLOTHE- OTHER ITEMS**
Make:
Model: **TEK GEAR**                                    # of pieces: **1**
Serial # 1: **UNKNOWN**                                OAN:
Value: **$0.00**                                        Color: **Black**
Description: **BLACK PIECE OF CLOTHIGN W/ YELLOW STRIPE**
Recovered date: **-**                                  Recovered value:  **$0.00**
Recovered location: **HOSPITAL**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                                    Tag #: **CO258571- 2**
Article: **YCLOTHE- OTHER ITEMS**
Make:
Model: **TEK GEAR**                                    # of pieces: **2**
Serial # 1: **UNKNOWN**                                OAN:
Value: **$0.00**                                        Color: **Black**
Description: **BLACK PIECE OF CLOTHING W/ YELLOW STRIPE AND HOSP BAG**
Recovered date: **-**                                  Recovered value:  **$0.00**
Recovered location: **HOSPITAL**
Flags: **d *e**
Current Location: **DISPOSED**

**Articles - Evidence**

Status: **SEIZED**                                    Tag #: **CO258571- 3**
Article: **PMASK- PERSONAL ACCESSORIES**
Model: **MASK**                                        # of pieces: **1**
Serial # 1: **UNKNOWN**                                OAN:
Value: **$0.00**                                        Color:
Description: **MARDI GRAS MASK W/ BEADS**
Recovered date: **-**                                  Recovered value:  **$0.00**
Recovered location: **HOSPITAL**

**SLCC 000139**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

---



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE                7399-99 PUB ORD-POLICE ASSISTANCE

---

Flags: **d \*e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                                 Tag #: **CO258571- 4**
Article: **PSOCKS- PERSONAL ACCESSORIES**
Make:
Model:                                            # of pieces: **2**
Serial # 1: **UNKNOWN**                            OAN:
Value: **$0.00**                                   Color: **Black**
Description: **BLACK SOCKS**
Recovered date: **-**                              Recovered value:  **$0.00**
Recovered location: **HOSPITAL**
Flags: **d \*e**
Current Location: **DISPOSED**

### Articles - Evidence

Status: **SEIZED**                                 Tag #: **CO258571- 5**
Article: **OCONTAI- OFFICE EQUIPMENT**
Model: **CONTAINER**                               # of pieces: **1**
Serial # 1: **UNKNOWN**                            OAN:
Value: **$0.00**                                   Color:
Description: **PLASTIC CONTAINER W BEADS**
Recovered date: **-**                              Recovered value:  **$0.00**
Recovered location: **HOSPITAL**
Flags: **d \*e**
Current Location: **DISPOSED**

Flags = d (disposed) x (x-reference) n (entered on NCIC) \*e (evidence)

SLCC 000140



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV



**UNIFIED POLICE DEPT-GREATER SL**
**GENERAL OFFENSE HARDCOPY**

GO# CO 2017-130290 OPEN/ACTIVE          7399-99 PUB ORD-POLICE ASSISTANCE

**\*\*\* END OF HARDCOPY \*\*\***

For: **23D**    Printed On: **Nov-13-2017  (Mon.)**                                    Page **71** of **71**

**SLCC 000141**

# Related Attachment(s) - Miscellaneous

Attachment Description: **FBI LETTER**
Reference Number:



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 282A-SU-2221206

December 8, 2017

RATHOD | MOHAMEDBHAI
2701 Lawrence Street, Suite 100
Denver, Colorado 80205

RE:  Patrick Harmon

Dear Mr. Mohamedbhai and Mr. Rathod:

As discussed in our conversation today, we completed our review of the shooting death of Patrick Harmon by Salt Lake City Police Officer Clinton Fox.  We reviewed the entire investigative file obtained from the Salt Lake County District Attorney's Office and also obtained and reviewed the medical examiner's report which was not included in the provided investigative file.  We forwarded the material to the Department of Justice Civil Rights Section (DOJ) for an additional review.  Upon consultation with DOJ, we mutually determined the evidence did not establish a prosecutable violation of the federal criminal civil rights statutes.  Accordingly, we will not conduct further investigation and will close our review.

In closing, we regret this news will add to the trials of the Harmon family as they continue to process this tragedy and offer our condolences.

Sincerely,

Eric Barnhart
Special Agent in Charge

By: _____
Daniel Brady
Assistant Special Agent in Charge

**SLCC 000142**

## Related Attachment(s) - Miscellaneous

Attachment Description: **SLCPD IA LETTER**
Reference Number:

**\*\*\* The attached file cannot be included in this hardcopy. \*\*\***

SLCC 000143

# Related Person(s)

## 1.  Victim # 1 - HARMON, PATRICK

### (Case Specific Information)

Sex: **MALE**
Race: **African American/Black**
Date of birth: REDACTED
      Municipality: **SALT LAKE CITY** , **Utah**

### Master Name Index Reference

Name: **HARMON, PATRICK**
Sex: **MALE**
Race: **African American/Black**
Date of birth: REDACTED
Ethnicity: **Unknown**
Address: **7800 S 3375 W**    Apartment: **127**
      Municipality: **SALT LAKE CITY** , **Utah   84088**

**Phone numbers**
Home:  **(801)  680-6360**
Home:  **(801)  842-7273**
Cellular:  **(801)  842-1773**
Business:  **(801)  973-2510**
Cellular:  **(385)  313-7817**

### Alias(es)/AKA

| Name: | Address: | Sex: | DOB: |
|---|---|---|---|
| **FISHER, PATRICK** | | **M** | **Oct-15-1966** |
| **HALMON, PATRICK** | | **M** | **Oct-15-1966** |
| **CROWDER, CAREY** | **3815 S 300 E, F 1 SALT LAKE CI** | **M** | **Oct-15-1966** |

### Linkage factors

Resident status : **Non-Resident**
Age range : **50-64 Years**
Aggravated assault/homicide : **Unknown Circumstances**
Victim of :
**906- 1  HOMI-PUB OFF-ID WEAP/OFFIC INV -  COMPLETED**

Victim's Relationship to Offender : *** **PRIVATE INFORMATION** ***
Person's role : **Off/Suspect #1**
Person's name : *** **PRIVATE INFORMATION** ***

### Use of Force Details

Date occured: **Aug-13-2017  (Sun.)**
Location: **1002 S STATE ST**
Nature of contact: **Pedestrian Check**
Reason: **To Defend Another**

**SLCC 000144**

Subjects present: **1**
Subject's conduct:
      **Non-Compliant**
Subject's resistance:
      **Active Aggression, Unlawful Flight from Presence, Refusal to Submit to Officer's Command**
Level of force or control used:
      **Physical Control, Lethal Force**
Police weapons used:
      **Handgun, Physical/Personal Force**
  # shots fired: **3**
**Effects of force used:**
  On subject:
      **Death**
  On police:
      **No Injuries**
  Remarks:
**Officers involved**
  Reporting officer: **I57 - Mitchell, Todd C**
  Date reported: **Mar-09-2018  (Fri.)**
**Supervisor Information**
  Supervisor notified: **I57 - Mitchell, Todd C**
  Date Notified: **Aug-13-2017  (Sun.)**
  Responded: **YES**

## 2.  Off/Suspect # 1 - FOX, Q25 SLCPD

## (Case Specific Information)

  Sex: **MALE**
  Race: **Caucasian/White**
  Address: **475 S 300 E**
      Municipality: **SALT LAKE CITY** , **Utah   84111-**
  **Phone Numbers**
    Business:  **(801)  799-3000**
  **Master Name Index Reference**
  Name: **FOX, Q25  SLCPD**
  Sex: **MALE**
  Race: **Caucasian/White**
  Date of birth: REDACTED
  Ethnicity: **Not of Hispanic Origin**
  Address: **475 S 300 E**
      Municipality: **SALT LAKE CITY** , **Utah   84111-**
  **Phone numbers**
  Home:  REDACTED
  Home:  **(801)  799-3000**
  Business:  **(801)  799-3000**

**SLCC 000145**

| | **SALT LAKE POLICE DEPARTMENT** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | **GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV** |

**Linkage factors**

Resident status : **Resident**
Age range : **Unknown**

## 3.  Witness # 1 - MITCHELL, LAURIE

## (Case Specific Information)

Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

**Particulars**

Ethnicity: **Unknown**
Language(s) spoken: **English**

**Master Name Index Reference**

Name: **MITCHELL, LAURIE**
Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**
Ethnicity: **Unknown**
Address:          **REDACTED**

**Linkage factors**

Resident status : **Non-Resident**
Age range : **30-49 Years**
Access to firearm : **NO**

## 4.  Witness # 2 - HEATON, JEFFREY ALAN

## (Case Specific Information)

Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

**SLCC 000146**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Particulars

Ethnicity: **Unknown**
Language(s) spoken: **English**
Height: **5'11** Weight: **210** lbs.
Eye color: **Hazel**
Hair color: **Gray or Partially Gray/Salt and Pepper**

## Master Name Index Reference

Name: **HEATON, JEFFREY  ALAN**
Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**
Ethnicity: **Unknown**
Address:        **REDACTED**

## Linkage factors

Resident status : **Non-Resident**
Age range : **50-64 Years**
Access to firearm : **NO**

## 5.  Witness # 3 - WRIGHT, ASHLEY LYNN

### (Case Specific Information)

Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

## Particulars

Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **5'06** Weight: **125** lbs.
Eye color: **Brown**
Hair color: **Blond/Strawberry**

## Master Name Index Reference

Name: **WRIGHT, ASHLEY  LYNN**

**SLCC 000147**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

Sex: **FEMALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

## Linkage factors

Resident status : **Non-Resident**
Age range : **30-49 Years**
Access to firearm : **NO**

## 6.  Witness # 4 - RADER, STEVEN JOHN

## (Case Specific Information)

Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

## Particulars

Place of birth: **Utah**
Occupation: **WAREHOUSE**
Employer:       **REDACTED**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **5'10** Weight: **165** lbs.
Build: **Medium**    Complexion: **Light Brown**
Eye color: **Brown**   Lens type: **None**
Hair color: **Brown**
Hair style: **Medium**
Additional remarks: **OVER FLOW INTOWN SUITS ON 3300**

## Master Name Index Reference

Name: **RADER, STEVEN  JOHN**
Sex: **MALE**
Race: **Caucasian/White**
Date of birth: **REDACTED**

**SLCC 000148**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                 906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

Municipality:      **REDACTED**

**Phone numbers**

**REDACTED**

**Linkage factors**

Resident status : **Resident**
Age range : **50-64 Years**
Access to firearm : **NO**

## 7.  Next of Kin # 1 - SMITH, TASHA

## (Case Specific Information)

Sex: **FEMALE**
Race: **African American/Black**
**Phone Numbers**
     Cellular:   **REDACTED**
**Master Name Index Reference**

Name: **SMITH, TASHA**
Sex: **FEMALE**
Race: **African American/Black**
**Phone numbers**
Cellular:  **REDACTED**
**Linkage factors**

Age range : **Unknown**

## 8.  Next of Kin # 2 - HARMON, ANTIONETTE

## (Case Specific Information)

Sex: **FEMALE**
Race: **African American/Black**
                    **REDACTED**
  **REDACTED**

**Master Name Index Reference**

Name: **HARMON, ANTIONETTE**
Sex: **FEMALE**
Race: **African American/Black**
Address:    **REDACTED**

**Phone numbers**

**SLCC 000149**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

REDACTED

## Linkage factors

Resident status : **Non-Resident**
Age range : **Unknown**

SLCC 000150

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INITIAL R/O**
Author: **K27 - Mount, Harry**
Subject: **OICI**
Related date/time: **Aug-17-2017  (Thu.) 911**

This report documents events involving a SLCPD Officer Involved Critical Incident which occurred at 1002 S State Street on 081317 at 2217 hrs; see supplemental reports for all details.  -NFD-

SLCC 000151

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O70 - Stone, Jesse**
Related date/time: **Aug-13-2017  (Sun.)**

I responded on to the 9-1 being called.

Upon my arrival I initially stay with Ofcr Fox and Ofcr Smith to ensure their safety. Once I was relieved by SGT Peterson I began searching for witness but was unsuccessful. Lastly, I secured the inner perimeter as instructed by LT Siebeneck and signed the major incident log.

This ends my involvement in the case.

No axon footage

NFD

**SLCC 000152**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O89 - Scott, Brendyn**
Related date/time: **Aug-13-2017  (Sun.)**

On 08/13/2017 at approximately 22:20 hours, I had finished my shift as a bike officer and was traveling home. I was listening to my radio when I heard on over the air that there was "shots fired" and officers asked for help in the area of 1000 S. State St. This was in close proximity to me so I responded code (lights and sirens) to this approximate area.

I arrived on scene and assisted with medical care of the suspect. I assisted with placing the suspect in recovery position. I stayed with the suspect until medical personnel arrived and took custody of the suspect.

Once medical personnel arrived and took custody of care, they requested that handcuffs be removed from the suspect so that they could provide further care to him. I removed the handcuffs from the suspect and placed them on the ground near where the suspect was lying.

I then assisted in locating evidence and marking it for documentation.

Due to being at the end of my shift, I was on my way home and had already docked my axon body camera and therefore did not have my camera on.

NFD

**SLCC 000153**

## Related Text Page(s)

Document: **SGT NARRATIVE**
Author: **I57 - Mitchell, Todd C**
Subject: **NOTIFICATION/ CALL OUT**
Related date/time: **Aug-13-2017  (Sun.) 2240**

At 2240 hours I received a call from Lt. Taylor West who informed me of this officer involved shooting.

At 2243 hours I called Lt. Rich Bell (West Jordan PD) who is the OICI Protocol Coordinator. Lt. Bell stated the UPD lead OICI Team was next up and that he would notify them and Jeff Hall (District Attorney's Office)

I then notified Det. Pat Mount and Det. Jeff North of this situation and had them respond.

At 2300 hours I spoke with Jeff Hall on the phone who stated Chris Kotrodimos would be responding to represent their office.

At 2301 hours I spoke with Tim Duran (UPD Team Leader). Tim stated they would conduct the case interviews at the SLCPD PSB.

I then responded to the scene and met with Lt. West. When Jeff North arrived at the scene I assigned him as the Scene Liaison. I then responded to the PSB.

Once at the PSB I located the 3 involved officers. The Involved Officers were on the 1st floor- Officer Fox was in Captains Vandongen's Office speaking with his attorney on the phone. Sgt. Sweeny had been assigned as Fox's Escorting Officer and continued to remain with him. I moved Fox and Sweeny to the 4th floor Administrative Conference Room where they remained until Protocol detectives arrived. Officer Fox needed to use the restroom and requested he be allowed to wash the subjects blood off of his hands. I took pictures of his hands with my phone and then stated he could wash his hands. At 0313 hours (08/17/2017) I texted the photos to Det. Jared Peatross (Protocol Team investigator) and deleted them from my phone.

Officers Robinson and Smith were in the Liberty Conference room on the first floor when I arrived. Sgt. Russ Peterson was their Escorting Officer. I had the three of them move to the 2nd floor Detective Conference room where they remained until Protocol detectives arrived.

I assigned Detective Pat Mount as the Facility and Case Liaison.

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

# Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q49 - Kewish, James**
Related date/time: **Aug-13-2017  (Sun.) 2331**

This supplemental report is being written to provide additional information regarding case #17-149617.

On 8/13/17 at approximately 2230 hours I responded to the area of 1050 S. State St. reference an officer-involved shooting. I secured crime scene tape from the east end of State Street near the intersection with Williams Avenue, across State Street to the west side of the street blocking all northbound traffic and in order to establish the southern end of the crime scene.

I was directed by Sgt. Sweeny to escort medical personnel into the scene. Salt Lake City Fire and Gold Cross personnel arrived from the north end of the scene on State Street. Fire personnel took over medical aid of the subject that had been shot. Officers had started to render medical aid to the subject and had placed a tourniquet on the subject's left leg. Salt Lake City Fire and Gold Cross personnel were briefed of the injuries to the subject by officers on scene. At 2235 medical personnel placed the subject onto a backboard and then on to a stretcher in order to transport him to the hospital. Officer Carlson accompanied medical personnel to the hospital and will have additional information in his supplemental report.

I retrieved marker cones from my vehicle and placed them over several evidentiary items at the scene to include a used taser cartridge, two cartridge casings, a bullet fragment, and blood droplets on the sidewalk. These items were preliminarily identified by officers on scene just after the initial response and by no means represent all of the evidence on scene.

After helping to locate and mark evidence I was directed by Sgt. Sweeny to escort Officer Scott Robinson to the PSB. I drove Ofc. Robinson to the PSB and sat with him until I was advised by Sgt. Sweeny that Sgt. Peterson would be able to stay with Ofc. Robinson and Ofc. Kris Smith. This ended my involvement in this incident. Axon mobile recording is available for my initial arrival up until medical personnel cleared the scene. NFI

**SLCC 000155**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED            906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

# Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O69 - Tadehara, Jared**
Subject: **PERIMETER**
Related date/time: **Aug-13-2017  (Sun.) 2335**

Summary: While at the Public Safety Building located at 475 S 300 E working on reports I heard Officers call priority traffic of shots fired in the area of 1002 S State Street.

I initiated my overhead lights and siren and proceeded to the call code 3. I arrived in the area and proceeded to block Southbound lanes at 900 S State Street.

After the Southbound lanes had been blocked I began searching the area for witnesses. I located 3 witnesses in the parking lot of Auto Zone located at 939 S State Street.

Witness Ashley Wright **REDACTED**: Ashley stated that she was in the parking lot of the Auto Zone when she heard a voice over an loudspeaker system. Ashley stated she had observed two Police vehicles parked down the street. Ashley stated she believed the Officers were speaking to someone over the loudspeaker about safety. Ashley stated after an unknown amount of time had past she heard a loud series of pops. Ashley believed she heard three shots. Ashley filled out a witness form on scene.

Witness Jeffrey Heaton **REDACTED**: Jeffrey stated he was assisting another person with a Toyota in the parking lot of Auto Zone when he observed a Police vehicle pull to the side of the road approximately a half block down from the Auto Zone. Jeffrey stated he heard a voice over the intercom and initially thought it was coming from the Honda dealership located across the street. Jeffrey went on to say that he believed the intercom was coming from the Police vehicles. Jeffrey stated he heard four to five shots fired. Jeffrey filled out a witness form on scene.

Witness Laurie Mitchell **REDACTED**: Laurie stated she was standing in the parking lot of Auto Zone just after 10 p.m. working on her Toyota when she heard three shots from down the street. Laurie stated she had heard a voice over the loudspeaker prior to the gunshots and assumed it was coming from the Honda dealership. Laurie filled out a witness form on scene.

Axon Flex recording

Tadehara J O69 NFD

**SLCC 000156**

SLCC 000157

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q19 - Collins, Josephine**
Subject: **SUPPLEMENTAL ASSISTANCE**
Related date/time: **Aug-13-2017  (Sun.) 2342**

On 08/13/17 at 2244 hrs I responded to 900 S State St to assist other
officers with maintaining the outer perimeter. I stayed outside the
perimeter until I entered to put tape up at Belmont and State St. I then
exited the outer perimeter, and left the scene to handle other calls. I
signed in the major incident log. My AXON Body Camera was not recording
during my time on this call because I took no action nor had any
interactions. No further details at this time.

Officer Drott

**SLCC 000158**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **K71 - Peterson, Russell**
Subject: **FIELD SUPP**
Related date/time: **Aug-14-2017  (Mon.)**

---

I responded to the scene at 1050 S State St. When I arrived I stayed with
the three officers involved. I transported Officer Smith to the police
station and stayed with him and officer Robinson until they were released.

SLCC 000159

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **N48 - Carlson, Daniel**
Related date/time: **Aug-14-2017  (Mon.)**

I was an assisting officer on this call. My responsibilities were to stay
with the medical crew and then follow to the Hospital if needed. Department
issued camera was on while on scene.

I arrived on scene and asked Sgt. Sweeny what he needed me to assist with.
I was assigned to stay with the medical crew. Salt Lake City Fire
Department Engine 8 and Gold Cross ambulance 593 arrived on scene for
patient care.

At 2235 Medical had the handcuffs removed so they could treat and move the
individual to the backboard for transport. When they moved the patient was
moved onto the board I noticed a spent round on the ground. I pointed this
out to an officer on scene due to the fact that I would be leaving.

I followed the ambulance to the hospital and stayed with the patient until
I was relieved by Det. Sorensen from Unified Police Department.

The patient was in the Emergency Room for awhile and then moved to the
Operating Room and it is there he was pronounced dead at 0003 hours.

NFD N48

SLCC 000160

# Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O82 - Fortuna, Kevin**
Related date/time: **Aug-14-2017  (Mon.) 100**

I was patrolling in the area of 1700 S 400 E when I heard Officer Kris
Smith call out shots fired. I had heard him call out previously on a
pedestrian stop at 1050 S State St. I activated my emergency lights and
sirens and drove in that direction.

Upon arrival on scene at approximately 2229 hrs I observed Officer Kris
Smith, Officer Scott Robinson, Officer Clint Fox and Sgt. Alma Sweeny
already on scene. They were standing over a black male that was
handcuffed. He had his pants partially pulled down and I could see he was
bleeding from his upper thigh.

I heard Sgt. Sweeny ask who shot and Officer Fox stated he was the one
that shot. Sgt. Sweeny directed me to take his place at that point and
pulled Officer Fox from the scene.

Due to the bleeding on the upper thigh of the black male I removed my
tourniquet from my pocket and began to apply it. I put the tourniquet as
far up on the thigh as I could. I removed the subjects shoes, pants and
underwear from his person by pulling them off of him. I placed them next
to where he was laying. The subject was then placed in the recovery
position until medical arrived.

Once medical arrived on scene I provided them with the details that I had
applied a tourniquet. I also notified them of the wounds I had observed.
There appeared to be an entrance wound on his upper right thigh, an exit
wound out of his left buttocks and also one more wound to his right arm.

Once the subject was transported I assisted in locating evidence on
scene. I remain on scene as scene security until detectives arrived. I
was interviewed on scene on what I had observed and cleared the scene at
approximately 0050 hrs.

Axon Camera
NFD
O82

**SLCC 000161**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q52 - Kelley, Justin**
Subject: **SUPPLEMENT**
Related date/time: **Aug-14-2017  (Mon.) 200**

NARRATIVE:

At 2228 hours on 8-14-17 Officer Sadler and I were working as a two man car, when we heard the call for shots fired come over the radio. We were close and after the call came out I recall hearing loud pops like gun shots or fireworks.

We responded to the scene and began assisting in securing the scene. I located several drops of blood on the side walk, which were marked off, so they could be processed. While checking for evidence, I located a slug near the feet of the male involved. I stayed on scene until I was cleared to handle patrol calls. My Axon was in use. Nothing further.


End report


J Kelley Q52

**SLCC 000162**

**SALT LAKE POLICE DEPARTMENT**
GENERAL OFFENSE HARDCOPY

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **CASE ACTIONS**
Related date/time: **Aug-14-2017  (Mon.) 330**

On 081317, at 2245 hrs, I was notified by Sgt Mitchell of an Officer Involved Critical Incident which occurred at approx 1002 S State St.  Sgt Mitchell informed me there were three involved SLCPD officers, one civilian witness, and the Unified Police Department's protocol team would be investigating the incident.  Sgt Mitchell assigned me to be the Liaison between SLCPD and UPD at the Public Safety Building.  I arrived and Officers Kris Smith/O96 and Scott Robinson/Q11, accompanied by their escort Sgt Russ Peterson/K71, were in the 2nd floor detectives conference room.  Officer Clint Fox/Q25, accompanied by his escort Sgt Alma Sweeney, were in the 4th floor conference room.  Witness Steve Rader was in the 2nd floor interview room #2.

I downloaded all the officers downloads, officer interviews, witness interview, and Axon camera videos in preparation to give to UPD's case agent Det Zach Bench.

On 081317, at 1230 hrs, Det Bench came to the PSB and I gave him copies of the officers downloads, officer interviews, witness interview, and Axon camera videos.

On 081417, at approx 1330 hrs, I went to UPD headquarters and met with Det Bench.  I gave him copies of Officer Mack's Axon camera video, Officer Fortuna's Axon camera video, and a copy of this report.

Det Bench returned Officer Robinson's Glock 17 (#ZCH809) and three magazines with ammo to me.  Det Bench returned Officer Smith's Glock 17 (#XFW971), three magazine with ammo, and Taser (#11002X3X1200WE2) to me.

On 081717, at 1100 hrs, I released Officer Robinson's Glock 17 (#ZCH809) and three magazines with ammo and Officer Smith's Glock 17 (#XFW971), three magazine with ammo, and Taser (#11002X3X1200WE2) to Capt Vandongen.  -NFD-

**SLCC 000163**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q34 - Fano, Jarom**
Subject: **FIELD SUPP**
Related date/time: **Aug-14-2017  (Mon.) 410**

On 8/13/17, I responded to the area of 1050 S State St after I heard officer K. Smith (O96) call out over the radio that shots were fired and he needed immediate assistance. I drove my vehicle to the scene with lights and sirens.

There were multiple officers on scene and I heard a supervisor say he needed more officers to block northbound traffic on State St. I did drive my vehicle and blocked northbound traffic on State St and Herbert Ave, directing all traffic to head east. I remained there until I was relieved by supervisor.

Nothing further.

SLCC 000164

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q74 - Mack, Andrew**
Related date/time: **Aug-14-2017  (Mon.) 421**

I responded to a shots fired called at the given address. I assisted in
looking for bullet casings. I helped to mark blood evidence.

BWC Active

NFD

**SLCC 000165**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O79 - Iversen, Neil**
Subject: **ACTIONS ON SCENE**
Related date/time: **Aug-14-2017  (Mon.) 421**

I responded to the area and assisted with closing down the northbound
traffic lanes on State Street, redirecting traffic eastbound onto Herbert
Avenue.

I then moved to the west side of State Street and closed the intersection
to traffic at State Street and Herbert Avenue. I also ran crime scene tape
from the outer perimeter and blocked off the driveway to Mixed Emotions
Bar.

I did not enter the outer or inner perimeter.

Axon Flex
NFD

SLCC 000166

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q46 - Borders, Ian**
Related date/time: **Aug-14-2017  (Mon.) 431**

On August 13, 2017 I responded to the area of 1002 S State for an officer
involved shooting.

While on another call in the avenues, an officer called out "shots fired"
over the radio. I immediately cleared the call I was on and responded. When
I arrived, I assisted in shutting down south bound traffic on State Street.
I was then asked to respond to the scene and assist in the transportation
of a witness to the Public Safety Building (PSB).

I picked Steve Raider (12/18/1955) up at the back entrance to Palmer Court.
I transported him to the PSB where he met with investigators. Once Steve
was done giving his statement, I transported him back to Palmer Court.

Axon Video available

NFD

SLCC 000167

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **SGT NARRATIVE**
Author: **M68 - Sweeney, Alma**
Subject: **SUPERVISOR ACTIONS**
Related date/time: **Aug-14-2017  (Mon.) 503**

----During this call my Axon camera became unplugged and nothing was recorded.------

I was in the area of 300 W 900 S when I heard Officer Smith state over the radio that shots had been fired during their stop. With my emergency equipment activated I responded to the scene at 1050 S State. I was the first officer to arrive, in addition to those initially on scene. As I arrived I called for traffic to be shut down for both north and southbound traffic on State Street. I then approached the immediate scene where I observed a MBA bleeding from his right leg, with what appeared to be a gunshot wound. The male appeared to be in and out of consciousness and appeared to be loosing a large amount of blood. I retrieved my tourniquet from my pocket and went to apply it around the subjects leg. At this time Officer Fortuna arrived on scene and stated he had gloves on and could apply the tourniquet, and I handed the tourniquet to Officer Fortuna. I then went and felt for a pulse on the subject. I could feel a slow/weak pulse, and I felt that applying the tourniquet and getting medical on scene was the best care we could currently provide. Once the tourniquet was placed I assisted officers place the subject in the "recovery position". A short time later medical arrived.

After moving the subject I observed a folding style knife lying in the grass. At first it was believed this was Officer Fox's knife, however it was later determined to be the subjects. I directed officers on scene to leave the knife in place, and ensure it was not moved.

A short time later medical arrived. I specifically directed Officers Carlson and Kewish to be with medical personnel and observe their actions and document them in their reports. I informed medical personnel that Officers Carlson and Kewish would be with them and essentially shadow them throughout this call. I then directed Officer Carlson to travel with the subject to the hospital if he was to be transported.

At this point I directed officers to begin canvassing the area for witnesses. A major incident log was established and the scene was secure at this point.

I then spoke briefly with Officer Fox. I asked him how many rounds were

**SLCC 000168**

fired, and he responded 3. I asked if any subjects were outstanding and he replied there weren't any outstanding subjects. I then asked if there were any rounds that might have over-penetrated and effected the public, and that we would need to check, and he stated he didn't believe so. I did not ask Officer Fox anymore questions related to the shooting.

I then coordinated with other supervisors on scene that Officers Fox, Smith and Robinson would need to be transported to PSB. I stated I would take Officer Fox, and I would stay with him until he was released by detectives.

I transported Officer Fox to PSB. I asked Officer Fox if he would like to notify any family members of this incident. He stated he would, and once we arrived at PSB I told him I would let him notify those he wanted while he remained in my vehicle. I exited so that he could have a private conversation, however I could still clearly see him and maintain a visual on him.

I contacted the union president Steve Hartney and informed him there had been an OIS, and that I would like to put Officer Fox in contact with the union lawyer. I escorted Officer Fox to Captain Vandongen's office, as I did not have access to the 4th floor conference room. Once at the office Officer Fox contacted his lawyer. While speaking over the phone I exited the room so that he could have a private conversation. Once the conversation was completed I again entered the room so that I could maintain visual of Officer Fox, and his weapon. During the entire time I was with Officer Fox he maintained his issued firearm holstered, as well as his magazines. I did not observed Officer Fox manipulate or alter any of his equipment. While waiting for detectives to respond Officer Fox did remove his vest and belt. I felt this was appropriate as I could still maintain visual over that equipment and I did not feel it effected any evidentiary value.

I remained with Officer Fox while detectives arrived and processed him and his equipment. Once he was cleared by detectives I drove him to his residence.

I then responded back to the scene with Officer's Smith and Robinson, so that they could obtain their vehicles once the scene was cleared. I then coordinated getting efforts to get Officer Fox his vehicle, which was delivered to him by Officer Robinson.

At this point I ensured that traffic had been completely shut down on State Street. I assigned specific officers to block off the traffic with police tape.

**SLCC 000169**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

It should be noted that when I first arrived on scene I attempted to turn on my Axon camera. It was not until the scene was secured and I went to turn my camera off that I realized my cord had come undone and nothing had been recorded.

**SLCC 000170**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **N52 - Ruff, Michael**
Related date/time: **Aug-14-2017  (Mon.) 532**

I responded to the area of 1000 S State Street after hearing Officers
advise over the air that shots had been fired.

Upon arrival I blocked north bound traffic on State Street at Williams
Avenue.

While putting up crime scene tape near Palmer Court a male, later
identified as Steve Raider 12/18/55, approached me and stated he had
observed the Officers stop someone.

I advised Steve to stay put and I advised Sgt. Hatch I had a witness.
Officer Borders arrived and Steve was turned over to him. My Axon Flex was
not activated when Steve approached me. I did not turn it on while blocking
traffic for several hours.

I remained at my post blocking traffic until the scene was released by UPD.

NFD N52

**SLCC 000171**


Case 2:19-cv-00553-HCN-CMR   Document 85-7   Filed 11/07/22   PageID.593   Page 125 of 154

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **M98 - Jewkes, Kevin**
Related date/time: **Aug-14-2017  (Mon.) 537**

I ASSISTED WITH SCENE SECURITY AND THE MAJOR INCIDENT LOG.

I responded to assist officers at the scene of an officer involved shooting at 1002 S State St. When I arrived I observed officers attempting to stop the bleeding from the subjects leg. I began to set up scene security and to check the scene for evidence. I observed the jacket from one of the fired rounds on the sidewalk. I then found two shell casings in the grass. Cones were placed over the evidence that had been found to preserve the evidence.
A short time later I signed in on the Major Incident Log. I asked Officer Stone, who had given me the log, if he was the officer who initiated the log. He said he wasn't and did not know who had started it. At this time I took over the Log and maintained it until the scene was cleared. I booked the log into evidence. When I arrived on scene I activated my camera. However, when I attempted to tag my video no video was found. It appears there was a malfunction of my camera.
NFD
M98

SLCC 000172

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **N86 - North, Jeffrey**
Subject: **SCENE/VEHICLES**
Related date/time: **Aug-14-2017  (Mon.) 542**

---

        On 08/13/2017 I was called out by Sgt. Mitchell of the SLCPD Homicide Unit to respond to the scene of an officer involved shooting.  I responded to 1002 S State St to assist on this case.  When I arrived I was assigned to be the scene liaison for Unified Police Department, who would be handling the investigation.  I remained at the scene of the incident with Unified PD personnel until the scene was cleared at 05:04 the next morning.  While on scene I was contacted by Lt. West who requested that I remove personal items from Officer Fox's vehicle.  I removed an I pod, a pair of earbud style headphones, and a lunch box from Officer Fox's vehicle and had them transported to the Public Safety Building.  At approximately 03:45 Unified Police Department informed me that they were finished with SCLPD patrol vehicles that were at the time being considered part of the scene.  Officer's Robison and Smith retrieved their patrol vehicles from scene.  Officer Fox's vehicle was transported from the scene by SLCPD officers.  The scene was released shortly after.

NFD N86

SLCC 000173

## Related Text Page(s)

Document: **NOTIFICATION**
Author: **I57 - Mitchell, Todd C**
Subject: **(Next of Kin #1) SMITH, TASHA**
Related date/time: **Aug-15-2017  (Tue.)**

I received a call from Tasha Smith who identified herself as the daughter of Patrick Harmon. Tasha heard her father was shot and killed by one of our officers. I explained the investigative Protocol process and stated I would have a UPD Protocol detective contact her. I gave her my phone number in case they didn't contact her and I expressed my condolences.

I then text Sgt. Tim Duran with UPD and asked him to have one of his detectives contact Tasha. Sgt. Duran immediately texted back stating he would have a detective "call her now".

**SLCC 000174**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**            **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

## Related Text Page(s)

Document: **NOTIFICATION**
Author: **I57 - Mitchell, Todd C**
Subject: **(Next of Kin #2) HARMON, ANTIO**
Related date/time: **Aug-15-2017  (Tue.) 1105**

---

**From:** Mitchell, Todd (Police)
**Sent:** Tuesday, August 15, 2017 11:03 AM
**To:** Nygaard, Laura <Laura.Nygaard@slcgov.com>
**Cc:** Brown, Mike <Mike.Brown@slcgov.com>; Kendrick, Jeff <Jeff.Kendrick@slcgov.com>
**Subject:** RE: Mr. Patrick Harmon / Officer Involved Shooting / D5

All,

I just spoke with Antionette Harmon and tried to give her as much information as possible at this point in the investigation. I explained an outside agency (Unified PD lead Protocol Team) along with the District Attorney?s Office was called in and are conducting the investigation. I informed her I would have UPD give her a call (Already passed this request on to UPD and they said they would reach out to her). I also gave her my phone number and said I would be happy to be her point of contact with our department at this time.

Anntionette gave me two good phone numbers.

314-939-2467

314-301-4972

**From:** Nygaard, Laura
**Sent:** Tuesday, August 15, 2017 10:39 AM
**To:** Mitchell, Todd (Police) <Todd.Mitchell@slcgov.com>
**Cc:** Nygaard, Laura <Laura.Nygaard@slcgov.com>; Brown, Mike <Mike.Brown@slcgov.com>; Kendrick, Jeff <Jeff.Kendrick@slcgov.com>
**Subject:** FW: Mr. Patrick Harmon / Officer Involved Shooting / D5

Todd,

I called Nate Salazar and left him a message that you will speak to Ms. Antoinette Harmon, and asked him to refer her to you at 3730. Her number is **REDACTED**. I also let the Council office know, as she contacted them also.

**SLCC 000175**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**                    **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

Thank you so much.

| | |
|---|---|
| | **LAURA NYGAARD** |
| | *Executive Assistant to the Chief of Police* |
| | Salt Lake City Police Department |
| | O: 801.799.3801 \| M: 801.599.1699 \| laura.nygaard@slcgov.com |

**From:** Salazar, Nate
**Sent:** Tuesday, August 15, 2017 9:45 AM
**To:** Kendrick, Jeff <Jeff.Kendrick@slcgov.com>
**Cc:** Seelig, Jennifer <Jennifer.Seelig@slcgov.com>; Brown, Mike <Mike.Brown@slcgov.com>; Nygaard, Laura <Laura.Nygaard@slcgov.com>
**Subject:** Mr. Patrick Harmon / Officer Involved Shooting / D5
**Importance:** High

Good Morning Lt. Kendrick,

Ms. Harmon, Mr. Patrick Harmon?s sister has called into the Mayor?s office this morning requesting information about her brother?s death. She alleges that there are conflicting news accounts of the incident that took place 8/13/17 and wants accurate details about the incident. Please give me a call back as soon as you can as I would like to get her the best information available, or at least coordinate the best representative from SLCPD / City to speak with her. Thank you.

Best,

Nate Salazar, MSW

Associate Director of Community Empowerment

O: 801-535-7976

M: 385-775-8406

SLCC 000176

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

OFFICE *of the* MAYOR

SALT LAKE CITY CORPORATION

www.SLCMAYOR.com

www.SLCGOV.com

SLCC 000177

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **O96 - Smith, Kristopher**
Related date/time: **Aug-16-2017  (Wed.) 13**

I was involved in this case and was interviewed by UPD in regards to it.
See their report for further details.

SLCC 000178

## Related Text Page(s)

Document: **FIELD SUPPLEMENTAL**
Author: **Q11 - Robinson, Scott**
Related date/time: **Aug-22-2017  (Tue.) 1717**

I arrived as a backing Officer on this call.

I was interviewed by UPD Detectives. See their interview for further
information regarding my involvement in this incident.

NFI.

SLCC 000179

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **DA LETTER**
Related date/time: **Oct-04-2017  (Wed.) 1304**

I received the DA's Clearance Letter; I placed a copy of it in the attachments of this report and in the Homicide "I" drive.

The case will be closed.  -NFD-

SLCC 000180

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **PROPERTY/EVIDENCE**
Related date/time: **Oct-11-2017  (Wed.) 1412**

101117, 1125 hrs:  I took possession of all the evidence/property from UPD Det Zach Bench.  I transported it to the SLCPD Evidence warehouse and booked all the items under SL17149617A.  There were several items which had bio-hazard stickers on them, I repackaged these items in another bag; these items were items # 6,8,9,11,13,14, and 31.  Item #33/Bike had an inoperable tail light taped to the bike seat pole which fell off during transport.  I taped the light back onto the pole.  -NFD-

SLCC 000181

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

## Related Text Page(s)

Document: **NCIC CHECK**
Author: **86L - Whitaker, Eva**
Subject: **NCIC.MKE/NCIC.ORI/UT0180300.TX**
Related date/time: **Oct-12-2017  (Thu.) 721**

```
1L0100000000WL22A00
UT0180300

NO RECORD SER/YCK912 MAK/GLC


>>>> ORIGINATING TRANSACTION <<<<

MKE/QG.SER/YCK912.MAK/GLC.CAL/9.ORI/UT0180300.
```

SLCC 000182

## Related Text Page(s)

Document: **NCIC CHECK**
Author: **86L - Whitaker, Eva**
Subject: **NCIC.MKE/NCIC.ORI/UT0180300.TX**
Related date/time: **Oct-12-2017  (Thu.) 753**

```
1L0100000000WL43J00
UT0180300

NO RECORD SER-OAN/CB9B8337 TYP/BBICYCL


>>>> ORIGINATING TRANSACTION <<<<

MKE/QA.TYP/BBICYCL.SER/CB9B8337.ORI/UT0180300.
```

SLCC 000183

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **FOX PROPERTY RELEASE**
Related date/time: **Jan-04-2018  (Thu.) 1509**

Sgt Mitchell instructed me to release Officer Fox's weapon and magazines to him (Item numbers SL17149617A-021, 022, and 030.  I sent an e-mail to evidence releasing the items to Officer Fox.  -NFD-

SLCC 000184

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **SLCPD IA LETTER**
Related date/time: **Jan-09-2018  (Tue.) 1217**

I received the SLCPD IA letter; it was placed in the Homicide I drive and in the attachments of this report.  -NFD-

SLCC 000185

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **FBI LETTER**
Related date/time: **Jan-09-2018  (Tue.) 1219**

I received the FBI letter; it was placed in the Homicide I drive and in the attachments of this report.  -NFD-

SLCC 000186

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **CLOSED**
Related date/time: **Jan-09-2018  (Tue.) 1221**

I received the DA's, FBI's, and SLCPD Internal Affairs clearance letters.  The case will be closed.  -NFD-

SLCC 000187

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED            906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Related Text Page(s)

Document: **INVSTGTR F/U**
Author: **K27 - Mount, Harry**
Subject: **PROPERTY RELEASE**
Related date/time: **Jan-30-2018  (Tue.) 955**

I released item #SL17149617A-028 and 029 to UPD Detective Zach Bench for analysis.  I sent an e-mail to
Evidence releasing the items to Det Bench.  -NFD-

SLCC 000188

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

Follow Up Report # SL  1

# Follow Up Report # SL  1

### Assignment Information

Assigned to: **K27 - Mount, Harry**    Rank: **Detective**
Capacity: **Investigate/Case Manager**    Org unit: **Homicide Squad**
Assigned on: **Aug-14-2017  (Mon.) 1008**    by: **I57 -  Mitchell, Todd C**
Report due on: **Feb-10-2018  (Sat.)**

### Submission Information

Submitted on: **Jan-09-2018  (Tue.) 1223**
Checked by: **I57 -  Mitchell, Todd C**
Approved on: **Jan-09-2018  (Tue.)**    by: **I57 -  Mitchell, Todd C**
**Follow Up Conclusion**
Follow Up concluded: **YES**

SLCC 000189

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED              906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Clearance Information

Agency: **Salt Lake City Proper**
Cleared status: **Not Applicable  - Not Applicable**
Cleared on: **Jan-09-2018  (Tue.)**
Cleared by Officer 1: **K27 -  Mount, Harry**
Org Unit: **HOMI -  Homicide Squad**
Complainant/Victim notified: **NO**

SLCC 000190

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

SLCC 000191

## Related Property Report(s)

### Report Information

**Property Report #: 17149617**
Property case status: **SEIZED**
Submitted on: **Aug-14-2017  (Mon.)**    by: **Jewkes, Kevin**
**Related:**
Offense: **GO  SL  2017- 149617**
Related items: **1**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

SLCC 000192

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

| GO# SL 2017-149617 CLOSED/COMPLETED | 906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV |
|---|---|

## Related Property Report(s)

### Report Information

**Property Report #: 17149617A**
Property case status: **SEIZED**
Submitted on: **Oct-11-2017  (Wed.)**    by: **Mount, Harry**
**Related:**
Offense: **GO  SL  2017- 149617**
Location: **1002 S STATE ST**
Municipality: **SALT LAKE CITY**    County: **SLC Cncl Dist 5**
District: **2**   Zone: **Z5**
Related items: **33**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

SLCC 000193

## Property Related Attachment(s) - Authorization to dispose

Attachment Description: **AUTHO TO RLS TAG A21, 22, & 30 TO OWNER-MOUNT**
Reference Number:

---

**Barker, Brandy**

| | |
|---|---|
| **From:** | Mount, Pat |
| **Sent:** | Thursday, January 04, 2018 3:12 PM |
| **To:** | Evidence |
| **Subject:** | Property Release 17-149617 |

Please release item numbers SL17149617A-021, 022, & 030 (weapon and magazines) to Officer Fox/Q25.

Thanks,

Pat

Detective Pat Mount
SLCPD Homicide Unit
801-799-3745



1

**SLCC 000194**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

# Property Related Attachment(s) - Authorization to dispose

Attachment Description: **TAGS A28 AND A29 TO ZACH BENCH OF UPD - DET MOUNT**
Reference Number:

**Whitaker, Eva**

| | |
|---|---|
| **From:** | Mount, Pat |
| **Sent:** | Tuesday, January 30, 2018 9:54 AM |
| **To:** | Evidence |
| **Subject:** | 17-149617 Property Release |

Please release items # SL17149617A-028 & 029 to Detective Zach Bench with UPD.

Detective Pat Mount
SLCPD Homicide Unit
801-799-3745



1

**SLCC 000195**



**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

# Property Related Attachment(s) - Release to Outside agency

Attachment Description: **TAG A-29 - DET ZACH BENCH WITH UPD**
Reference Number:

---

### Salt Lake City Police Department
### Evidence & Property Unit

Case Number(s): 17-149617                Date: 1-30-18

Tag(s) to be released: SL17149617A-29

Authorized Release to: UPD - Det. Zach Bench

Authorized by (*Print*): Zach Bench          ID#: 23D

Authorized by (*Signature*): X

| Release to Owner | Owner Rep. // Kin | Item Review | Lab Analysis |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |
| **Going to Court** | **Outside Agency** | **Det. Case File** | **Please Destroy** |
| ☐ | ☒ | ☐ | ☐ |

Owner Signature: X

Address:

City, Zip:                          Phone #

*I decline money verification. Owner's initials:*

**Interoffice Use Only**

◯S.ID. ◯D.L. | State:                ID Number:
Booking Sheet #:                     Mug Shot ID:
Other:
Time Out:            Time In:            Evidence ID#

---

**SLCC 000196**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SL 2017-149617 CLOSED/COMPLETED**          **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV**

# Property Related Attachment(s) - Authorization to dispose

Attachment Description: **AUTHO TO RLS TAG A25 TO DET. Z. BENCH-UPD- MOUNT**
Reference Number:

---

**Barker, Brandy**

| | |
|---|---|
| **From:** | Mount, Pat |
| **Sent:** | Wednesday, January 31, 2018 7:18 AM |
| **To:** | Evidence |
| **Subject:** | 17-149617 Property Release |

Please release item #SL17149617A-25 (DNA Spot Card) to Detective Zach Bench of UPD.

Thanks

Detective Pat Mount
SLCPD Homicide Unit
801-799-3745

Sent from my iPhone

1

**SLCC 000197**


## Property Related Attachment(s) - Release for Review

Attachment Description: **TAG A25**
Reference Number: _____

---

**Salt Lake City Police Department**
**Evidence & Property Unit**

Case Number(s): __17. 149617__        Date: __01.31.2018__

Tag(s) to be released: _____

_____ Temp. _____

____DNA Spot Card (t-25A)  Homi 1b____

_____

_____ per maint. _____

Authorized Release to: __Det. Zach Bench — to Sorrensons lab__

Authorized by (*Print*): __Zach Bench__                    ID#: __23D__

Authorized by (*Signature*): X _____

| Release to Owner ☐ | Owner Rep. // Kin ☐ | Item Review ☐ | Lab Analysis ☐ |
| Going to Court ☐ | Outside Agency ☒ | Det. Case File ☐ | Please Destroy ☐ |

Owner Signature: X_____

Address: _____

City, Zip: _____        Phone # _____

*I decline money verification. Owner's initials:* _____

**Interoffice Use Only**

○S.ID. ○D.L. | State:_____    ID Number:_____
Booking Sheet #: _____    Mug Shot ID: _____
Other: _____
Time Out: _____    Time In: _____    Evidence ID# _____

**SLCC 000198**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED                906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Property Related Attachment(s) - Release to Owner

Attachment Description: **TAG A21,A22, A28, A30 OFFICER C. FOX**
Reference Number:

**Salt Lake City Police Department**
**Evidence & Property Unit**

Case Number(s): 17·14961 7        Date: 02·22·2018

Tag(s) to be released:

Firearm (t·A30)   Clips (tA21 y A22)

Knife (t·A28)

Authorized Release to: Officer Fox

Authorized by (*Print*): Clinton Fox        ID#: Q25

Authorized by (*Signature*): X

| Release to Owner [X] | Owner Rep. // Kin [ ] | Item Review [ ] | Lab Analysis [ ] |
| Going to Court [ ] | Outside Agency [ ] | Det. Case File [ ] | Please Destroy [ ] |

Owner Signature: X

Address:

City, Zip: _____ Phone # _____

*I decline money verification. Owner's initials:* _____

### Interoffice Use Only

○S.ID. ○D.L. | State:_____ ID Number:_____
Booking Sheet #: _____ Mug Shot ID: _____
Other: _____
Time Out: _____ Time In: _____ Evidence ID# _____

SLCC 000199

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

## Property Related Attachment(s) - Release for Review

Attachment Description: **TAG A29**
Reference Number:



**Salt Lake City Police Department**
**Evidence & Property Unit**

Case Number(s): _17· 149617_          Date: _02·22·2018_

Tag(s) to be released: _____
_____ Knifu (+ A29) _____
_____
_____
_____

Authorized Release to: _DREW Measels_
Authorized by (*Print*): _____ ID#: _J9b_
Authorized by (*Signature*): X _____

| Release to Owner | Owner Rep. // Kin | Item Review | Lab Analysis |
|:---:|:---:|:---:|:---:|
| ☐ | ☐ | ☒ | ☐ |
| **Going to Court** | **Outside Agency** | **Det. Case File** | **Please Destroy** |
| ☐ | ☐ | ☐ | ☐ |

Owner Signature: X_____

Address: _____

City, Zip: _____ Phone # _____

*I decline money verification. Owner's initials:* _____

| *Interoffice Use Only* |
|---|
| ○S.ID. ○D.L. \| State:_____ ID Number:_____ |
| Booking Sheet #: _____ Mug Shot ID: _____ |
| Other: _____ |
| Time Out: _____ Time In: _____ Evidence ID# _93L_ |

**SLCC 000200**

**SALT LAKE POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SL 2017-149617 CLOSED/COMPLETED          906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV

**\*\*\* END OF HARDCOPY \*\*\***

SLCC 000201