**UNIFIED POLICE DEPT-GREATER SL**
**NARRATIVE TEXT HARDCOPY**

**GO# CO 2017-130290 CLOSED/COMPLETED**     **7399-99 PUB ORD-POLICE ASSISTANCE**

## PUB ORD-POLICE ASSISTANCE
## CRIME LAB/LAB ANALYSIS REPORT
## LATENT PRINT PROCESSING
LABORATORY ANALYSIS REPORT

```
Submitting Agency:[UPD                                                           ]
Submitting Agency Number:[                                                       ]
Case Agent:[BENCH                                                                ]
UPD Case Number:[CO17-130290                                                     ]
Suspect:[                                                                        ]
Victim:[                                                                         ]
Offense:[OIS                                                                     ]
Laboratory Request: [DNA/PRINTS                                                  ]
Forensic Investigator:[BROBECK                                                   ]
Date of Report:[Jan-30-2018   ]
                        EVIDENCE SUBMITTED

 ITEM        UPD PE Tag Number                 DESCRIPTION
*******************************************************************************
[12 ]      [                ]   [SILVER KNIFE                                   ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]
[   ]      [                ]   [                                               ]

Analysis Request:

[                                                                              ]

Results of Analysis:

[I FIRST SWABBED THE HANDLE OF THE KNIFE FOR ANY POTENTIAL TOUCH DNA (ITEM 1)
I THEN PROCESSED THE KNIFE WITH BLACK POWDER. NOTHING OF VALUE WAS RECOVERED.
THE KNIFE AND SWABS WILL BE RETURNED TO DETECTIVE BENCH.

NOTHING FURTHER]

                              PHOTO LOG

 ITEM      PHOTO NUMBER                        DESCRIPTION
```

**SLCC 000046**



| | **UNIFIED POLICE DEPT-GREATER SL** | |
|---|---|---|
| | **NARRATIVE TEXT HARDCOPY** | |
| GO# CO 2017-130290 CLOSED/COMPLETED | | 7399-99 PUB ORD-POLICE ASSISTANCE |

```
****************************************************************************
[                                                                           ]
                                       Author:BROBECK, SARAH
                                 Related date:Jan-30-2018  (Tue.) 1454


                        *** END OF HARDCOPY ***
```

SLCC 000047