

SLCC 001821