

SLCC 001839