| | SALT LAKE POLICE DEPARTMENT |
|---|---|
| SLCPD | **GENERAL OFFENSE HARDCOPY** |
| | **GO# SL 2017-149617 CLOSED/COMPLETED**     **906-1 HOMI-PUB OFF-ID WEAP/OFFIC INV** |

# Related Text Page(s)

    Document: **SGT NARRATIVE**
    Author: **M68 - Sweeney, Alma**
    Subject: **SUPERVISOR ACTIONS**
    Related date/time: **Aug-14-2017  (Mon.) 503**

```
----During this call my Axon camera became unplugged and nothing was
recorded.------

I was in the area of 300 W 900 S when I heard Officer Smith state over the
radio that shots had been fired during their stop. With my emergency
equipment activated I responded to the scene at 1050 S State. I was the
first officer to arrive, in addition to those initially on scene. As I
arrived I called for traffic to be shut down for both north and southbound
traffic on State Street. I then approached the immediate scene where I
observed a MBA bleeding from his right leg, with what appeared to be a
gunshot wound. The male appeared to be in and out of consciousness and
appeared to be loosing a large amount of blood. I retrieved my tourniquet
from my pocket and went to apply it around the subjects leg. At this time
Officer Fortuna arrived on scene and stated he had gloves on and could
apply the tourniquet, and I handed the tourniquet to Officer Fortuna. I
then went and felt for a pulse on the subject. I could feel a slow/weak
pulse, and I felt that applying the tourniquet and getting medical on scene
was the best care we could currently provide. Once the tourniquet was
placed I assisted officers place the subject in the "recovery position". A
short time later medical arrived.

After moving the subject I observed a folding style knife lying in the
grass. At first it was believed this was Officer Fox's knife, however it
was later determined to be the subjects. I directed officers on scene to
leave the knife in place, and ensure it was not moved.

A short time later medical arrived. I specifically directed Officers
Carlson and Kewish to be with medical personnel and observe their actions
and document them in their reports. I informed medical personnel that
Officers Carlson and Kewish would be with them and essentially shadow them
throughout this call. I then directed Officer Carlson to travel with the
subject to the hospital if he was to be transported.

At this point I directed officers to begin canvassing the area for
witnesses. A major incident log was established and the scene was secure
at this point.

I then spoke briefly with Officer Fox. I asked him how many rounds were
```

SLCC 000168

fired, and he responded 3. I asked if any subjects were outstanding and he replied there weren't any outstanding subjects. I then asked if there were any rounds that might have over-penetrated and effected the public, and that we would need to check, and he stated he didn't believe so. I did not ask Officer Fox anymore questions related to the shooting.

I then coordinated with other supervisors on scene that Officers Fox, Smith and Robinson would need to be transported to PSB. I stated I would take Officer Fox, and I would stay with him until he was released by detectives.

I transported Officer Fox to PSB. I asked Officer Fox if he would like to notify any family members of this incident. He stated he would, and once we arrived at PSB I told him I would let him notify those he wanted while he remained in my vehicle. I exited so that he could have a private conversation, however I could still clearly see him and maintain a visual on him.

I contacted the union president Steve Hartney and informed him there had been an OIS, and that I would like to put Officer Fox in contact with the union lawyer. I escorted Officer Fox to Captain Vandongen's office, as I did not have access to the 4th floor conference room. Once at the office Officer Fox contacted his lawyer. While speaking over the phone I exited the room so that he could have a private conversation. Once the conversation was completed I again entered the room so that I could maintain visual of Officer Fox, and his weapon. During the entire time I was with Officer Fox he maintained his issued firearm holstered, as well as his magazines. I did not observed Officer Fox manipulate or alter any of his equipment. While waiting for detectives to respond Officer Fox did remove his vest and belt. I felt this was appropriate as I could still maintain visual over that equipment and I did not feel it effected any evidentiary value.

I remained with Officer Fox while detectives arrived and processed him and his equipment. Once he was cleared by detectives I drove him to his residence.

I then responded back to the scene with Officer's Smith and Robinson, so that they could obtain their vehicles once the scene was cleared. I then coordinated getting efforts to get Officer Fox his vehicle, which was delivered to him by Officer Robinson.

At this point I ensured that traffic had been completely shut down on State Street. I assigned specific officers to block off the traffic with police tape.

SLCC 000169

It should be noted that when I first arrived on scene I attempted to turn on my Axon camera. It was not until the scene was secured and I went to turn my camera off that I realized my cord had come undone and nothing had been recorded.