| Corey D. Riley (16935) | Nicholas A. Lutz (51299 - Colorado) (admitted *pro hac vice*) |
| Andrew G. Deiss (7184) | Qusair Mohamedbhai (35390 – Colorado) (admitted *pro hac vice*) |
| Deiss Law PC | Rathod Mohamedbhai LLC |
| 10 West 100 South, Suite 425 | 2701 Lawrence Street, Suite 100 |
| Salt Lake City, Utah 84101 | Denver, Colorado 80205 |
| (801) 433-0226 | (303) 578-4400 |
| criley@deisslaw.com | nl@rmlawyers.com |
| deiss@deisslaw.com | qm@rmlawyers.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon Sr., <br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 19-cv-00553-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE of the conventional filing of the following exhibits, which are exhibits to Plaintiff's Motion for Summary Judgment. These exhibits contain body-camera footage.

| Exhibit No. | Description | Date | Document Source |
|---|---|---|---|
| 2 | Smith Body Camera Footage | August 13, 2017 | SLCC_001932 |
| 3 | Fox Body Camera Footage | August 13, 2017 | SLCC_001941 |

| 4 | Robinson Body Camera Footage | August 13, 2017 | SLCC_001931 |

DATED: October 28, 2022

RATHOD | MOHAMEDBHAI LLC

*s/ Nicholas A. Lutz*
Nicholas A. Lutz
Qusair Mohamedbhai
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400
(303) 578-4401 (f)
nl@rmlawyers.com
qm@rmlawyers.com

DEISS LAW PC

*s/ Corey D. Riley*
Corey D. Riley
Andrew G. Deiss
10 West 100 South, Suite 425
Salt Lake City, UT 84101
criley@deisslaw.com
adeiss@deisslaw.com

ATTORNEYS FOR PLAINTIFF