Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone:  (801) 535-7788
Facsimile:  (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br>         Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br>         Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REPLY** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1, Defendants, through counsel, submit this *Unopposed Motion for Extension of Time to File Summary Judgment Reply*.

Defendants request the Court extend the time for them to file a Reply Brief in support of their Motion for Summary Judgment (ECF 66) to and including **December 9, 2022**. Defendants' deadline to file a Reply Brief is currently December 1, 2022, and has thus not yet expired.

This is Defendants' second request for an extension of this deadline. There is good cause to extend the deadline. Defendants are awaiting Plaintiffs' responses to written discovery, and have granted Plaintiffs several extensions of time to serve their responses. Defendants request additional time from the Court in order to receive and review Plaintiffs' discovery responses before filing the Reply.

Plaintiffs do not oppose this request. A proposed order is submitted herewith.

DATED: November 23, 2022.

        SALT LAKE CITY CORPORATION

        */s/ Katherine R. Nichols*
        Katherine R. Nichols

        *Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlaywers.com

*Attorneys for Plaintiffs*

                  */s/ Heidi Medrano*