# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **ORDER GRANTING MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT REPLY**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Having considered Defendants' Motion to File Overlength Summary Judgment Reply, and for good cause appearing, the Court hereby GRANTS the motion and ORDERS that Defendants may file a Reply Brief in support of their Motion for Summary Judgment (ECF 66) of up to 50 pages in length.

\*     \*     \*

**IT IS SO ORDERED.**

DATED this _____ day of December, 2022.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge