# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **ORDER GRANTING MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT REPLY** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Having considered Defendants' Motion for Excess Pages (Motion) (ECF 88) regarding Defendants' Reply in support of their Motion for Summary Judgment (ECF 66), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendants may file a Reply not exceeding fifty (50) pages in length.

DATED this 8 December 2022.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah