Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone:  (801) 535-7788
Facsimile:  (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> District Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Defendants Salt Lake City Corporation and Officer Clinton Fox, through counsel, hereby submit this *Supplemental Appendix of Evidence* in support of their *Motion for Summary Judgment*.

| No. | Description | Date | Document Source |
|---|---|---|---|
| 21 | Medical Examiner Report | October 20, 2017 | SLCC_000202 |
| 22 | Deposition of Plaintiff Patrick Harmon II | November 8, 2022 | - |
| 23 | Deposition of Plaintiff Tasha Smith | November 10, 2022 | - |
| 24 | Plaintiffs' Responses to Defendants' First Set of Discovery | November 29, 2022 | - |

DATED: December 9, 2022.

SALT LAKE CITY CORPORATION

/s/ *Katherine R. Nichols*
Katherine R. Nichols

*Attorney for Defendants Salt Lake City and Officer Clinton Fox*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlawyers.com

*Attorneys for Plaintiffs*

                                                                                 */s/ Heidi Medrano*