

**UTAH DEPARTMENT OF HEALTH**

4451 South 2700 West
Taylorsville, UT 84129
Phone (801) 816-3850
Fax (801) 964-1240
ome.utah.gov

*Office of the Medical Examiner*

Erik D. Christensen, M.D., Chief Medical Examiner
Edward A. Leis, M.D., Deputy Chief Medical Examiner

Pamela S. Ulmer, D.O.
Mike Belenky, M.D.
Joseph P. Pestaner, M.D.
Zachary Michalicek, D.O.
Jason Lozano, M.D.
Kacy Krehbiel, M.D.
Assistant Medical Examiners

# REPORT OF EXAMINATION

Name: **HARMON, Patrick**
Case #: **R201701858**
Age: 50
Race: Black
Sex: Male

Date & Time of Death: 08/14/2017 – 00:03
Date & Time of Exam: 08/14/2017 – 07:30
Examination by: Joseph P. Pestaner, M.D.
Investigating Agency: Unified Police Department
Exam Witnesses: Chad Sorenson and Zach Bench

Manner of Death: Homicide
Immediate Cause of Death: Gunshot Wounds of Torso and Extremity

## FINAL PATHOLOGIC DIAGNOSES

I. Gunshot wounds of torso and extremity.
II. Cutaneous abrasions and contusions.
III. Hypertensive cardiovascular disease.
IV. Aortic atherosclerosis.
V. Toxicology results:
   A. Caffeine: Positive (hospital blood).
   B. Cotinine: Positive (hospital blood).
   C. Delta-9 THC 0.89 ng/mL (hospital blood).
   D. Amphetamine: 37 ng/mL (hospital blood).
   E. Methamphetamine: 270 ng/mL (hospital blood).

**OPINION:** Patrick Harmon died as a result of gunshot wounds of the torso (2) and extremity (1) during an encounter with police. Gunshot wound #3 injured the femoral artery and vein, major blood vessels in the body, causing significant blood loss. The other two gunshot wounds injured soft tissue and contributed to death through bleeding. The manner of death is homicide.

Joseph P. Pestaner, M.D.
Assistant Medical Examiner
Date Signed: 10/20/17

JPP/sk

**SLCC 000202**

## Report of Examination

Name – HARMON, Patrick                                   Case No. – R201701858

### EXTERNAL EXAMINATION

Personal effects and clothing: See "Body Inventory and Release Sheet."
Race: Black.
Sex: Male.
Habitus: Normally developed and well nourished.
    Weight    97   kg    213  lbs
    Length    175  cm    69  inches
    BMI    31.67  kg/m$^2$

Decomposition changes: None.
Head (general): Abrasions on the top of the head.
Skull and facial skeleton: Intact to palpation.
Hair: Shaved.
Facial hair: Mustache and goatee.
Eyes: Brown irides. Normal.
Ears: Normal.
Nose: Normal.
Teeth: There is an upper bridge and the remaining teeth are natural.
Neck: Normal.
Chest: Medical intervention to be described and the left side of the torso has a contused abrasion.
Abdomen: Medical intervention to be described.
Upper extremities: Symmetrically formed and gunshot wound injury to be described.
Lower extremities: Symmetrically formed and injury to be described.
Back and buttocks: Gunshot wound injury to be described
External body markings:
    Scars: Irregular scars are noted on the extremities.
    Tattoos: A tattoo is noted of the right arm.
Evidence of medical therapy: There is an endotracheal tube in the mouth. There is a catheter on the left side of the neck. There are punctures of the right and left clavicular regions. There are EKG pads on the body. There is a hospital ID on the left ankle and pulse oximeters on the left second toe and left second finger. There is a 14-1/2 inch vertical incision of the abdomen. There is a left thoracotomy incision 11-1/2 inches in size that extends between rib 6 and 7. Dissection reveals the left ribs 3 through 7 are fractured in the parasternal region and the pericardial sac has been opened. There is a 3-1/4 inch incision on the right side of the chest, which extends into the chest cavity between right ribs 5 and 6. There is an IV in the right forearm, right wrist, left antecubital region. There is a catheter in the left groin. There are intraosseous catheters of the legs. There is a tourniquet covering the gunshot exit wound of gunshot wound #3.

### EVIDENCE OF INJURY

#1 Gunshot Wound of Extremity
There is a gunshot entrance wound on the back of the left forearm centered 17-1/2 inches inferior to the top of the shoulder. The gunshot wound is a 5/16-inch wound with circumferential ring of abrasion. There is no soot or stippling on the surrounding skin. The wound track perforates the underlying soft tissue perforating the radius, which is fractured and there are multiple bone fragments and bullet fragments in the hemorrhagic soft tissue. Bullet fragments are recovered and retained.

**SLCC 000203**

Name – HARMON, Patrick                                  Case No. – R201701858

There is a gunshot exit wound on the medial aspect of the left forearm 18-1/4 inches inferior to the top of the shoulder. The gunshot wound is from back to front, left to right, and down.

#2 Gunshot Wound of the Torso
There is a gunshot entrance wound on the lower back centered 30-1/2 inches inferior to the top of the head and 5-1/2 inches left of midline. The wound is a 3/16-inch wound with circumferential ring of abrasion. There is no soot or stippling on the surrounding skin. The wound track perforates the underlying soft tissue and impacts the sacral region of the pelvis which is palpably intact and is associated with soft tissue hemorrhage. A bullet is recovered and retained from the deep soft tissues of the right pelvic region 30-1/2 inches inferior to the top of the head and 1-3/4 inches right of midline. This gunshot wound is from left to right and back to front.

#3 Gunshot Wound of the Torso
There is a gunshot entrance wound on the lower back centered 32-1/4 inches inferior to the top of the head and 7-1/4 inches left of midline. The wound is a 1/4-inch wound with a slightly irregular ring of abrasion. There is no soot or stippling on the surrounding skin. The track perforates the underlying soft tissue and extends into the pelvic region. There is prominent peripelvic and perirectal soft tissue hemorrhage. There is right retroperitoneal hemorrhage. The track extends into the right groin transecting the femoral artery at its origin and lacerating the right femoral vein. (Estimated blood loss during exploratory laparotomy was 6 L). There is a gunshot exit wound located 33-1/4 inches inferior to the top of the head and 5-1/2 inches right of midline. The exit wound is a 3/8-inch laceration. This gunshot wound is from left to right, back to front, and down.

The top of the head has a 1/8 inch abrasion and a 3/16 inch abrasion. Dissection reveals a 1-inch x 3/4-inch area of hemorrhage over the right temporalis muscle.

The left side of the torso has a 1-1/4 inch x 1-inch contused abrasion.

The right leg has a 3/16-inch abrasion. The right knee has a 3/4-inch x 1/2-inch abrasion. The left knee has a 1/4-inch x 1/8-inch abrasion and a 1/2-inch x 1/4-inch abrasion.

## INTERNAL EXAMINATION
BODY CAVITIES:
Fluids: There is 180 mL of blood in the left chest cavity and 50 mL of blood in the peritoneal cavity.
Adhesions: There are marked adhesions surrounding the right lung.
Organs: Present in their normal and anatomic positions.

HEAD (Central Nervous System):
Scalp: There is a 1-inch x 3/4-inch area of hemorrhage over the right temporalis muscle.
Skull: Normal.
Intracranial hemorrhage: Absent.
Brain weight: 1280 grams and pale.
Leptomeninges: Normal.
Cranial nerves and main vessels: Normal where identified.
Cerebral hemispheres: Normal surfaces and sections.
Brainstem and cerebellum: Normal surfaces and sections.
Spinal cord: Unremarkable.

**SLCC 000204**

Report of Examination

Name – HARMON, Patrick                                       Case No. – R201701858

NECK:
Soft tissues, including the tongue, strap muscles and large vessels: Normal.
Hyoid bone and larynx: Normal.

CARDIOVASCULAR SYSTEM:
Heart weight: 440 grams.
Pericardial sac and epicardial surfaces: The pericardial sac has been opened and there is epicardial hemorrhages.
Coronary arteries: Normal.
Myocardium: Normal.
Chambers: Normal.
Walls: Left ventricle 1.5 cm; right ventricle 0.3 cm.
Valves: The mitral valve has thickened leaflets up to 0.3 cm.
Septa: 1.4 cm.
Aorta: Atherosclerosis involving 75% of the surface area.

RESPIRATORY SYSTEM:
Trachea and bronchi: Normal.
Lung weights: 550 grams right; 420 grams left.
Pleural surfaces: Marked adhesions of the right lung.
Lung parenchyma: Normal.
Pulmonary arteries: Normal.

LIVER AND BILIARY SYSTEM:
Liver weight: 1910 grams.
Capsule: Normal.
Tissue: Normal.
Gallbladder: Present and 28 mL of light amber bile.

DIGESTIVE SYSTEM:
Esophagus: Normal.
Gastric mucosa: Normal.
Gastric Contents: 150 mL of red-brown fluid and food material.
Small and large bowels: Areas of serosal hemorrhage and patchy mucosal erythema; no perforations identified.
Pancreas: Normal.

UROGENITAL SYSTEM:
Kidney weights: 140 grams right; 150 grams left.
Surface: Slightly granular and pale.
Cut surface: Prominent fatty replacement.
Urinary bladder: Contains 65 mL of clear yellow urine.
Prostate and testes: Normal.

RETICULOENDOTHELIAL SYSTEM:
Spleen weight: 170 grams.

SLCC 000205

Report of Examination

Name – **HARMON, Patrick**                                    Case No. – **R201701858**

General appearance: Normal.
Lymph nodes: Normal where identified.
Bone marrow: Normal.

ENDOCRINE SYSTEM:
Pituitary, thyroid and adrenal glands: Normal.

MUSCULOSKELETAL SYSTEM:
Bones and muscle: Aside from injury and medical therapy, normal where examined.

## MICROSCOPIC DESCRIPTION

Representative portions of the organs are preserved as well as skin from gunshot entrance wounds. No tissue is submitted for microscopic examination.

POSTMORTEM RADIOLOGY: 4 Radiographs of the body are obtained.

**SLCC 000206**