In the Matter of:

# ESTATE OF PATRICK HARMON, SR., et al.

vs

# SALT LAKE CITY CORPORATION, et al.

## PATRICK HARMON II

November 08, 2022



P.O. BOX 3265
SALT LAKE CITY, UT 84110
385.707.7254

Case 2:19-cv-00553-HCN-CMR Document 91-2 Filed 12/09/22 PageID.1515 Page 2 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| ESTATE OF PATRICK HARMON | ) | |
| SR.; PATRICK HARMON II, as | ) | |
| Personal Representative of | ) | |
| the Estate of Patrick | ) | |
| Harmon Sr., and heir of | ) Case No. | |
| Patrick Harmon Sr., TASHA | ) 2:19-cv-00553-HCN-CMR | |
| SMITH, as heir of Patrick | ) | |
| Harmon, Sr., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SALT LAKE CITY, a | ) | |
| municipality; and OFFICER | ) | |
| CLINTON FOX, in his | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

_____


REMOTE ZOOM DEPOSITION OF:  PATRICK HARMON, II

NOVEMBER 8, 2022

9:00 A.M.


Witness Location:
4513 Twinbrook Road
Fairfax, Virginia

Reporter:  Vickie Larsen, CCR/RMR
Utah License No. 109887-7801
Nevada License No. 966
Notary Public in and for the State of Utah

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1516  Page 3 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    2

```
 1    APPEARANCES

 2    (All parties were present by Zoom)

 3    For the Plaintiffs:

 4                    Nicholas A. Lutz
                      RATHOD MOHAMEDBHAI LLC
 5                    2701 Lawrence Street, Suite 100
                      Denver, Colorado 80205
 6                    303.578.4400
                      Nl@rmlawyers.com
 7
                      Corey D. Riley
 8                    DEISS LAW PC
                      10 West 100 South, Suite 425
 9                    Salt Lake City, Utah 84101
                      801.433.0226
10                    Criley@diesslaw.com

11    For the Defendants:

12                    Katherine R. Nichols
                      SALT LAKE CITY CORPORATION
13                    P.O. Box 145478
                      451 South State Street, Suite 505A
14                    Salt Lake City, Utah 84114
                      801.535.7788
15                    Katherine.nichols@slcgov.com

16

17                         -oOo-

18

19

20

21

22

23

24

25
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1517  Page 4 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                3



1

2                          I N D E X

3    PATRICK HARMON, II                              Page

4    EXAMINATION BY MS. NICHOLS                          4

5

6

7                          -oOo-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1518  Page 5 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                4

```
 1   November 8, 2022                        9:00 a.m.
 2                   P R O C E E D I N G S
 3
 4                   PATRICK HARMON, II,
 5      called as a witness, having been duly sworn, was
 6            examined and testified as follows:
 7
 8                        EXAMINATION
 9   BY MS. NICHOLS:
10        Q.     Thank you very much.  Mr. Harmon, thank
11   you for being here today.  My name is Katie Nichols.
12   I represent the defendants in this case.
13            What is your full name?
14        A.     Patrick Harmon The Second.
15        Q.     Do you have a middle name?
16        A.     No.
17        Q.     I have a number of questions for you
18   related to this case.  I recognize some of these
19   topics might be painful, and it's not my intention to
20   cause you distress.
21            If at any point you need a break, we can
22   definitely do that.  I would just ask that you finish
23   answering any question that's pending, and then after
24   that we can take a break.
25            Does that make sense?
```

Case 2:19-cv-00553-HCN-CMR Document 91-2 Filed 12/09/22 PageID 1519 Page 6 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    5

1          A.      Yes.

2          Q.      Where do you currently live?

3          A.      Fairfax, Virginia.

4          Q.      And who do you live with?

5          A.      I live with two other roommates in a

6    house in a very nice neighborhood.

7          Q.      How long have you lived there?

8          A.      I've been here for over a year and a

9    half, currently.

10         Q.      Where did you live prior to that

11   location?

12         A.      I lived down the street in Springfield,

13   Virginia.  At the time I was with my partner who I

14   have a child with.

15         Q.      What is your date of birth?

16         A.      11-14-88.

17         Q.      Do you currently have a spouse or

18   partner?

19         A.      No.

20         Q.      And I think you mentioned one child.  Do

21   you have any other children or just the one?

22         A.      Just the one.

23         Q.      How old is that child?

24         A.      Four.

25         Q.      Have you ever been involved in a lawsuit

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1520   Page 7 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    6

 1    or court case before?

 2         A.    No.

 3         Q.    Have you ever been deposed before?

 4         A.    No.

 5         Q.    I have a number of questions for you

 6    about Patrick Harmon Senior, obviously you can only

 7    answer what you know.  So if there's information that

 8    you don't know, feel free to say that you just don't

 9    know, that's perfectly fine.

10               Was Patrick Harmon Senior your biological

11    father?

12         A.    Yes.

13         Q.    What is the name of your mother?

14         A.    Carmen Evans.

15         Q.    Sorry, can you say that again.

16         A.    Carmen Evans.

17         Q.    Evans, okay.

18               Were your mother and father married?

19         A.    No.

20         Q.    Do you know in what years they were in a

21    relationship together?

22         A.    I believe '87 to '88, '89.  So between

23    '87 to '89.

24         Q.    Do you know if they ever lived together?

25         A.    What I do know of, briefly, yes.

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1521   Page 8 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              7

 1          Q.     Is your mother still living?

 2          A.     Yes.

 3          Q.     Do you know if she was in contact with

 4    Mr. Harmon in the years prior to his death?

 5          A.     I do not.

 6          Q.     Where was Mr. Harmon born?

 7          A.     I believe he was born in St. Louis,

 8    Missouri.

 9          Q.     And where did he live growing up?

10          A.     I believe in St. Louis, Missouri.

11          Q.     How many siblings did he have?

12          A.     I can't remember the exact number, but I

13    think it's four.

14          Q.     Do you know any of their names?

15          A.     Chris -- Christopher Harmon, Hellen --

16    Hellen Harmon, Roy Harmon.  And then I can't remember

17    the last one because I know he passed away, so -- but

18    I don't remember his first name.

19          Q.     That was going to be my next question.

20    Are they all living?  You said one had passed away?

21          A.     I think one had passed away and one had a

22    major medical issue, so I think his abilities are

23    limited.

24          Q.     Where did you grow up?

25          A.     I grew up between -- in Aurora, Colorado.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1522  Page 9 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                          8

1   Denver, Colorado, pretty much.

2        Q.    So you lived either in Denver or Aurora,

3   Colorado, for the entire time until you turned 18?

4        A.    Correct.

5        Q.    Okay.  Did you, during that time period

6   until you turned 18, live in the same house as

7   Mr. Harmon?

8        A.    Probably when I was -- right when I was

9   first born, I think, that was the only time I can

10  remember in that period when they lived together.

11  Beyond that, no.

12       Q.    So after around 1989 you didn't live with

13  him; is that correct?

14       A.    Yes.

15       Q.    But do you know where he lived after

16  that?  Did he stay in the greater Denver area?

17       A.    I don't believe so, because I remember

18  making phone calls when I was around five with him in

19  St. Louis.

20       Q.    From the time you were born until 18, who

21  else did you live with?

22       A.    Just my mother, and then for a year I

23  lived with my aunt, but that's my mom's sister.

24       Q.    Do you have a sister?

25       A.    Through the same father, yes.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1523  Page 10 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                          9

 1          Q.     And that's Tasha Smith?

 2          A.     Yes.

 3          Q.     But you have different mothers?

 4          A.     Correct.

 5          Q.     Do you know when Tasha was born?

 6          A.     I believe -- where or when?

 7          Q.     When.

 8          A.     I believe she -- she's three years

 9     younger than me and her birthday is January 28th, so I

10     think that's '91.

11          Q.     Did you ever live with Ms. Smith?

12          A.     No.

13          Q.     How would you describe your relationship

14     with your father while you were growing up?

15          A.     Limited, just because of him not being

16     around physically.  There was periods where we talked

17     on the phone, but partially had to do with --

18                 THE REPORTER:  I didn't hear the last

19     part, I'm sorry.

20                 THE WITNESS:  Due to it was him being in

21     and out of prison for a big chunk of that part of my

22     life.

23          Q.     BY MS. NICHOLS:  How would you describe

24     your relationship with him once you became an adult?

25          A.     There was -- it was better than I

Case 2:19-cv-00553-HCN-CMR Document 91-2 Filed 12/09/22 PageID.1524 Page 11 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              10

1     expected, to be quite frank with you, because there

2     was a lot of things I was timid on because I didn't,

3     obviously, have resentment from him not being around.

4            But at the same time, he was my father.

5     And so I -- there was a big chunk of me that I didn't

6     really -- I felt like was blank on my dad's side, and

7     so when I finally got to a relationship it fulfilled a

8     lot of holes and blank spots that I had.

9        Q.    When you said -- I think you said

10    something about when you got to the point of having a

11    relationship.  Approximately when did that occur?

12       A.    I was 22 when we finally were able to

13    reconnect.

14       Q.    And what did that -- what did that

15    reconnection look like?

16       A.    It was through me reaching or me being in

17    contact -- well, my uncle, which is Christopher

18    Harmon, my dad's brother, sent me a friend request on

19    Facebook at this time.

20            I think this was around when Facebook

21    really started to blow up with people being able to

22    find lost loved ones and friends.

23            And so then when that happened, I

24    received a friend request and it threw me off because

25    it was the first time I seen another Harmon.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1525  Page 12 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    11

1           And then so I asked my mom if my dad had

2    any siblings named Christopher Harmon, and she said,

3    Yeah, that's your dad's brother.

4           And so then from there I was able to

5    reach out with him and then get his -- my dad's number

6    from my uncle, and then that's when I called him.

7       Q.    What was Mr. Harmon's reaction when you

8    called him?

9       A.    Overjoyed.  A lot of excitement,

10   disbelief.  I mean, he kind of anticipated me calling,

11   but I don't -- I don't think -- you know, you hearing

12   your son's talking to you for the first time after not

13   really seeing him since he was a kid or a baby, like,

14   I could just see the excitement in his voice and the

15   love that he had.  He just couldn't -- couldn't stop

16   telling me how much he loved me.

17      Q.    Do you know where he was living at that

18   time when you first called him?

19      A.    I believe he was somewhere in Utah.  I

20   don't remember the exact city, but I think he was in

21   Utah.

22      Q.    Were you still in Colorado at this time?

23      A.    Yes, I was living in Denver.

24      Q.    After you reconnected with him, how often

25   would you speak with him on the phone?

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1526   Page 13 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    12

 1          A.      We spoke at least once a week.  I mean,

 2     in that first week when we first connected we talked

 3     about four or five times every, like, in a row each

 4     day.

 5                  But then it went to, like, once a week

 6     for a period of time, and then there was a period

 7     where I didn't hear from him.

 8          Q.      After you reconnected with him, did you

 9     ever see him or meet him in person?

10          A.      No.  There was many plans to try and make

11     something like that happen, but I don't -- between my

12     dad's situation, I don't think he was really -- he

13     wasn't in a position to try and travel.

14                  I don't know if that had anything to do

15     with his -- if he was on probation or anything like

16     that, but that's something we didn't -- we never got

17     into.

18          Q.      And I think you mentioned Mr. Harmon did

19     serve time in jail or prison; is that right?

20          A.      Correct.

21          Q.      Do you know if he served in jail or

22     prison on more than one occasion?

23          A.      I don't know exactly, but my guess is

24     yes.

25          Q.      Do you know for how long he served time?

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1527  Page 14 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    13

```
 1        A.     Not the exact amount, no, but it was for
 2   a big chunk of my life.
 3        Q.     Do you know if he spent any time in
 4   prison after you had reconnected?
 5        A.     No, I do not.
 6        Q.     You don't know or he did not?
 7        A.     Oh, I don't know if he did.
 8        Q.     Do you know where Mr. Harmon was in
 9   prison?
10        A.     I mean, when -- right before he got out
11   before we reconnected, when I looked his name up he
12   was in Canyon City, Colorado, which was the first time
13   I heard of that city or knowing there was a prison
14   there, so -- but outside of that moment, I never knew
15   exactly where he was.
16        Q.     Did you ever visit him in prison?
17        A.     No.
18        Q.     And maybe just to clarify for myself, you
19   had never seen Mr. Harmon in person since you were a
20   baby; is that correct?
21        A.     Correct.
22        Q.     Okay.  In the complaint it states
23   "Mr. Harmon did not live a perfect life."
24               What did that mean?
25        A.     The things that I had heard of just the
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1528  Page 15 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    14

1    troubles he grew up with in St. Louis, being a product

2    of his environment.  So a lot of light crime things,

3    doing things pertaining to crime.  I don't exactly

4    know what, but I know there was obviously instances

5    for him to be in and out of prison for the things that

6    he was doing.

7                So, I mean, obviously he wasn't perfect.

8    He wasn't doing obviously the right things, but he was

9    still a loving man from what I know of him and what

10   everybody else spoke of him.

11        Q.    The complaint also states that "Prior to

12   his death he had found renewed spirituality."

13                What does that mean?

14        A.    He was going to church more, from my

15   understanding, being more of a man of God, trying to

16   change his life back from where he had started.

17                And that was also some of the things that

18   he had spoken with me about with just how he didn't

19   make the right decisions in life and he didn't have

20   the best upbringing, but that he was also happy that I

21   turned out to be nothing like him.

22        Q.    Do you know at what point he had found or

23   was focusing on spirituality?

24        A.    He was speaking about it when I had

25   spoken with him for the first time.  Within that week

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1529  Page 16 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    15

1    of just him trying to find God, be a better man.

2          Q.     Do you know if he also reconnected with

3    Ms. Smith?

4          A.     Yes.  He is the reason that me and

5    Ms. Smith were actually able to connect and find each

6    other, because we knew about each other growing up,

7    but we never had actually spoken and talked until I

8    was 22 and we met up.

9          Q.     Did you say that you met up with

10   Ms. Smith?

11         A.     Yes.

12         Q.     Did Mr. Harmon put the two of you in

13   contact with each other?

14         A.     Yes.

15         Q.     Do you know where she was living at the

16   time?

17         A.     Yeah, she's in St. Louis, and still is

18   currently.

19         Q.     Did you meet up together in Denver or in

20   St. Louis or somewhere else?

21         A.     We've actually met up in -- we met up

22   briefly in Denver.  We mostly met up in St. Louis when

23   I flew out there to meet my dad's side of the family.

24   And then after that then there was a period where we

25   also met again when we were in Salt Lake.

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1530   Page 17 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                             16

1    Q.    When you flew out to meet your dad's side

2    of the family in St. Louis, was that when you were

3    around 22?

4    A.    This was actually more of a -- I was more

5    28 -- 28 when that happened.

6    Q.    How many times have you been back to

7    St. Louis?

8    A.    I've only been there twice.

9    Q.    And both times did you see your dad's

10   family?

11   A.    One time I did.  The other time was just

12   for a basketball, sporting, but I didn't have time to

13   meet up with them because I was coaching basketball at

14   the time.

15   Q.    Prior to reconnecting with him at age 22,

16   did you have any communication with Mr. Harmon?

17   A.    No.  But -- excuse me -- prior to that

18   there was periods like I had mentioned earlier when I

19   was, like, five as a kid making phone calls with him

20   and talking with him on the phone.  We would -- I know

21   he was in St. Louis, but that ended around beginning

22   parts of elementary I didn't hear from him.

23   Q.    Aside from talking on the phone, how

24   would you communicate with him?  Did the two of you

25   text?  Did you write letters?

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1531   Page 18 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                          17

1       A.      It was mostly through phone calls.  We

2    would call to hear each other's voices and just to

3    talk.  But we didn't -- I'm not much of a texter, so

4    it was good to just, you know, hear his voice.

5       Q.      What was his address at the time of his

6    death?

7       A.      That, I do not know.

8       Q.      Do you know what his phone number was?

9       A.      That, I do not know because there was a

10   period where we couldn't get ahold of him.  And he was

11   deleting Facebook pages and making new ones.  So I was

12   trying to track him down more so, but I -- I didn't

13   hear from him just because I didn't have his number.

14   But I was sending messages through Facebook.

15      Q.      So he had a Facebook page; is that right?

16      A.      I believe so, yes, he did.

17      Q.      And you communicated with each other

18   through Facebook?

19      A.      No.  I tried to reach out to get ahold of

20   him through Facebook.  Only times we really actually

21   had a communication was when I did have his cell phone

22   number.

23      Q.      Do you know if Mr. Harmon experienced

24   periods of homelessness?

25      A.      No.

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1532   Page 19 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                                18

1        Q.      And just to clarify, that wasn't a great

2   question.  Is that no you don't know, or no --

3        A.      No, I don't know.  I do not know.  My

4   apologies.

5        Q.      No, that was my poor question.

6                So defendants served some discovery

7   requests on your counsel several weeks ago, which your

8   counsel might have sent on to you, and your responses

9   aren't due yet.

10               But one of the requests asks you for

11  photos of Mr. Harmon that were in your possession at

12  the time of his death that were taken in the prior

13  five years.  Is there any reason why you'll be unable

14  to access or provide those?

15       A.      Can you re-explain, like, the meaning of

16  the photos, like...

17       Q.      Sure.  Sorry, that was a long and

18  confusing question.

19       A.      Yeah, thank you.

20       Q.      So one of the things we've asked you and

21  Ms. Smith for as part of this litigation is to provide

22  photos that you had of Mr. Harmon at the time of his

23  death.

24               Is there any reason why you won't be able

25  to provide those or don't have those anymore?

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1533  Page 20 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    19

```
 1            MR. LUTZ:  Katie, I'm going to object on
 2   the -- to the extent that this calls for --
 3   unnecessarily encroaches on the work product privilege
 4   and you'll have the answers which explain those
 5   objections more fully.
 6            Patrick, you can go ahead and answer.
 7            THE WITNESS:  No, I do not know.
 8       Q.   BY MS. NICHOLS:  And the same question,
 9   we asked for any correspondence you had with your
10   father in the five years prior to his death.  That
11   includes letters, postcards, text messages, emails.
12            Is there any reason that you won't be
13   able to provide those materials?  And I'm asking sort
14   of were they destroyed?  Did you not keep those kind
15   of things?
16       A.   Like I said, most of the communication
17   that we had was through verbal phone call.  So unless
18   you were recording phone calls, I don't think there
19   would be a way to provide those type of information.
20       Q.   Fair enough.  Thanks.
21            How would you -- if you know, how would
22   you describe Mr. Harmon's physical health at the time
23   of his death?
24            MR. LUTZ:  Lacks foundation.
25            THE WITNESS:  That, I do not know.
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1534  Page 21 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    20

 1        Q.    BY MS. NICHOLS:  Do you know if he saw a

 2   doctor regularly?

 3        A.    That, I do not know.

 4        Q.    Do you know if he'd ever been diagnosed

 5   with any diseases, chronic illnesses, or conditions?

 6        A.    Only from what the family told me on his

 7   side about him having mental health illness.

 8        Q.    Do you know what kind of mental health

 9   illness?

10        A.    I believe --

11              MR. LUTZ:  Hold on.  Object -- object to

12   foundation.  Calls for expert testimony.

13              Go ahead.

14              THE WITNESS:  I was going to say, that I

15   don't know exactly, so I couldn't give you direct.

16        Q.    BY MS. NICHOLS:  What did family tell you

17   or suggest to you that they believed his mental health

18   concerns to be?

19              MR. LUTZ:  Object to form.  Vague.

20              MS. NICHOLS:  You can still answer.

21              THE WITNESS:  That, I -- I don't know or

22   I can't tell.

23        Q.    BY MS. NICHOLS:  So all you heard from

24   family was that he had potential mental health --

25        A.    Just obviously the things that played

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1535  Page 22 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                        21

 1   into the role of him having a criminal background.

 2        Q.     Do you know if Mr. Harmon smoked tobacco?

 3        A.     I do not know.

 4        Q.     Do you know if he drank alcohol?

 5        A.     I do not know.

 6        Q.     Do you know if he used any prescription

 7   drugs?

 8        A.     That, I do not know.

 9        Q.     Do you know if he used any illegal drugs?

10        A.     That, I do not know.

11        Q.     Do you know if he was ever treated for a

12   substance abuse or use disorder?

13        A.     That, I don't know.

14        Q.     How old was your father when he died?

15        A.     I believe he was 50, just about to be 51.

16        Q.     When was his birthday?

17        A.     October 15th, I believe.

18        Q.     And you mentioned yourself and Ms. Smith.

19   Did Mr. Harmon have any other biological children?

20        A.     No.

21        Q.     Do you know if he had any adopted

22   children?

23        A.     No.

24        Q.     Did Mr. Harmon have any dependents at the

25   time of his death?

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1536  Page 23 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                          22

 1       A.      I don't know.

 2               MR. LUTZ:  Foundation.

 3       Q.      BY MS. NICHOLS:  Sorry, Mr. Harmon, what

 4   was your answer?

 5       A.      That, I don't know.

 6       Q.      Do you know if he was supporting anyone

 7   financially at the time of his death?

 8       A.      Besides moments of my sister saying he

 9   helped her out with bills or sent her money to pay

10   bills, no, I do not.

11       Q.      Did he ever help you out with bills or

12   provide financial support?

13       A.      No, I didn't need it at the time.

14       Q.      Do you know, did Mr. Harmon have a trust

15   or will or any similar legal instrument at the time of

16   his death?

17       A.      That, I don't know.

18       Q.      You're the representative of his estate;

19   is that correct?

20       A.      Correct.

21       Q.      Were you appointed to be representative?

22       A.      It was going to be joint.  My sister felt

23   confident with me taking the lead.

24       Q.      Were you appointed by a court?

25       A.      No.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1537  Page 24 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    23

 1      Q.    Did anyone else seek to be representative

 2   of the estate?

 3            MR. LUTZ:  Objection.  Foundation and

 4   calls for a legal conclusion.

 5            THE WITNESS:  No.

 6      Q.    BY MS. NICHOLS:  Who are the

 7   beneficiaries of the estate?

 8      A.    Myself --

 9            MR. LUTZ:  Objection.  Calls for a legal

10   conclusion.

11            MS. NICHOLS:  Sorry, you can go ahead.

12            THE WITNESS:  Okay.  Just my sister I

13   know.

14      Q.    BY MS. NICHOLS:  Sorry, did you say your

15   sister and yourself?

16      A.    Beneficiaries of my father?

17      Q.    Of your father's estate.

18      A.    Correct, yes.

19      Q.    What assets did Mr. Harmon have at the

20   time of his death?

21      A.    That, I don't know.

22            MR. LUTZ:  Objection.

23      Q.    BY MS. NICHOLS:  In the years prior to

24   his death, how much income did Mr. Harmon earn?

25            MR. LUTZ:  Objection.  Foundation.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1538  Page 25 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    24

```
 1                  THE WITNESS:  That, I don't know.
 2        Q.     BY MS. NICHOLS:  Did he file tax returns?
 3                  MR. LUTZ:  Objection.  Foundation.
 4                  THE WITNESS:  That, I don't know.
 5        Q.     BY MS. NICHOLS:  How much of his income
 6   did Mr. Harmon spend on himself at the time of his
 7   death?
 8                  MR. LUTZ:  Objection.  Foundation.
 9                  THE WITNESS:  That, I don't know.
10        Q.     BY MS. NICHOLS:  Is it a -- so there --
11   let me start that again.
12                  No assets from the estate have been
13   distributed to anyone; is that right?
14        A.     No.
15        Q.     Okay.  What types of damages are you
16   seeking in this litigation?
17                  MR. LUTZ:  Objection.  Calls for a legal
18   conclusion and analysis.
19                  THE WITNESS:  Nick, how do I answer that?
20                  MR. LUTZ:  I can't tell you, but you can
21   go ahead and answer.
22        Q.     BY MS. NICHOLS:  I guess you're seeking
23   money from defendants; is that correct?
24        A.     Correct, from my understanding that --
25   correct.
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1539  Page 26 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                          25

1          Q.      And are you seeking damages for loss of

2    companionship, loss of consortium, similar damages to

3    those?

4          A.      There's a lot of loss, obviously, for

5    life.  But then there's also the emotional wear, the

6    emotional strain.  The physical toll that it's taken.

7    Mentally, financially in this process.  So, yeah,

8    there's a lot of damages that's been -- there's -- I

9    don't know how to explain this, but, yeah, there's a

10   lot of damages.

11         Q.      Are you seeking a specific dollar amount

12   for those damages you just described?

13         A.      I don't know how you put the value of my

14   father's life in a dollar amount, so I can't give you

15   that answer.

16         Q.      Are you intending to ask the jury for a

17   specific dollar amount for those damages you just

18   described?

19              MR. LUTZ:  Objection.  This encroaches on

20   the work product privilege and attorney-client

21   privilege.

22              THE WITNESS:  Again, I can't put a value

23   on my father's life.  Can't put a dollar sign on that.

24         Q.      BY MS. NICHOLS:  Are you seeking money

25   damages for a loss of financial support from

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1540  Page 27 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                      26

1    Mr. Harmon?

2         A.    For a loss of financial support?

3         Q.    Yeah.

4         A.    No.

5         Q.    What about money damages for a loss or

6    reduction of inheritance?

7              MR. LUTZ:  Objection.  Calls for a legal

8    conclusion.  There's a foundation problem.

9              THE WITNESS:  Yeah, there's no way to

10   tell that.  There's no way to tell what could have

11   happened in the future had he still been here.  So I

12   can't give you a direct answer of that.

13        Q.    BY MS. NICHOLS:  I -- I understand and I

14   know these are kind of the kinds of questions that,

15   you know, lawyers will -- will fight about.  But, you

16   know, they're also -- I'm trying to understand what --

17   what it is that you're seeking from defendants at this

18   point.  And so the -- you know, the best answers that

19   you have are helpful and important for us.

20        A.    I'm -- so then, I mean, permission to

21   speak in this moment.

22              There -- there's a lot that's happened

23   from that loss of my father and the things that we'll

24   no longer have, whether it's him missing birthdays of

25   his granddaughters, because he has multiple

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1541  Page 28 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    27

 1   granddaughters.  He's going to miss graduations.  He's

 2   going to miss weddings.  He's going to miss

 3   celebrations of life no matter -- no matter what it

 4   is, those are things he's going to miss as well as the

 5   knowledge he gave me, the things that he helped me

 6   direct to not do, learned from his mistakes instead of

 7   making my own.

 8            The foundation of having a hole, those

 9   things are gone.  So, yeah, there's a lot of emotional

10   damage.  And then there's also the wear on me that's

11   also made me shut down where I've had to go to

12   therapy, where I've had to seek counseling, had to go

13   see a psychiatrist for me to understand because of me

14   shouldering so much of this responsibility for my

15   father's estate.

16            At the same time, being a father my own

17   because that simultaneously happened when my father

18   was killed.  Because two weeks after -- two, three

19   weeks after my father was killed, I got an ultrasound

20   and found out I was going to be a father.

21            So that simultaneous -- that is the

22   reason why I'm in Virginia in the first place where

23   I've had to pretty much uproot my life from being in

24   Denver, because I wanted to make sure that my

25   daughter's life -- her mother's from here -- even

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1542  Page 29 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    28

 1   though we met in Denver.

 2              And this all happened simultaneously.  It

 3   was the best thing for her to be back with her family

 4   while I took on these new lawyers, lawyers, flying out

 5   and back and forth meeting.

 6              So she moved back home.  I then, for two

 7   years, in the middle of this process flew back and

 8   forth, looked at my savings, my -- what I had, said

 9   for -- for me to try and do something with my life to

10   helping deal with the court case as well as flying

11   back and forth between Denver and DC.

12              Then finally after two years I was able

13   to move out to be in Virginia to be with my daughter.

14   And then obviously the emotional wear and tear of me

15   dealing with everything, I shut down, which then

16   caused me to not be an effective partner, which then

17   caused things to really blow up.  And then COVID

18   happened.

19              So there's a lot of domino effects.  And

20   that's just for me.  I can't even speak for my sister.

21   But those are a lot of domino effects as taking a toll

22   on me, and that's changed my whole life to where,

23   like, I'm -- I'm now dealing with this and it's going

24   on year -- over year five.

25        Q.    That's helpful.  Thank you very much.

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID 1543   Page 30 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    29

```
 1          A.      Yes.

 2          Q.      Are you seeking punitive damages in this

 3    case?

 4                  MR. LUTZ:  Objection.  Calls for a legal

 5    conclusion.

 6                  THE WITNESS:  That, I can't answer.

 7          Q.      BY MS. NICHOLS:  Mr. Harmon, have you

 8    watched any of the body cam videos from the officers

 9    of this incident?

10          A.      Yes.

11          Q.      Do you know which videos you watched?

12          A.      I've seen all three.

13          Q.      When did you first watch them?

14          A.      This was all around the same time I was

15    dealing with my lawyers and counsel and got to see all

16    of the body cam footage.  So this was still all around

17    the first couple months of after it happened.  But I

18    haven't wanted to or needed to go back and re-watch.

19          Q.      How many times would you say you've

20    watched the videos?

21          A.      In the first couple months I've watched

22    them -- I can't give you a number, but it was a good

23    amount of times.  Or I had -- because there was the

24    anger aspect, the hurt, and then there's the logical

25    from me to try and see what I can make sense of it
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1544  Page 31 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              30

```
 1   myself.  So, yeah, there's a few times I've watched
 2   it.
 3          Q.     You're aware that Officer Fox says he saw
 4   a knife in Mr. Harmon's hand, right?
 5          A.     Correct.
 6          Q.     And you're aware that a knife can be seen
 7   next to Mr. Harmon's hand after he falls to the
 8   ground, correct?
 9          A.     That, I can't be conclusive on.
10          Q.     Are you aware that investigators
11   recovered a knife from that location after Mr. Harmon
12   was taken to the hospital?
13          A.     From what I --
14                 MR. LUTZ:  Objection.  Foundation.
15          Q.     BY MS. NICHOLS:  I'm sorry, what was
16   that?
17          A.     I said just from what I was told.
18          Q.     Is it your position that Mr. Harmon did
19   not have a knife in his hand when Mr. -- when Officer
20   Fox fired his weapon?
21          A.     That, I couldn't see or tell you.
22          Q.     All right.  Do you have any position on
23   where the knife came from?
24          A.     That, I --
25                 MR. LUTZ:  Objection.  Speculation.
```

Case 2:19-cv-00553-HCN-CMR Document 91-2 Filed 12/09/22 PageID.1545 Page 32 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                          31

```
1               THE WITNESS:  -- could not tell you.

2               MR. LUTZ:  Calls for speculation.

3          Q.   BY MS. NICHOLS:  Do you believe one of

4    the officers planted the knife on the ground?

5          A.   That, I can't tell you.

6          Q.   Was Mr. Harmon right-handed or

7    left-handed?

8               MR. LUTZ:  Objection.  Foundation.

9               THE WITNESS:  That, I can't be too

10   conclusive on.  I can only go off what I've heard.  I

11   can't be for sure.

12         Q.   BY MS. NICHOLS:  What have you heard?

13         A.   He was left.

14         Q.   Who did you hear that from?

15         A.   Family.

16         Q.   Do you believe that Officer Fox should

17   not have fired his weapon when he did?

18         A.   Yes, I believe he shouldn't have.

19         Q.   Sorry, what was -- what was the last

20   thing you said?

21         A.   Do I believe he should have fired his

22   weapon when he should have, and I said no, I don't

23   believe he should have.

24         Q.   What do you believe he should have done?

25              MR. LUTZ:  Objection.  Calls for a legal
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1546  Page 33 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    32

1    conclusion.  Calls for speculation.

2              THE WITNESS:  Not used deadly force.

3         Q.    BY MS. NICHOLS:  And do you mean he

4    should have used a different type of force?

5              MR. LUTZ:  Objection.  Calls for a legal

6    conclusion.  Calls for speculation.

7              THE WITNESS:  That, I can't be conclusive

8    on.  That, I can't tell you.  I just don't think

9    lethal force.

10        Q.    BY MS. NICHOLS:  Did you give any

11   interviews or statements regarding the incident over

12   Mr. Harmon's death?

13        A.    Can you explain that?  Did I give any

14   statements to?

15        Q.    Sorry, that wasn't a very good question.

16             Were you ever interviewed for a -- in a

17   news article or did you give any sort of interview or

18   public statement about the incident?

19        A.    Me personally, no, nor did my sister.

20        Q.    Did other members of your family?

21        A.    Yes.

22        Q.    I think you mentioned you have a Facebook

23   account; is that correct?

24        A.    Correct.

25        Q.    How long have you had that account?

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1547  Page 34 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    33

```
1        A.     Since high school.  I would say since,
2   like, 20- -- 2006.
3        Q.     Do you have more than one account?
4        A.     No.
5        Q.     Do you have other -- any other social
6   media accounts?
7        A.     Just Instagram, but I don't do much
8   social media.
9        Q.     Do you have a Twitter account?
10       A.     Yes, but I haven't touched it in years.
11       Q.     Do you know what the Twitter handle is?
12       A.     I guess just, like, Startastic or
13  something, but it's nothing bizarre.
14       Q.     Is it Startastic 5?
15       A.     Yes.
16       Q.     Have you ever posted on social media
17  about the incident?
18       A.     Yes.
19       Q.     Do you know -- excuse me -- do you know
20  on which platform you posted about the incident?
21       A.     Mainly on Facebook.  I've posted maybe a
22  picture of memorial to my father from memorials I've
23  seen done of him on just my Instagram, and then a
24  GoFundMe to help through this process, but besides
25  that, no.
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID.1548  Page 35 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    34

 1        Q.    What about your father generally?  Have
 2   you ever posted about your father on any of those
 3   social media platforms, beyond what you just said?
 4        A.    Yes.  My father, yes, Facebook.
 5              MS. NICHOLS:  Okay.  I -- I might be
 6   pretty close to done.  Can we take just a three-minute
 7   break so I can double-check my notes?
 8              MR. LUTZ:  Yeah.  Would it be okay to
 9   take -- we'll just take ten -- ten real quick, just do
10   a coffee break.
11              MS. NICHOLS:  Sure, that's great.
12              MR. LUTZ:  Okay.
13              MS. NICHOLS:  Thank you.
14              (There was a break taken.)
15              MS. NICHOLS:  Let's go back on the
16   record.
17              Mr. Harmon, I don't have any more
18   questions for you on direct.
19              Mr. Lutz, turn it over to you.
20              MR. LUTZ:  I do not have anything
21   additional for my client.
22              MS. NICHOLS:  Great.
23              Mr. Harmon, thank you so much for your
24   time.  I realize this is unpleasant, but I appreciate
25   it.

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1549  Page 36 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    35

1                    THE REPORTER:  Read and sign?

2                    MR. LUTZ:  Yes, please.

3                    THE REPORTER:  And you need a copy of the

4       transcript?

5                    MR. LUTZ:  Electronic only with

6       exhibits -- I guess we're not -- electronic only.

7                    MS. NICHOLS:  Same for defendants, just

8       electronic, please.

9            (The deposition was concluded at 9:52 a.m.)

10                              -oOo-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1550   Page 37 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                    36

```
 1   Case:  Harmon v. Salt Lake City, et al.
     Case No.:  2:19-cv-00553-HCN-CMR
 2   Date:  November 8, 2022
     Reporter:  Vickie Larsen, CSR/RMR
 3
                        WITNESS CERTIFICATE
 4
     State of Utah           )
 5                                  ss.
     County of Salt Lake     )
 6
                        I, PATRICK HARMON, II, HEREBY
 7   DECLARE:  That I am the witness referred to in the
     foregoing testimony; that I have read the transcript
 8   and know the contents thereof; that with these
     corrections I have noted this transcript truly and
 9   accurately reflects my testimony.
     PAGE-LINE            CHANGE/CORRECTION            REASON
10
11   ____ ____   _____   _____

12   ____ ____   _____   _____

13   ____ ____   _____   _____

14   ____ ____   _____   _____

15   ____ ____   _____   _____

16   ____ ____   _____   _____

17   ____ ____   _____   _____

18   ____ ____   _____   _____

19   ____ ____   _____   _____

20              _____       No corrections were made.

21

22   _____
     PATRICK HARMON, II
23
     SUBSCRIBED and SWORN to before me on this _____day of
24   _____, 2022, by PATRICK HARMON, II.

25                        _____
                          Notary Public
```

Case 2:19-cv-00553-HCN-CMR  Document 91-2  Filed 12/09/22  PageID 1551  Page 38 of 43
ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                    37

1                    Reporter's Certificate

2

3    State of Utah        )
     County of Salt Lake )

4

5              I, Vickie Larsen, Certified Court Reporter

6    and Registered Merit Reporter in the State of Utah, do

7    hereby certify:

8              THAT the foregoing proceedings were taken

9    before me at the time and place set forth herein; that

10   the witness was duly sworn to tell the truth, the whole

11   truth, and nothing but the truth; and that the

12   proceedings were taken down by me in shorthand and

13   thereafter transcribed into typewriting under my

14   direction and supervision;

15             THAT the foregoing pages contain a true

16   and correct transcription of my said shorthand notes so

17   taken.

18             IN WITNESS WHEREOF, I have subscribed my

19   name this 14th day of November, 2022.

20

21

22

23
                    Vickie Larsen, CCR/RMR
24                  Utah License No. 109887-7801
                    Nevada License No. 966
25

ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                                          1

**1**

**11-14-88** 5:16
**15th** 21:17
**18** 8:3,6,20
**1989** 8:12

**2**

**20-** 33:2
**2006** 33:2
**2022** 4:1
**22** 10:12 15:8 16:3,15
**28** 16:5
**28th** 9:9

**5**

**5** 33:14
**50** 21:15
**51** 21:15

**8**

**8** 4:1
**87** 6:22,23
**88** 6:22
**89** 6:22,23

**9**

**91** 9:10
**9:00** 4:1
**9:52** 35:9

**A**

**a.m.** 4:1 35:9
**abilities** 7:22
**abuse** 21:12
**access** 18:14
**account** 32:23,25 33:3, 9
**accounts** 33:6
**additional** 34:21
**address** 17:5
**adopted** 21:21
**adult** 9:24
**age** 16:15
**ahead** 19:6 20:13 23:11 24:21

**ahold** 17:10,19
**alcohol** 21:4
**amount** 13:1 25:11,14, 17 29:23
**analysis** 24:18
**anger** 29:24
**answering** 4:23
**answers** 19:4 26:18
**anticipated** 11:10
**anymore** 18:25
**apologies** 18:4
**appointed** 22:21,24
**Approximately** 10:11
**area** 8:16
**article** 32:17
**asks** 18:10
**aspect** 29:24
**assets** 23:19 24:12
**attorney-client** 25:20
**aunt** 8:23
**Aurora** 7:25 8:2
**aware** 30:3,6,10

**B**

**baby** 11:13 13:20
**back** 14:16 16:6 28:3,5, 6,7,11 29:18 34:15
**background** 21:1
**basketball** 16:12,13
**beginning** 16:21
**believed** 20:17
**beneficiaries** 23:7,16
**big** 9:21 10:5 13:2
**bills** 22:9,10,11
**biological** 6:10 21:19
**birth** 5:15
**birthday** 9:9 21:16
**birthdays** 26:24
**bizarre** 33:13
**blank** 10:6,8
**blow** 10:21 28:17
**body** 29:8,16
**born** 7:6,7 8:9,20 9:5
**break** 4:21,24 34:7,10, 14
**briefly** 6:25 15:22
**brother** 10:18 11:3

**C**

**call** 17:2 19:17
**called** 4:5 11:6,8,18
**calling** 11:10
**calls** 8:18 16:19 17:1 19:2,18 20:12 23:4,9 24:17 26:7 29:4 31:2,25 32:1,5,6
**cam** 29:8,16
**Canyon** 13:12
**Carmen** 6:14,16
**case** 4:12,18 6:1 28:10 29:3
**caused** 28:16,17
**celebrations** 27:3
**cell** 17:21
**change** 14:16
**changed** 28:22
**child** 5:14,20,23
**children** 5:21 21:19,22
**Chris** 7:15
**Christopher** 7:15 10:17 11:2
**chronic** 20:5
**chunk** 9:21 10:5 13:2
**church** 14:14
**city** 11:20 13:12,13
**clarify** 13:18 18:1
**client** 34:21
**close** 34:6
**coaching** 16:13
**coffee** 34:10
**Colorado** 7:25 8:1,3 11:22 13:12
**communicate** 16:24
**communicated** 17:17
**communication** 16:16 17:21 19:16
**companionship** 25:2
**complaint** 13:22 14:11
**concerns** 20:18
**concluded** 35:9
**conclusion** 23:4,10 24:18 26:8 29:5 32:1,6
**conclusive** 30:9 31:10 32:7
**conditions** 20:5

**confident** 22:23
**confusing** 18:18
**connect** 15:5
**connected** 12:2
**consortium** 25:2
**contact** 7:3 10:17 15:13
**copy** 35:3
**correct** 8:4,13 9:4 12:20 13:20,21 22:19, 20 23:18 24:23,24,25 30:5,8 32:23,24
**correspondence** 19:9
**counsel** 18:7,8 29:15
**counseling** 27:12
**couple** 29:17,21
**court** 6:1 22:24 28:10
**COVID** 28:17
**crime** 14:2,3
**criminal** 21:1

**D**

**dad** 11:1
**dad's** 10:6,18 11:3,5 12:12 15:23 16:1,9
**damage** 27:10
**damages** 24:15 25:1,2, 8,10,12,17,25 26:5 29:2
**date** 5:15
**daughter** 28:13
**daughter's** 27:25
**day** 12:4
**DC** 28:11
**deadly** 32:2
**deal** 28:10
**dealing** 28:15,23 29:15
**death** 7:4 14:12 17:6 18:12,23 19:10,23 21:25 22:7,16 23:20,24 24:7 32:12
**decisions** 14:19
**defendants** 4:12 18:6 24:23 26:17 35:7
**deleting** 17:11
**Denver** 8:1,2,16 11:23 15:19,22 27:24 28:1,11
**dependents** 21:24
**deposed** 6:3

ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              2

deposition 35:9
describe 9:13,23 19:22
destroyed 19:14
diagnosed 20:4
died 21:14
direct 20:15 26:12 27:6
  34:18
disbelief 11:10
discovery 18:6
diseases 20:5
disorder 21:12
distress 4:20
distributed 24:13
doctor 20:2
dollar 25:11,14,17,23
domino 28:19,21
double-check 34:7
drank 21:4
drugs 21:7,9
due 9:20 18:9
duly 4:5

**E**

earlier 16:18
earn 23:24
effective 28:16
effects 28:19,21
electronic 35:5,6,8
elementary 16:22
emails 19:11
emotional 25:5,6 27:9
  28:14
encroaches 19:3 25:19
ended 16:21
entire 8:3
environment 14:2
estate 22:18 23:2,7,17
  24:12 27:15
Evans 6:14,16,17
exact 7:12 11:20 13:1
EXAMINATION 4:8
examined 4:6
excitement 11:9,14
excuse 16:17 33:19
exhibits 35:6
expected 10:1
experienced 17:23

expert 20:12
explain 19:4 25:9 32:13
extent 19:2

**F**

Facebook 10:19,20
  17:11,14,15,18,20
  32:22 33:21 34:4
Fair 19:20
Fairfax 5:3
falls 30:7
family 15:23 16:2,10
  20:6,16,24 28:3 31:15
  32:20
father 6:11,18 8:25
  9:14 10:4 19:10 21:14
  23:16 26:23 27:16,17,
  19,20 33:22 34:1,2,4
father's 23:17 25:14,23
  27:15
feel 6:8
felt 10:6 22:22
fight 26:15
file 24:2
finally 10:7,12 28:12
financial 22:12 25:25
  26:2
financially 22:7 25:7
find 10:22 15:1,5
fine 6:9
finish 4:22
fired 30:20 31:17,21
flew 15:23 16:1 28:7
flying 28:4,10
focusing 14:23
footage 29:16
force 32:2,4,9
form 20:19
found 14:12,22 27:20
foundation 19:24
  20:12 22:2 23:3,25
  24:3,8 26:8 27:8 30:14
  31:8
Fox 30:3,20 31:16
frank 10:1
free 6:8
friend 10:18,24
friends 10:22

fulfilled 10:7
full 4:13
fully 19:5
future 26:11

**G**

gave 27:5
generally 34:1
give 20:15 25:14 26:12
  29:22 32:10,13,17
God 14:15 15:1
Gofundme 33:24
good 17:4 29:22 32:15
graduations 27:1
granddaughters 26:25
  27:1
great 18:1 34:11,22
greater 8:16
grew 7:25 14:1
ground 30:8 31:4
grow 7:24
growing 7:9 9:14 15:6
guess 12:23 24:22
  33:12 35:6

**H**

half 5:9
hand 30:4,7,19
handle 33:11
happen 12:11
happened 10:23 16:5
  26:11,22 27:17 28:2,18
  29:17
happy 14:20
Harmon 4:4,10,14 6:6,
  10 7:4,6,15,16 8:7
  10:18,25 11:2 12:18
  13:8,19,23 15:12 16:16
  17:23 18:11,22 21:2,19,
  24 22:3,14 23:19,24
  24:6 26:1 29:7 30:11,18
  31:6 34:17,23
Harmon's 11:7 19:22
  30:4,7 32:12
health 19:22 20:7,8,17,
  24
hear 9:18 12:7 16:22
  17:2,4,13 31:14

heard 13:13,25 20:23
  31:10,12
hearing 11:11
Hellen 7:15,16
helped 22:9 27:5
helpful 26:19 28:25
helping 28:10
high 33:1
Hold 20:11
hole 27:8
holes 10:8
home 28:6
homelessness 17:24
hospital 30:12
house 5:6 8:6
hurt 29:24

**I**

II 4:4
illegal 21:9
illness 20:7,9
illnesses 20:5
important 26:19
incident 29:9 32:11,18
  33:17,20
includes 19:11
income 23:24 24:5
information 6:7 19:19
inheritance 26:6
Instagram 33:7,23
instances 14:4
instrument 22:15
intending 25:16
intention 4:19
interview 32:17
interviewed 32:16
interviews 32:11
investigators 30:10
involved 5:25
issue 7:22

**J**

jail 12:19,21
January 9:9
joint 22:22
jury 25:16

ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              3

**K**

Katie  4:11 19:1
kid  11:13 16:19
killed  27:18,19
kind  11:10 19:14 20:8
  26:14
kinds  26:14
knew  13:14 15:6
knife  30:4,6,11,19,23
  31:4
knowing  13:13
knowledge  27:5

**L**

Lacks  19:24
Lake  15:25
lawsuit  5:25
lawyers  26:15 28:4
  29:15
lead  22:23
learned  27:6
left  31:13
left-handed  31:7
legal  22:15 23:4,9
  24:17 26:7 29:4 31:25
  32:5
lethal  32:9
letters  16:25 19:11
life  9:22 13:2,23 14:16,
  19 25:5,14,23 27:3,23,
  25 28:9,22
light  14:2
limited  7:23 9:15
litigation  18:21 24:16
live  5:2,4,5,10 7:9 8:6,
  12,21 9:11 13:23
lived  5:7,12 6:24 8:2,
  10,15,23
living  7:1,20 11:17,23
  15:15
location  5:11 30:11
logical  29:24
long  5:7 12:25 18:17
  32:25
longer  26:24
looked  13:11 28:8
loss  25:1,2,4,25 26:2,5,
  23

**M**

lost  10:22
lot  10:2,8 11:9 14:2
  25:4,8,10 26:22 27:9
  28:19,21
Louis  7:7,10 8:19 14:1
  15:17,20,22 16:2,7,21
love  11:15
loved  10:22 11:16
loving  14:9
Lutz  19:1,24 20:11,19
  22:2 23:3,9,22,25 24:3,
  8,17,20 25:19 26:7 29:4
  30:14,25 31:2,8,25 32:5
  34:8,12,19,20 35:2,5

**M**

made  27:11
major  7:22
make  4:25 12:10 14:19
  27:24 29:25
making  8:18 16:19
  17:11 27:7
man  14:9,15 15:1
married  6:18
materials  19:13
matter  27:3
meaning  18:15
media  33:6,8,16 34:3
medical  7:22
meet  12:9 15:19,23
  16:1,13
meeting  28:5
members  32:20
memorial  33:22
memorials  33:22
mental  20:7,8,17,24
Mentally  25:7
mentioned  5:20 12:18
  16:18 21:18 32:22
messages  17:14 19:11
met  15:8,9,21,22,25
  28:1
middle  4:15 28:7
missing  26:24
Missouri  7:8,10
mistakes  27:6
mom  11:1
mom's  8:23

**N**

moment  13:14 26:21
moments  22:8
money  22:9 24:23
  25:24 26:5
months  29:17,21
mother  6:13,18 7:1
  8:22
mother's  27:25
mothers  9:3
move  28:13
moved  28:6
multiple  26:25

**N**

named  11:2
names  7:14
needed  29:18
neighborhood  5:6
news  32:17
nice  5:6
Nichols  4:9,11 9:23
  19:8 20:1,16,20,23 22:3
  23:6,11,14,23 24:2,5,
  10,22 25:24 26:13 29:7
  30:15 31:3,12 32:3,10
  34:5,11,13,15,22 35:7
Nick  24:19
notes  34:7
November  4:1
number  4:17 6:5 7:12
  11:5 17:8,13,22 29:22

**O**

object  19:1 20:11,19
Objection  23:3,9,22,25
  24:3,8,17 25:19 26:7
  29:4 30:14,25 31:8,25
  32:5
objections  19:5
occasion  12:22
occur  10:11
October  21:17
Officer  30:3,19 31:16
officers  29:8 31:4
other's  17:2
Overjoyed  11:9

**P**

pages  17:11
painful  4:19
part  9:19,21 18:21
partially  9:17
partner  5:13,18 28:16
parts  16:22
passed  7:17,20,21
Patrick  4:4,14 6:6,10
  19:6
pay  22:9
pending  4:23
people  10:21
perfect  13:23 14:7
perfectly  6:9
period  8:5,10 12:6
  15:24 17:10
periods  9:16 16:18
  17:24
permission  26:20
person  12:9 13:19
personally  32:19
pertaining  14:3
phone  8:18 9:17 11:25
  16:19,20,23 17:1,8,21
  19:17,18
photos  18:11,16,22
physical  19:22 25:6
physically  9:16
picture  33:22
place  27:22
plans  12:10
planted  31:4
platform  33:20
platforms  34:3
played  20:25
point  4:21 10:10 14:22
  26:18
poor  18:5
position  12:13 30:18,
  22
possession  18:11
postcards  19:11
posted  33:16,20,21
  34:2
potential  20:24
prescription  21:6

Case 2:19-cv-00553-HCN-CMR   Document 91-2   Filed 12/09/22   PageID.1555   Page 42 of 43

ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              4

**pretty** 8:1 27:23 34:6
**prior** 5:10 7:4 14:11
  16:15,17 18:12 19:10
  23:23
**prison** 9:21 12:19,22
  13:4,9,13,16 14:5
**privilege** 19:3 25:20,21
**probation** 12:15
**problem** 26:8
**process** 25:7 28:7
  33:24
**product** 14:1 19:3
  25:20
**provide** 18:14,21,25
  19:13,19 22:12
**psychiatrist** 27:13
**public** 32:18
**punitive** 29:2
**put** 15:12 25:13,22,23

— Q —

**question** 4:23 7:19
  18:2,5,18 19:8 32:15
**questions** 4:17 6:5
  26:14 34:18
**quick** 34:9

— R —

**re-explain** 18:15
**re-watch** 29:18
**reach** 11:5 17:19
**reaching** 10:16
**reaction** 11:7
**Read** 35:1
**real** 34:9
**realize** 34:24
**reason** 15:4 18:13,24
  19:12 27:22
**received** 10:24
**recognize** 4:18
**reconnect** 10:13
**reconnected** 11:24
  12:8 13:4,11 15:2
**reconnecting** 16:15
**reconnection** 10:15
**record** 34:16
**recording** 19:18
**recovered** 30:11

**reduction** 26:6
**regularly** 20:2
**related** 4:18
**relationship** 6:21 9:13,
  24 10:7,11
**remember** 7:12,16,18
  8:10,17 11:20
**renewed** 14:12
**REPORTER** 9:18 35:1,
  3
**represent** 4:12
**representative** 22:18,
  21 23:1
**request** 10:18,24
**requests** 18:7,10
**resentment** 10:3
**responses** 18:8
**responsibility** 27:14
**returns** 24:2
**right-handed** 31:6
**role** 21:1
**roommates** 5:5
**row** 12:3
**Roy** 7:16

— S —

**Salt** 15:25
**savings** 28:8
**school** 33:1
**seek** 23:1 27:12
**seeking** 24:16,22 25:1,
  11,24 26:17 29:2
**sending** 17:14
**Senior** 6:6,10
**sense** 4:25 29:25
**serve** 12:19
**served** 12:21,25 18:6
**shouldering** 27:14
**shut** 27:11 28:15
**siblings** 7:11 11:2
**side** 10:6 15:23 16:1
  20:7
**sign** 25:23 35:1
**similar** 22:15 25:2
**simultaneous** 27:21
**simultaneously** 27:17
  28:2
**sister** 8:23,24 22:8,22
  23:12,15 28:20 32:19

**situation** 12:12
**Smith** 9:1,11 15:3,5,10
  18:21 21:18
**smoked** 21:2
**social** 33:5,8,16 34:3
**son's** 11:12
**sort** 19:13 32:17
**speak** 11:25 26:21
  28:20
**speaking** 14:24
**specific** 25:11,17
**speculation** 30:25 31:2
  32:1,6
**spend** 24:6
**spent** 13:3
**spirituality** 14:12,23
**spoke** 12:1 14:10
**spoken** 14:18,25 15:7
**sporting** 16:12
**spots** 10:8
**spouse** 5:17
**Springfield** 5:12
**St** 7:7,10 8:19 14:1
  15:17,20,22 16:2,7,21
**start** 24:11
**Startastic** 33:12,14
**started** 10:21 14:16
**statement** 32:18
**statements** 32:11,14
**states** 13:22 14:11
**stay** 8:16
**stop** 11:15
**strain** 25:6
**street** 5:12
**substance** 21:12
**suggest** 20:17
**support** 22:12 25:25
  26:2
**supporting** 22:6
**sworn** 4:5

— T —

**taking** 22:23 28:21
**talk** 17:3
**talked** 9:16 12:2 15:7
**talking** 11:12 16:20,23
**Tasha** 9:1,5

**tax** 24:2
**tear** 28:14
**telling** 11:16
**ten** 34:9
**testified** 4:6
**testimony** 20:12
**text** 16:25 19:11
**texter** 17:3
**therapy** 27:12
**thing** 28:3 31:20
**things** 10:2 13:25 14:2,
  3,5,8,17 18:20 19:15
  20:25 26:23 27:4,5,9
  28:17
**three-minute** 34:6
**threw** 10:24
**time** 5:13 8:3,5,9,20
  10:4,19,25 11:12,18,22
  12:6,19,25 13:3,12
  14:25 15:16 16:11,12,
  14 17:5 18:12,22 19:22
  21:25 22:7,13,15 23:20
  24:6 27:16 29:14 34:24
**times** 12:3 16:6,9 17:20
  29:19,23 30:1
**timid** 10:2
**tobacco** 21:2
**today** 4:11
**told** 20:6 30:17
**toll** 25:6 28:21
**topics** 4:19
**touched** 33:10
**track** 17:12
**transcript** 35:4
**travel** 12:13
**treated** 21:11
**troubles** 14:1
**trust** 22:14
**turn** 34:19
**turned** 8:3,6 14:21
**Twitter** 33:9,11
**type** 19:19 32:4
**types** 24:15

— U —

**ultrasound** 27:19
**unable** 18:13
**uncle** 10:17 11:6

ESTATE OF PATRICK HARMON, SR., et al. vs SALT LAKE CITY CORPORATION, et al.
PATRICK HARMON II - 11/08/2022                                              5

**understand** 26:13,16
 27:13
**understanding** 14:15
 24:24
**unnecessarily** 19:3
**unpleasant** 34:24
**upbringing** 14:20
**uproot** 27:23
**Utah** 11:19,21

**V**

**Vague** 20:19
**verbal** 19:17
**videos** 29:8,11,20
**Virginia** 5:3,13 27:22
 28:13
**visit** 13:16
**voice** 11:14 17:4
**voices** 17:2

**W**

**wanted** 27:24 29:18
**watch** 29:13
**watched** 29:8,11,20,21
 30:1
**weapon** 30:20 31:17,22
**wear** 25:5 27:10 28:14
**weddings** 27:2
**week** 12:1,2,5 14:25
**weeks** 18:7 27:18,19
**work** 19:3 25:20
**write** 16:25

**Y**

**year** 5:8 8:22 28:24
**years** 6:20 7:4 9:8
 18:13 19:10 23:23 28:7,
 12 33:10
**younger** 9:9