Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone:  (801) 535-7788
Facsimile:  (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

# IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SHORT-FORM DISCOVERY MOTION**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1 and 37-1, Defendants, through counsel, submit this *Unopposed Motion for Extension of Time to File Short-Form Discovery Motion* and request that the Court grant Defendants a 30-day extension to file a motion regarding an outstanding discovery dispute.

On December 20, 2022, Defendants identified several deficiencies in Plaintiffs' responses to written discovery. Pursuant to Local Rule DUCivR 37-1(b)(2)(C), Defendants must file a

short-form discovery motion on the deficiencies by February 3, 2023. Defendants request a 30-day extension to file such motion, to and including **March 6, 2023**.

There is good cause for this extension. Since Defendants' initial correspondence, the Parties have been engaged in the meet and confer process regarding these disputes. That process has been delayed in part due to holidays, vacation, and other obligations of counsel. It is anticipated that some of the issues will be fully resolved within the coming weeks. It therefore serves the interests of economy for the Court and the Parties to extend the time to file a motion so that the Parties may continue their efforts to resolve or at least narrow the disputed issues.

Plaintiffs do not oppose this request. A proposed order is submitted herewith.

DATED: February 2, 2023.

SALT LAKE CITY CORPORATION

/s/ Katherine R. Nichols
Katherine R. Nichols

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlaywers.com

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Heidi Medrano*