## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **ORDER GRANTING [ECF 96] UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SHORT-FORM DISCOVERY MOTION** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Having considered Defendants' Unopposed Motion for Extension of Time to File Short-Form Discovery Motion (Motion) (ECF 96), and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that Defendants' deadline to file a short-form discovery motion is extended to and including March 6, 2023.

DATED this ___ February 2023.


_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah