# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **ORDER GRANTING [ECF 96] UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SHORT-FORM DISCOVERY MOTION**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendants' Unopposed Motion for Extension of Time to File Short-Form Discovery Motion (Motion) (ECF 96), and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that Defendants' deadline to file a short-form discovery motion is extended to and including March 6, 2023.

DATED this 3 February 2023.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah