# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon Sr.,<br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PARTIES TO EXCHANGE EXPERT DISCLOSURES**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Time for Parties to Exchange Expert Disclosures (Motion) (ECF 98), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the expert disclosure deadlines are extended by a period of fourteen (14) days as follows:

**Disclosures:**

| | |
|---|---|
| Counter disclosures: | April 3, 2023 |

**Reports:**

| | |
|---|---|
| Part(ies) bearing burden of proof: | February 20, 2023 |
| Counter reports: | April 17, 2023 |
| Last day of expert discovery: | May 8, 2023 |

All other deadlines in the Second Amended Scheduling Order (ECF 71) shall remain unchanged.

DATED this 7 February 2023.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah