Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

**IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br> Defendants. | **STIPULATED MOTION TO STAY EXPERT DISCOVERY PENDING RESOLUTION OF SUMMARY JUDGMENT MOTION** <br><br> Case No. 2:19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Defendants and Plaintiffs, through respective counsel, hereby move the Court for an order staying expert discovery pending the resolution of Defendants' Motion for Summary Judgment ("**Motion**," ECF 66).

## RELEVANT BACKGROUND

1. On August 26, 2022, Defendants filed the Motion seeking dismissal of all Plaintiffs' causes of action. (ECF 66.)

2. By December 9, 2022, the Parties fully briefed the Motion (ECF 79, 90.)

3. On February 15, 2023, the Court heard oral argument on the Motion, and took the matter under advisement. (ECF 100.)

## BASIS FOR RELIEF

A decision is pending on Defendants' Motion for Summary Judgment. The Parties are currently engaged in expert discovery. It is in the interests of the Court and the Parties to stay expert discovery until the Court issues a decision on the Motion. The Motion may resolve some or all of the claims in the case or clarify the remaining issues. As a result, staying expert discovery will avoid the expenditure of significant resources by the Parties and potential disputes before the Court that may be mooted by a decision on the Motion.

For these reasons, the Parties respectfully request the Court stay expert discovery pending a ruling on Defendants' Motion and order the Parties—if the Motion is denied in whole or in part—to submit a proposed scheduling order within thirty-five (35) days of the Court's decision.

DATED: February 21, 2023.

| SALT LAKE CITY CORPORATION | RATHOD | MOHAMEDBHAI LLC |
|---|---|

  /s/ Katherine R. Nichols           
Katherine R. Nichols

*Attorneys for Defendants*

  /s/ Qusair Mohamedbhai          
signed electronically with permission
Qusair Mohamedbhai
Nicholas A. Lutz

DEISS LAW PC
Andrew G. Deiss
Corey D. Riley

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which sent notice to:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Nicholas A. Lutz
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com
nl@rmlawyers.com

*Attorneys for Plaintiffs*

   /s/ Carol Prasad