# IN THE UNITED STATES DISTRICT COURT
# STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>　　　　　Defendants. | **ORDER GRANTING [ECF 101] STIPULATED MOTION TO STAY EXPERT DISCOVERY PENDING RESOLUTION OF SUMMARY JUDGMENT MOTION**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

　　　Having considered the Parties' Stipulated Motion to Stay Expert Discovery Pending Resolution of Summary Judgment Motion (Motion) (ECF 101), and for good cause appearing, the Court hereby GRANTS the Motion. Expert discovery is hereby stayed. If the Court denies Defendants' Summary Judgment Motion (ECF 66), in whole or in part, the Parties shall submit a proposed amended scheduling order to the Court within thirty-five (35) days of the Court's decision.

　　　DATED this ___ February 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah