## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>　　　　　Defendants. | **ORDER GRANTING [ECF 101] STIPULATED MOTION TO STAY EXPERT DISCOVERY PENDING RESOLUTION OF SUMMARY JUDGMENT MOTION**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Stay Expert Discovery Pending Resolution of Summary Judgment Motion (Motion) (ECF 101), and for good cause appearing, the court hereby GRANTS the Motion. Expert discovery is hereby stayed pending resolution of Defendants' Motion for Summary Judgment (ECF 66). If the court denies Defendants' Motion (ECF 66), in whole or in part, the parties shall submit a proposed amended scheduling order to the court within fourteen (14) days of the court's ruling.

DATED this 22 February 2023.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah