AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

| | |
|---|---|
| Estate of Patrick Harmon, Sr.; Patrick Harmon II; and Tasha Smith, <br><br> Plaintiffs, <br><br> v. <br><br> Salt Lake City and Officer Clinton Fox, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br><br> Case Number: 2:19-cv-553-HCN |

IT IS ORDERED AND ADJUDGED

1. That summary judgment is granted in favor of Defendants on Plaintiffs' remaining federal law claims.
2. That Plaintiffs' state law claims are remanded to the Utah Third District Court, Salt Lake County.

August 18, 2023

Date

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge