# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

August 21, 2023

3rd District, Salt Lake County
Attn: Clerk's Office
450 S. State St.
Salt Lake City, UT  84101

Re:   Harmon Sr, Patrick Estate of et al v. Salt Lake City et al
      U.S. District Court Case Number:  2:19-cv-00553-HCN
      State Court Case Number:  190905238

Dear Clerk:

   An order remanding this case to State Court was signed by the Honorable Howard C. Nielson, Jr. on 8/21/.2023. I am forwarding a certified copy of the remand order along with a copy of the Federal Court docket sheet. None of the documents contained in the federal file will be forwarded to the State Court (see FRCP 28:1447).

   Please return a signed copy of this letter in the enclosed self-addressed envelope.

Sincerely,

Gary P. Serdar, Clerk

By: _____
Deborah Eyer
Deputy Clerk

Enclosures
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:** _____

**Date:** _____