Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

---

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity,<br><br>        Defendants. | **VERIFIED MEMORANDUM OF COSTS**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 54-2 of the Local Rules of Civil Practice, Defendants Salt Lake City Corporation and Officer Clinton Fox (collectively, the "Defendants"), by and through counsel, hereby submit this Verified Memorandum of Costs.

On August 21, 2023, judgment was entered in favor of Defendants dismissing all causes of action brought by Plaintiffs Estate of Patrick Harmon, Sr., Patrick Harmon II and Tasha Smith.[1] As such, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, Defendants respectfully request that the following costs be taxed against Plaintiffs:

1.    <u>Fees for Transcripts Necessarily Obtained for Use in the Case – $1,990.20</u>

In this action, Plaintiffs took three depositions, which Defendants were required to defend. Defendants took two depositions of the two named Plaintiffs. All of the transcripts were included in the record before the Court on summary judgment. Copies of the invoices for the deposition transcripts are itemized and attached as Exhibit A to Defendants' Bill of Costs.

2.    <u>Court Costs – $400.00</u>

A $400.00 filing fee was incurred to remove the case to federal court.

All told, Defendants incurred $2,390.20 in taxable costs. Pursuant to 28 U.S.C. § 1924, verification of these costs is provided via Defendants' Bill of Costs[2] and the Declaration of Katherine R. Nichols, attached hereto as Exhibit 1.

DATED: August 31, 2023.

SALT LAKE CITY CORPORATION


/s/ *Katherine R. Nichols*
Katherine R. Nichols

*Attorney for Defendants Salt Lake City and Officer Clinton Fox*

---

[1] *See* ECF 105.
[2] *See* ECF 107.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 31st day of August 2023 a true and correct copy of the

foregoing **VERIFIED MEMORANDUM OF COSTS** was electronically filed with the Clerk of

Court using the CM/ECF system, which sent notification of such filing to the following:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Plaintiff*

/s/ Carol Prasad

# Exhibit 1

Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants Salt Lake City and Officer Clinton Fox*

---

**IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr., TASHA SMITH, as heir of Patrick Harmon, Sr., | **DECLARATION OF KATHERINE R. NICHOLS** |
| Plaintiffs, | Case No. 2:19-cv-00553-HCN-CMR |
| vs. | Judge Howard C. Nielson, Jr. Magistrate Judge Cecilia M. Romero |
| SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, | |
| Defendants. | |

I, Katherine R. Nichols, declare and state as follows:

1.      I am a Division Chief - Senior City Attorney with Salt Lake City Corporation and am counsel of record for Defendants Salt Lake City and Officer Clinton Fox (collectively, "Defendants").

2.      The items set forth in Defendants' Bill of Costs and Verified Memorandum of Costs are true and correct, have been necessarily incurred in the defense of this action, and the services for which fees were charged were actually and necessarily performed.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: August 31, 2023.

SALT LAKE CITY CORPORATION


/s/ *Katherine R. Nichols*
Katherine R. Nichols

*Attorney for Defendants Salt Lake City and Officer Clinton Fox*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 31st day of August 2023 a true and correct copy of the

foregoing **DECLARATION OF KATHERINE R. NICHOLS** was electronically filed with the

Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Plaintiff*

/s/ Carol Prasad

4