Andrew G. Deiss (7184)
Corey D. Riley (16935)
Deiss Law PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
(801) 433-0226
adeiss@deisslaw.com
criley@deisslaw.com

Qusair Mohamedbhai (Pro Hac Vice)
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (p)
(303) 578-4401 (f)
qm@rmlawyers.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR.; PATRICK HARMON II, as Personal Representative of the Estate of Patrick Harmon Sr., and heir of Patrick Harmon Sr.; and TASHA SMITH, as heir of Patrick Harmon Sr., <br><br>                Plaintiffs, <br>vs. <br><br>SALT LAKE CITY, a municipality; and OFFICER CLINTON FOX, in his individual capacity, <br><br>                Defendants. | **NOTICE OF APPEAL** <br><br> Case No. 19-cv-00553-HCN-CMR <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Plaintiffs Estate of Patrick Harmon Sr., Patrick Harmon II, and Tasha Smith hereby provide notice of appeal of the above captioned matter.

1. The parties taking the appeal are all Plaintiffs in the above-captioned matter.

2. The judgment, order, or part thereof being appealed is the August 18, 2023 Judgment adjudicating all of Plaintiffs' remaining federal claims and remanding all of Plaintiffs' state claims to the Utah Third District Court, Salt Lake County.

3. The court from which the appeal is taken is the United States District Court for the District of Utah, Judge Howard C. Nielson, Jr. presiding.

4. The court to which the appeal is taken is the United States Court of Appeals for the Tenth Circuit.

Dated: September 15, 2023,      DEISS LAW PC

s/ *Corey D. Riley*
Andrew G. Deiss
Corey D. Riley
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 433-0226
adeiss@deisslaw.com
criley@deisslaw.com

RATHOD | MOHAMEDBHAI LLC

Qusair Mohamedbhai (pro hac vice)
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (p)
(303) 578-4401 (f)