# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

September 15, 2023

Andrew G. Deiss
DEISS LAW PC
10 W 100 S STE 700
SALT LAKE CITY, UT 84101

Katherine R. Nichols
SALT LAKE CITY ATTORNEYS OFFICE
PO BOX 145478
451 S STATE ST STE 505
SALT LAKE CITY, UT 84114-5478

RE:  NOTICE OF APPEAL
     Harmon Sr, Patrick Estate of et al v. Salt Lake City et al
     Plaintiff/Appellant  Defendant/Appellee
     Lower Docket: 2:19-cv-00553-HCN

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): <u>Order/Judgment being appealed from</u>, <u>Notice of Appeal</u>, <u>Letter of Transmission of the Preliminary Record on Appeal</u>, <u>Docket Sheet</u>. This case does not contain any sealed entries or documents.

Sincerely,

Gary P. Serdar, Clerk

By: *[signature]*

Deborah Eyer
Deputy Clerk

# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Court Reporter:
District: 1088
Jurisdiction:
Fee Status: Paid

Judge Howard C. Nielson, Jr.
Counsel of Record
Division: