THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR., et. al.,<br><br>   Plaintiffs,<br>v.<br><br>SALT LAKE CITY, et. al.,<br><br>   Defendants. | TAXATION OF COSTS<br><br>Case No.: 2:19-cv-00553-HCN<br><br>District Judge Howard C. Nielson, Jr. |

On August 21, 2023, the court entered judgment in favor of Defendants Salt Lake City Corporation and Officer Clinton Fox (collectively, the "Defendants").[1] Defendants filed their Bill of Costs August 31, 2023.[2] Plaintiffs have not responded to the Bill of Costs and the time for doing so has expired.[3] Defendants seeks costs in the total amount of $2,390.20, which are associated with the filing fee and depositions.

### FEES OF THE CLERK

Defendants seeks recovery of the $400.00 filing fee, which is taxable under 28 U.S.C. § 1920(1). The Clerk will allow this cost.

### FEES FOR PRINTED OR ELECTRONICIALLY RECORDED TRANSCRIPTS

Defendants next seeks $1,990.20 in fees for printed or electronically recorded transcripts. 28 U.S.C. § 1920(2) provides that the Clerk may tax costs "for printed or electronically recorded transcripts necessarily obtained for use in the case." Defendants took three depositions, which

---

[1] Docket Nos. 104, 105.

[2] Docket Nos. 107, 108.

[3] Any objection to a Bill of Costs must be filed within fourteen days. DUCivR 54-2(d)(2).

1

included deposing two of the named Plaintiffs. The deposition transcripts were included as part of the summary judgment. Defendants have not objected to this cost. Therefore, the Clerk will allow it.

### .CONCLUSION

Total costs allowed are $2,390.20 and are included in the Judgment.

DATED this 10th day of October, 2023.

GARY P. SERDAR, CLERK OF COURT:

_____