IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| The Estate of Patrick Harmon,<br><br>**Plaintiff(s),**<br><br>vs.<br><br><br>Salt Lake City,<br><br>**Defendant(s).** | Case No. 2:19-cv-553-HCN |

**TRANSCRIPT PURCHASE NOTICE**

   Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☐ Attorney: Atty for Plaintiff Estate of Patrick Harmon, _Nicholas A. Lutz

☐ Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 05.16.22 | Motion Hearing |
| | |
| | |
| | |
| | |

|  |  |
|--|--|

**DOCKET CLERK:**

Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

| 10/12/23 | Teena Green |
|---|---|
|  | Court Reporter |