# United States District Court
## District of Utah

**FILED DISTRICT COURT**
Third Judicial District

AUG 2 5 2023

Salt Lake County
By: _Alison J. Adams_
Chief Deputy Clerk

Gary P. Serdar
Clerk of Court

August 21, 2023

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 0 2 2023

BY _____ GARY P. SERDAR
CLERK OF COURT
DEPUTY CLERK

3rd District, Salt Lake County
Attn: Clerk's Office
450 S. State St.
Salt Lake City, UT 84101

Re:  Harmon Sr, Patrick Estate of et al v. Salt Lake City et al
U.S. District Court Case Number:  2:19-cv-00553-HCN
State Court Case Number:  190905238

Dear Clerk:

An order remanding this case to State Court was signed by the Honorable Howard C. Nielson, Jr. on 8/21/.2023. I am forwarding a certified copy of the remand order along with a copy of the Federal Court docket sheet. None of the documents contained in the federal file will be forwarded to the State Court (see FRCP 28:1447).

Please return a signed copy of this letter in the enclosed self-addressed envelope.

Sincerely,

Gary P. Serdar, Clerk

By: _[signature]_
Deborah Eyer
Deputy Clerk

Enclosures
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

Received by: _Madison Schlesinger_  _[signature]_
Date: _September 26th, 2023_