FILED
United States Court of Appeals
Tenth Circuit

April 22, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ESTATE OF PATRICK HARMON, SR.; PATRICK HARMON, II, as personal representative of the estate of Patrick Harmon, Sr. and heir of Patrick Harmon, Sr.; TASHA SMITH, as heir of Patrick Harmon, Sr., <br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>SALT LAKE CITY, a municipality; OFFICER CLINTON FOX, in his individual capacity,<br><br>    Defendants - Appellees. | No. 23-4125<br>(D.C. No. 2:19-CV-00553-HCN)<br>(D. Utah) |

_____

## JUDGMENT
_____

Before **MATHESON**, **BACHARACH**, and **FEDERICO**, Circuit Judges.
_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk