| | |
|---|---|
| Andrew G. Deiss (7184)<br>Corey D. Riley (16935)<br>DEISS LAW PC<br>10 West 100 South, Suite 700<br>Salt Lake City, Utah 84101<br>(801) 433-0226<br>deiss@deisslaw.com<br>criley@deisslaw.com | Qusair Mohamedbhai*<br>2701 Lawrence Street, Suite 100<br>Denver, Colorado 80205<br>(303) 578-4400<br>qm@rmlawyers.com<br><br>* admitted pro hac vice |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR., et al.,<br>　　*Plaintiffs*,<br>vs.<br><br>SALT LAKE CITY, et al.,<br>　　*Defendants*. | **STIPULATED MOTION FOR AMENDED SCHEDULING ORDER**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Court's Minute Entry for the September 18, 2025 Scheduling Conference, Dkt. 139, the parties, by and through their counsel of record, hereby move, stipulate and agree to the entry of the proposed Amended Scheduling Order submitted herewith and attached at Exhibit 1.

DATED October 3, 2025.

　　　　　　　　　　　　　　　　*s/ Corey D. Riley*
　　　　　　　　　　　　　　　　Corey D. Riley (#16935)
　　　　　　　　　　　　　　　　DEISS LAW PC

　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　SALT LAKE CITY CORPORATION

　　　　　　　　　　　　　　　　*s/ Katherine R. Nichols**
　　　　　　　　　　　　　　　　Katherine R. Nichols (#16711)
　　　　　　　　　　　　　　　　Attorneys for Defendants Salt Lake City and Officer Clinton Fox
　　　　　　　　　　　　　　　　*Signed with permission via email