THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Estate of Patrick Harmon Sr, et. al., Plaintiffs,<br><br>vs.<br><br>Salt Lake City et al. Defendants.<br>. | **Amended Scheduling Order**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Court's Minute Entry for the September 18, 2025 Scheduling Conference, Dkt. 139, the parties have proposed an amended schedule for expert discovery in this matter. Having reviewed the proposal, the Court orders the following deadlines, which may not be modified without further court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-5.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

1. **EXPERT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2) and Fed. R. Civ. P 26(a)(2) Disclosures | | | |
| | 1. | Parties not bearing the burden of proof: | | 01/09/26 |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Reports— | | | |
| | 1. | Parties bearing the burden of proof: | | 11/03/25 |
| | 2. | Parties not bearing the burden of proof: | | 02/18/26 |
| | 3. | Rebuttal reports, if any: | | 03/04/26 |
| | | | | |
| c. | Deadline for expert discovery to close: | | | 04/22/26 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION[1]**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)*<br><br>**The parties are on notice of the Court's Standing Order for All Civil Cases, which requires leave of court for additional motions to dismiss or motions for summary judgment. | | 05/22/26 |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motion are filed: | | *00/00/00* |

**SO ORDERED** this _____ day of _____, 2025.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

---

[1] The court will enter the date in Section 7.b.