# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR, et. al.,<br>    Plaintiffs,<br><br>vs.<br><br>SALT LAKE CITY et al.<br>    Defendants. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:19-cv-00553-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

The Court, having considered the Stipulated Motion to Amend Scheduling Order, and good cause appearing therefore, hereby amends the scheduling order. The times and deadlines set forth herein may not be modified without the Court's approval and upon a showing of good cause pursuant to Fed. R. Civ. P. 6.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

1. **EXPERT DISCOVERY**

| | | | |
|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2) and Fed. R. Civ. P 26(a)(2) Disclosures | | |
| | 1. | Parties not bearing the burden of proof: | 01/09/26 |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Reports— | | |
| | 1. | Parties bearing the burden of proof: | 11/03/25 |
| | 2. | Parties not bearing the burden of proof: | 02/18/26 |
| | 3. | Rebuttal reports, if any: | 03/04/26 |
| c. | Deadline for expert discovery to close: | | 04/22/26 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)*<br><br>**The parties are on notice of the Court's Standing Order for All Civil Cases, which requires leave of court for additional motions to dismiss or motions for summary judgment. | | 05/22/26 |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motion are filed.<br><br>If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions. | | 05/29/26 |

DATED this 6 October 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah